UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASARCO LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:11-CV-00864-JAR |
| | ) |
| NL INDUSTRIES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**AMENDED MODIFIED CASE MANAGEMENT ORDER**

This matter is before the Court on Defendant Union Pacific Railroad Company's Motion to Extend Existing Deadlines and Add New Deadlines for Phase I Liability Discovery. (Doc. No. 196) The motion is fully briefed. Upon consideration, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Union Pacific's Motion to Extend Existing Deadlines and Add New Deadlines for Phase I Liability Discovery [196] is **GRANTED** and the Modified Case Management Order entered June 21, 2013 (Doc. No. 147) and amended on November 19, 2013 (Doc. No. 189) is further amended as follows:

**II. SCHEDULING PLAN**

(g) Defendants shall disclose any rebuttal experts and provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **March 21, 2014**. Rebuttal experts shall be deposed no later than **April 15, 2014**.

(h) The parties shall complete all Phase I discovery no later than **April 30, 2014.**

Except as amended herein, the Modified Case Management Order entered June 21, 2013 (Doc. No. 147) and amended on November 19, 2013 (Doc. No. 189) will remain unchanged.

Dated this 11 day of March, 2014.

                                                 _____
                                                 JOHN A. ROSS
                                                 UNITED STATES DISTRICT JUDGE