IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **Asarco, LLC, a Delaware corporation,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.  4:11-cv-00864 JAR |
| | ) |
| **NL INDUSTRIES, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### SFCEC'S STATUS REPORT ON GOVERNMENT REMEDIATION PROCESSES

Defendant St. Francois County Environmental Corporation incorporates by reference and submits as its status report the Defendants' Status Report on Government's Remediation Processes filed on March 11, 2014 (Docket 202).

    Respectfully submitted,

    SCHNAPP, FALL, SILVEY & REID, LLC

    By: /s/ R. Scott Reid_____
        R. Scott Reid       No. 42841
        135 East Main Street, P.O. Box 151
        Fredericktown, MO  63645
        (573) 783-7212; Fax (573) 783-7812
        E-mail:  *sreid@schnapplaw.com*
        Attorney for Defendant SFCEC

**CERTIFICATE OF SERVICE**

      Pursuant to Local Rule 5.1, I hereby certify that on March 12, 2014, a true and correct copy of the foregoing was served electronically on the counsel of record in this matter by means of the Court's CM/ECF electronic filing system.

                                      By:  /s/ R. Scott Reid
                                                 Attorney for Defendant SFCEC