Case: 4:11-cv-00864-JAR   Doc. #:  214-7   Filed: 05/14/14   Page: 1 of 2 PageID #: 6294

# EXHIBIT F-2



Figure 1. Locations of Existing and Historic Rail Lines, St. Francois and Madison Counties, Missouri