# EXHIBIT F-3





**RAIL LINE BALLAST SAMPLE LOCATIONS NEAR LEADWOOD, MO**
ST. FRANCOIS COUNTY, MISSOURI

FIGURE 3
DATE: 1/14/2014
DRAFTED BY: CCS



**RAIL LINE BALLAST SAMPLE LOCATIONS NEAR FREDERICKTOWN, MO**
MADISON COUNTY, MISSOURI

FIGURE 4

DATE: 1/13/2014
DRAFTED BY: CCS

# ERRATA

## *Asarco LLC v. NL Industries, Inc., et al.*
### Case No. 4:11-CV-00864-JAR
### Expert Report of Paul V. Rosasco, P.E.

p. 10
Photographs of some of the locations I visited are contained in Attachment 3.
is changed to:
> Photographs of some of the locations I visited are contained in Attachment 3, Errata.

p. 11
The locations of these samples are shown on Figure 2 in Attachment 3 based on information presented on Deposition Exhibits 11 and 23.
is changed to:
> The locations of these samples are shown on Figure 2 in Attachment 3 based on information presented on Deposition Exhibits 11 and 17.

Photographs of these sample locations are contained in Deposition Exhibit 27.
is changed to:
> Photographs of these sample locations are contained in Deposition Exhibit 23.

p. 12
The results of this sampling are presented on Table 2 (Attachment 3) which is a summary of Deposition Exhibit 24 and is based on the TekLab, Inc. analytical laboratory reports dated November 4, 2013 (Deposition Exhibits 25 and 26).
is changed to:
> The results of this sampling are presented on Table 2 (Attachment 3) which is a summary of Deposition Exhibit 18 and is based on the TekLab, Inc. analytical laboratory reports dated November 4, 2013 (Deposition Exhibits 19 and 20).

## Attachment 2
### List of Documents Reviewed and Relied On

p. 1
Asarco, LLC, 2013b, Map of Railroad Ballast Sample Locations, Deposition Exhibit 23.
is changed to:
> Asarco, LLC, 2013b, Map of Railroad Ballast Sample Locations, Deposition Exhibit 17.

Asarco, LLC, 2013c, Photographs of Testing, Bonne Terre Industrial Lead, Deposition Exhibit 27.
is changed to:
> Asarco, LLC, 2013b, Map of Railroad Ballast Sample Locations, Deposition Exhibit 23.

Conboy, D., Tom, 2007, Bonne Terre Photograph, December 4, accessed 10/31/2013, Bates No. ASARCOSEMO00032095, Dep. Ex. 15, available at http://rrpicturearchives.net/showPicture.aspx?id=975351.

is changed to:
> Conboy, D., Tom, 2007, Bonne Terre Photograph, December 4, accessed 10/31/2013, Bates No. ASARCOSEMO00032095, available at
> http://rrpicturearchives.net/showPicture.aspx?id=975351, ASARCOSEMO32095.

The DOE RUN Company, 2003, Letter from Louis Marucheau-DOE RUN to Dana Skelly, EPA, Re: Leadwood Mine Tailings Site, St. Francois County, Missouri, December 5, Deposition Exhibit 20.
is changed to:
> The DOE RUN Company, 2003, Letter from Louis Marucheau-DOE RUN to Dana Skelly, EPA, Re: Leadwood Mine Tailings Site, St. Francois County, Missouri, December 5, Deposition Exhibit 16

p. 3
ICC, 1945, Missouri-Illinois Railroad Company Purchase, Finance Docket No. 14897, May 24, Deposition Exhibit 29.
is changed to:
> ICC, 1945, Missouri-Illinois Railroad Company Purchase, Finance Docket No. 14897, May 24, Deposition Exhibit 22.

ICC, 1929, Control of Mississippi River & Bonne Terre Railway by Missouri-Illinois Railroad Company, Finance Docket No. 7446, March 14. Bates No. UPRR-001366 *et seq.*, Deposition Exhibit 28.
is changed to:
> ICC, 1929, Control of Mississippi River & Bonne Terre Railway by Missouri-Illinois Railroad Company, Finance Docket No. 7446, March 14. Bates No. UPRR-001366 *et seq.*, Deposition Exhibit 21.

p. 5
Teklab, Inc., 2013a, Analytical Laboratory Report for Work Order 13110052, November 4, Deposition Exhibit 25.
is changed to:
> Teklab, Inc., 2013a, Analytical Laboratory Report for Work Order 13110052, November 4, Deposition Exhibit 19.

p. 6
Teklab, Inc., 2013b, Analytical Laboratory Report for Work Order 13110053, November 4, Deposition Exhibit 26.
is changed to:
> Teklab, Inc., 2013b, Analytical Laboratory Report for Work Order 13110053, November 4, Deposition Exhibit 20.

Union Pacific, 2012, Chronological History, April 6, Bates No. AsarcoSEMO00001080 et seq., Deposition Exhibit 3.
is changed to:
> Union Pacific, 2012, Chronological History, April 6, Bates No. AsarcoSEMO00001080 *et seq.*, Deposition Exhibit 2.

2

Union Pacific, 2000a, Notice of Exemption, Union Pacific Railroad Company – Abandonment Exemption in St. Francois County, MO (Bonne Terre Industrial Lead in Bonne Terre, MO), November 10, Deposition Exhibit 13.
is changed to:
> Union Pacific, 2000a, Notice of Exemption, Union Pacific Railroad Company – Abandonment Exemption in St. Francois County, MO (Bonne Terre Industrial Lead in Bonne Terre, MO), November 10, ASARCOSEMO28509.

**Attachment 3**
**Summary Exhibits**

Deposition Exhibit 23, ASARCOSEMOOOO32179-185 and photologs of Fredericktown and Leadwood, ASARCOSEMOOOO32410-32420, are attached.


Dated: February 12, 2014


_[signature]_

_____
Paul Rosasco, P.E.