# EXHIBIT G

# In The Matter Of:

*ASARCO, LLC*

*v.*

*NL INDUSTRIES, INC.*

_____

*GRIMAILA, ROBERT - Vol. 1*
*November 7, 2013*

_____

**MERRILL CORPORATION**
LegaLink, Inc.
20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

ROBERT GRIMAILA - 11/7/2013

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASARCO, LLC, | ) CASE NO. 4:11-CV-00864 JAR |
| PLAINTIFF, | ) |
| vs. | ) VIDEOTAPE DEPOSITION OF |
| | ) ROBERT GRIMAILA |
| NL INDUSTRIES, INC., ET AL., | ) |
| DEFENDANTS. | ) |

VIDEOTAPE DEPOSITION OF ROBERT GRIMAILA, taken before Mary Lou Harmon, RPR, CRR, CSR(IA), CCR, General Notary Public within and for the State of Nebraska, beginning at 9:05 a.m., on the 7th day of November 2013, at Cassem, Tierney, Adams, Gotch & Douglas, Suite 302, 9290 West Dodge Road, Omaha, Nebraska.

```
 1                 A P P E A R A N C E S

 2   FOR THE PLAINTIFF:
     MR. GREGORY EVANS
 3   INTEGER LAW CORPORATION
     633 West Fifth Street
 4   Floor 67
     Los Angeles, CA 90071
 5   (213)892-4488  FAX(213)627-2579
     gevans@integerlegal.com
 6
     FOR DEFENDANT UNION PACIFIC RAILROAD COMPANY:
 7   MS. CAROLYN L. MCINTOSH
     MS. MAXINE MARTIN                      (via telephone)
 8   PATTON BOGGS, LLP
     1801 California Street
 9   Suite 4900
     Denver, CO 80202
10   (303)894-6127  FAX(303)894-9239
     cmcintosh@pattonboggs.com
11
     MS. MELISSA B. HAGAN
12   Union Pacific Railroad Company
     1001 McKinney
13   Suite 900
     Houston, Texas
14   mbhagan@up.com

15   MR. NORTON A. COLVIN, JR.
     COLVIN, CHANEY, SAENZ & RODRIGUEZ, LLP
16   1201 East Van Buren Street
     P.O. Box 2155
17   Brownsville, TX 78522
     (956)542-7441  FAX(956)541-2170
18   na.colvin@rcclaw.com

19   FOR THE DEFENDANT ANSCHUTZ MINING CORPORATION:
     MR. WINSTON E. CALVERT              (via telephone)
20   ARMSTRONG TEASDALE, LLP
     7700 Forsyth Boulevard
21   Suite 1800
     St. Louis, MO 63105
22   (314)259-4752  FAX(314)552-4883
     wcalvert@armstrongteasdale.com
23

24

25
```

```
 1                  APPEARANCES, CONT'D

 2   FOR THE DEFENDANT NL INDUSTRIES:
     MR. JOEL L. HERZ                    (via telephone)
 3   LAW OFFICES OF JOEL L. HERZ
     3573 E. Sunrise Drive
 4   Suite 215
     Tucson, AZ 85718
 5   (520)529-8080
     joel@joelherz.com
 6

 7   Also Present: Mr. John Powers  (via telephone)
                   Mr. Jay Rollins - Videographer
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                       I N D E X

 2                                                       PAGE
     CASE CAPTION ......................................1
 3   APPEARANCES  ....................................2-3
     DEPOSITION INDEX ................................4-5
 4   TESTIMONY AND PROCEEDINGS .........................6
     COURT REPORTER NOTARY PUBLIC CERTIFICATE .......357
 5
     DIRECT EXAMINATION
 6     BY MR. EVANS: ...................................8

 7   EXHIBITS:                                         MARKED

 8   EXHIBIT 1. UP's Answer to Complaint .............43

 9   EXHIBIT 1A. Notice .............................174

10   Exhibit 2. Chronological History ...............174

11   Exhibit 3. Union Pacific in Missouri ...........195

12   Exhibit 4. NewFields' Report ...................200

13   Exhibit 5. Photograph ..........................239

14   Exhibit 6. Photograph ..........................239

15   Exhibit 7. Various Articles ....................246

16   Exhibit 8. Railway Age Gazette Article .........266

17   Exhibit 9. Public Service Commission ...........273

18   Exhibit 10. State Geologist Report .............282

19   Exhibit 11. Map ................................284

20   Exhibit 13. Letter Dated 11/30/00 ..............293

21   Exhibit 14. Agreement and Covenant.... .........308

22   Exhibit 15. Photographs ........................311

23   Exhibit 16. Letter Dated 12/5/03 ...............322

24   Exhibit 17. Map ................................325

25   Exhibit 18. Solids Sampling ....................327
```

 1    Exhibit 19. Letter Dated 11/4/13 ...............336
 2    Exhibit 20. Letter Dated 11/4/13 ...............336
 3    Exhibit 21. Finance Docket No. 7446 ............340
 4    Exhibit 22. Finance Docket 14897 ...............341
 5    Exhibit 23. Photographs ........................342
 6    Exhibit 24. Photograph .........................346
 7    Exhibit 25. Photograph .........................354
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1  BY MR. EVANS:
 2      Q.   Have you ever had inter-railroad meetings to
 3  discuss items of concern to the Union Pacific that might
 4  be of concern to the BNSF with Mr. Schultz --
 5            MS. MCINTOSH:  Objection.  The
 6  question --
 7  BY MR. EVANS:
 8      Q.   -- at BNSF?
 9            MS. MCINTOSH:  Objection.  The question
10  is vague.
11            THE WITNESS:  I got lost in the question
12  back and forth, so could you read it back to me or
13  rephrase it, please?
14            MR. EVANS:  Let's have it read back.
15         It's Schulte; right, or is it Schultz?
16            THE WITNESS:  The person we're talking
17  about, Mark Schultz is the way --
18            MR. EVANS:  Schultz, okay.
19            THE WITNESS:  -- to pronounce it.
20  BY MR. EVANS:
21      Q.   I'm just going to ask the question again to
22  move it along.
23         Have you ever had meetings with Mr. Schultz
24  regarding safety issues affecting both railroads?
25            MS. MCINTOSH:  I object to relevance.
```

```
 1            Please go ahead.
 2                 THE WITNESS:  I don't recall hearing
 3   about this before, no.
 4   BY MR. EVANS:
 5       Q.   Thank you.  Let me refer you to next -- I just
 6   want to double check something.  Excuse me a second.
 7    -- to the 1982 entry where it says, the UP, MP and WP
 8   merger was approved by the ICC.
 9            Do you know what that entry refers to?
10       A.   I believe it's just what it says.
11       Q.   Can you tell us, based on your professional
12   position with Union Pacific, what -- for the court that
13   might not understand what UP, dash, MP, dash, WP means?
14       A.   To me those letters mean Union Pacific,
15   Missouri Pacific, and Western Pacific.
16       Q.   Merged, and that merger was approved by the
17   ICC?
18                 MS. MCINTOSH:  I object that that calls
19   for a legal conclusion.
20                 THE WITNESS:  That's what the bullet
21   point says, yes.
22   BY MR. EVANS:
23       Q.   Okay.  Let me refer you now to the next page,
24   Bates stamp 1086, under the 1997 entry, where it states,
25   "On January 1, the Missouri Pacific Railroad legally
```

1  merges into Union Pacific Railroad, with UPRR remaining
2  as the surviving corporation."
3           Is that a true statement?
4              MS. MCINTOSH:  Objection that it calls
5  for a legal conclusion.
6              THE WITNESS:  It's true that the bullet
7  says that.  I'm not an expert on the legal merger
8  proceedings.
9  BY MR. EVANS:
10     Q.   Was it your experience, I think as you've
11 testified already, that Missouri Pacific merged into the
12 Union Pacific?
13             MS. MCINTOSH:  Objection.  It
14 mischaracterizes Mr. Grimaila's prior testimony --
15             MR. EVANS:  Are you kidding?
16             MS. MCINTOSH:  And your question calls
17 for a legal conclusion.
18 BY MR. EVANS:
19     Q.   Do you have the question in mind?
20     A.   Yes.  We were advised that we were merged into
21 the UP, yes.
22     Q.   So you have personal knowledge of that?
23     A.   I do.
24     Q.   And as to the Missouri Pacific getting control
25 of the St. Louis, Iron Mountain & Southern, you have no

Case: 4:11-cv-00864-JAR  Doc. #: 214-9  Filed: 05/14/14  Page: 11 of 14 PageID #: 6313

```
 1   BY MR. EVANS:
 2       Q.   This type of material being?
 3       A.   What you had mentioned in your question.
 4       Q.   Which is?
 5       A.   Lead concentrate.
 6       Q.   Thank you.
 7                    (Exhibit No. 7
 8                    marked for identification.)
 9   BY MR. EVANS:
10       Q.   Do you know whether Union Pacific railroads,
11   including all of its predecessor railroads, ever
12   transported any chat on its system in Missouri in open
13   cars?
14            MS. MCINTOSH:  I object that that
15   question was asked and answered.
16            THE WITNESS:  To repeat, I have no
17   knowledge of that, no.
18   BY MR. EVANS:
19       Q.   Who would know at Union Pacific about its
20   practices in southeast Missouri?
21            Who's the most knowledgeable person at the
22   company regarding Union Pacific's practices in southeast
23   Missouri on these predecessor rail lines?
24       A.   I don't know.  I would have to ask some
25   questions.  I wouldn't know who to tap on that.
```

```
 1      Q.   Who would you ask?
 2      A.   I'd -- well, let me think about that for a
 3   minute.
 4           What I would do is start with a law department
 5   representative and see if they knew of sources of
 6   information in the company that they would go to.
 7      Q.   Do you know whether Union Pacific has done
 8   anything to contain runoff from any of its predecessor
 9   lines in the state of Missouri from its right-of-way?
10               MS. MCINTOSH:  I object to the form of
11   the question.  It calls for a legal conclusion.  It also
12   calls for speculation.
13               THE WITNESS:  I do not.
14   BY MR. EVANS:
15      Q.   I assume Union Pacific has specific
16   containment practices as it relates to spills on rail
17   line?
18               MS. MCINTOSH:  I object to the form of
19   the question.  It's also vague.
20               THE WITNESS:  Each spill is addressed as
21   a unique event, and we do what we believe to be the
22   proper thing at that time.
23   BY MR. EVANS:
24      Q.   Is there a safety manual that is generated
25   regarding hazardous material spills on the Union
```

```
 1    A.   "Combined Environmental and Historic Report."
 2    Q.   Does it appear to have been prepared by Union
 3  Pacific Railroad Company?
 4    A.   Yes.
 5    Q.   Have you ever heard the name James P. Gatlin,
 6  general attorney, for Union Pacific?
 7    A.   Yes.
 8    Q.   Is he still working for the company?
 9    A.   I don't believe so, but I don't know for sure.
10    Q.   Is UP located -- its corporate headquarters on
11  1416 Dodge Street in Omaha, Nebraska?
12    A.   No.  We've changed addresses since then.
13    Q.   That at one time was a UP address?
14    A.   Yes.
15    Q.   Referring you to Page 8 --
16         MS. MCINTOSH:  Excuse me?
17  BY MR. EVANS:
18    Q.   Referring you to Page 8 of Exhibit 13, which
19  is Bates 28526.
20         Under the heading "Proposed Mitigation.
21  Describe any actions that are proposed to mitigate
22  adverse environmental impacts, including why the
23  proposed mitigation is appropriate."
24         Do you see the response, sir?
25    A.   I do.
```

```
 1                CERTIFICATE OF REPORTER
 2          I, Mary Lou Harmon, a Certified Shorthand
 3   Reporter, hereby certify that the witness in the
 4   foregoing deposition was by me duly sworn to tell
 5   the truth, the whole truth, and nothing but the
 6   truth in the within-entitled cause;
 7          That said deposition was taken down in
 8   shorthand by me, a disinterested person, at the time
 9   and place therein stated, and that the testimony of
10   the said witness was thereafter reduced to
11   typewriting, by computer, under my direction and
12   supervision;
13          That before completion of the deposition,
14   review of the transcript was requested.  Any changes
15   made by the deponent (and provided to the reporter)
16   during the period allowed are appended hereto.
17          I further certify that I am not of counsel
18   or attorney for either or any of the parties to the
19   said deposition, nor in any way interested in the
20   event of this cause, and that I am not related to
21   any of the parties thereto.
22          DATED:    November 13, 2013
23                    MARY LOU HARMON, RPR, CRR
                                CSR NO. 0112
24
     My commission expires:
25
```