# EXHIBIT H

# In The Matter Of:

*ASARCO, LLC*
*v.*
*NL INDUSTRIES, INC.*

---

## *HAWKINS, JOHN - Vol. 1*
### *March 6, 2014*

---

**MERRILL CORPORATION**
**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ASARCO, LLC,                ) CASE NO. 4:11-CV-00864 JAR
                            )
        PLAINTIFF,          ) VIDEOTAPED DEPOSITION OF
                            ) JOHN HAWKINS
     VS.                    )
                            )
NL INDUSTRIES, INC.,        )
ET AL.,                     )
                            )
        DEFENDANTS.         )

- - - - - - - - - - - -


        VIDEOTAPED DEPOSITION OF JOHN HAWKINS,

taken before Kristin M. Teel, RPR, CRR, CSR(IA),

General Notary Public within and for the State of

Nebraska, beginning at 9:01 a.m., on March 6, 2014,

at Thomas & Thomas Court Reporters, 1321 Jones

Street, Omaha, Nebraska.

JOHN HAWKINS - 3/6/2014

```
 1                  A P P E A R A N C E S

 2     FOR THE PLAINTIFF:
       MR. MICHAEL L. BELANCIO
 3     FOLAND, WICKENS, EISFELDER, ROPER & HOFER
       911 Main Street, 30th Floor
 4     Kansas City, Missouri 64105
       (816)472-7474 FAX (816)472-6262
 5     mbelancio@fwpclaw.com

 6     FOR THE DEFENDANT UNION PACIFIC RAILROAD COMPANY:
       MS. CAROLYN L. McINTOSH
 7     MS. MAXINE MARTIN (VIA TELEPHONE)
       PATTON BOGGS, LLP
 8     1801 California Street, Suite 4900
       Denver, Colorado 80202
 9     (303)894-6127 FAX (303)894-9239
       cmcintosh@pattonboggs.com
10     mmartin@pattonboggs.com

11     MS. MELISSA B. HAGAN
       UNION PACIFIC RAILROAD COMPANY
12     1001 McKinney, Suite 500
       Houston, Texas 77002
13     mbhagan@up.com

14     MR. NORTON A. COLVIN, JR.
       COLVIN, CHANEY, SAENZ & RODRIGUEZ, LLP
15     1201 East Van Buren Street
       P.O. Box 2155
16     (956)542-7441 FAX (956)541-2170
       na.colvin@rcclaw.com
17
       FOR THE DEFENDANT
18     NL INDUSTRIES VIA TELEPHONE:
       MR. JOEL L. HERZ
19     LAW OFFICES OF JOEL L. HERZ
       3573 E. Sunrise Drive
20     Tucson, Arizona 85718
       (520)529-8080
21     joel@joelherz.com

22                  A L S O   P R E S E N T

23     LISA OLSEN, VIDEOGRAPHER

24

25
```

```
 1                  I N D E X
 2  CASE CAPTION ......................... Page    1
    APPEARANCES .......................... Page    2
 3  INDEX ................................ Page    3
    TESTIMONY ............................ Page    8
 4  REPORTER CERTIFICATE ................. Page  128
 5  DIRECT EXAMINATION:
          By Mr. Belancio ................ Page    8
 6
 7  EXHIBITS                                   MARKED
 8    Exhibit 56  Notice of Continuation
                  of Deposition                 11
 9
      Exhibit 57  Amended and Restated Articles
10                of Incorporation of
                  Union Pacific Railroad Company  61
11
12    Exhibit 58  Railroad Atlas of North America  70
13    Exhibit 60  Articles of Merger of
                  Missouri Pacific Railroad Company
14                with and Into Union Pacific
                  Railroad Company               81
15    Exhibit 61  Finance Docket                89
16
      Exhibit 62  Deed                          93
17
      Exhibit 63  Articles of Incorporation
18                of Mississippi River and
                  Bonne Terre Railway          100
19
      Exhibit 64  Order                        106
20
      Exhibit 65  Certificate of Merger        115
21
      Exhibit 69  Map                          119
22
      Exhibit 70  Map                          119
23
      Exhibit 71  Map                           17
24
      Exhibit 72  Letter of 3/4/13 and
25                FedEx Receipt                119
```

JOHN HAWKINS - 3/6/2014

```
 1   EXHIBITS (CONT'D)                              MARKED

 2    Exhibit 73  Map                                66

 3   EXHIBITS PREVIOUSLY MARKED                    REMARKED

 4    Exhibit  1  Defendant Union Pacific's Answer
                  and Affirmative Defenses to
 5                Plaintiff's Second
                  Amended Complaint
 6                (Referred to but not remarked.)

 7    Exhibit 13  Letter of 11/20/00
                  (Referred to but not remarked.)
 8
      Exhibit 26  Plaintiff's Amended
 9                Notice of Deposition                8

10    Exhibit 46  Articles of Association
                  Missouri Pacific Railroad Company   84
11

12
              (Previously marked exhibits are not
13   included with the transcript and were returned to
     Mr. Belancio.)
14

15

16

17

18

19

20

21

22

23

24

25
```

JOHN HAWKINS - 3/6/2014

 1    BY MR. BELANCIO:

 2         Q.    And the first page of that exhibit,

 3    Page UP002006, does that show the Missouri Pacific

 4    Belmont Branch line in Madison County?

 5         A.    Yes, it depicts the Missouri Pacific

 6    Belmont -- abandoned Belmont Branch line in Madison

 7    County.

 8         Q.    And was the Missouri Pacific Belmont

 9    Branch line acquired by Union Pacific?

10         A.    No, it was not.

11         Q.    Why do you say that?

12         A.    The Belmont Branch line was abandoned in

13    1972.  Union Pacific acquired Missouri Pacific's

14    assets in 1997.

15         Q.    Do you know what sites in southeastern

16    Missouri have been designated as superfund sites by

17    the EPA?

18         A.    I do not.

19         Q.    More specifically, do you know as to

20    St. Francois County which sites have been designated

21    as superfund sites by the EPA?

22         A.    I know that the SEMO site has been

23    designated a superfund site by the EPA.

24         Q.    Okay.  And what about Madison County?

25         A.    I'm not aware of superfund sites in

JOHN HAWKINS - 3/6/2014

```
 1        A.   In the Belmont line?

 2        Q.   Yes.

 3        A.   No, we have no interest in the Belmont

 4   right-of-way.

 5        Q.   Did Union Pacific ever have any operating

 6   rights on that line?

 7             MS. McINTOSH:  Objection:  Vague.

 8   BY MR. BELANCIO:

 9        Q.   You can answer.

10        A.   Union Pacific never had operating rights

11   on that line.

12        Q.   Did one of Union Pacific's predecessors

13   have operating rights on that line?

14             MS. McINTOSH:  Objection:  Vague.

15   Objection:  Protective order.

16   BY MR. BELANCIO:

17        Q.   You can answer.

18        A.   The Missouri Pacific operated that line.

19        Q.   Okay.  What about the Missouri River

20   Bonne Terre line?  Does Union Pacific currently have

21   any ownership interest in it?

22             MS. McINTOSH:  Objection:  Vague.

23             THE WITNESS:  I'm not aware of a

24   Missouri River Bonne Terre line.

25
```

JOHN HAWKINS - 3/6/2014

```
 1                 MS. McINTOSH:  Objection:  Protective
 2   order, vague, calls for a legal conclusion.
 3                 THE WITNESS:  The Crawley Branch was
 4   operated by the Mississippi River Bonne Terre.  And
 5   for a four-year period from 1929 to 1933, it was
 6   leased to the Mississippi -- or Missouri Illinois
 7   Railroad.
 8   BY MR. BELANCIO:
 9        Q.   When was it abandoned?
10        A.   In 1933.
11        Q.   And which means of abandonment was
12   utilized?
13        A.   The tracks were pulled up.  Portions of
14   the line were sold.
15        Q.   Was any application made to the ICC at
16   that time?
17                 MS. McINTOSH:  Objection:  Vague.
18                 THE WITNESS:  I've not seen an
19   application.
20   BY MR. BELANCIO:
21        Q.   Does Union Pacific currently have
22   ownership interest in any active railroad in
23   St. Francois County?
24                 MS. McINTOSH:  Objection:  Protective
25   order, vague, ambiguous.
```

JOHN HAWKINS - 3/6/2014

```
 1              THE WITNESS:  Yes, it does.

 2   BY MR. BELANCIO:

 3       Q.   Please list them.

 4       A.   I'm going to -- for the purposes of this

 5   answer, I'm going to refer to Exhibit 71.

 6       Q.   Okay.

 7       A.   Union Pacific operates the line from

 8   Hoffman Junction to Monsanto, from the southern part

 9   of Bonne Terre down to Derby Junction, from Bismark

10   to the St. Francois County line.  That line runs to

11   St. Genevieve.

12              There are -- on the western edge both of

13   the northwestern and the southwestern parts of

14   St. Francois County, the line from St. Louis to

15   Boldob (ph), the old St. Louis, which was originally

16   built by the St. Louis Iron Mountain Southern

17   Railway, comes into St. Francois County briefly.

18              And I believe that covers Union Pacific's

19   operations in the county.

20       Q.   Okay.  And if I ask that question as to

21   Union Pacific's operating rights in St. Francois

22   County, would the answer be the same, or would there

23   be more railroads?

24              MS. McINTOSH:  Objection:  Protective

25   order.
```

JOHN HAWKINS - 3/6/2014

```
 1                    THE WITNESS:  In St. Francois County

 2    I don't believe that UP has operating rights over

 3    any other railroad properties, so they would be the

 4    same.

 5    BY MR. BELANCIO:

 6        Q.   As to St. Francois County, have we

 7    discussed -- or have you name -- let me rephrase

 8    that.

 9                    In St. Francois County have you named all

10    of the lines that Union Pacific has abandoned?

11                    MS. McINTOSH:  Objection:  Protective

12    order, vague.

13                    THE WITNESS:  Union Pacific has only

14    abandoned one line in St. Francois County, and that

15    would be the 1.1-mile segment in Bonne Terre.

16    BY MR. BELANCIO:

17        Q.   And with the lines that you've listed

18    before in mind, was that list complete as to the

19    lines abandoned by Union Pacific's predecessors?

20                    MS. McINTOSH:  Objection:  Protective

21    order, vague.

22                    THE WITNESS:  And long.  Could you

23    read -- reread that for me?

24    BY MR. BELANCIO:

25        Q.   I may need to rephrase it.
```

JOHN HAWKINS - 3/6/2014

```
 1        A.   If you'd like to rephrase it, I'll be

 2   happy to have it rephrased.

 3        Q.   Have you named all the abandoned portions

 4   of rail lines in St. Francois County that were

 5   abandoned by Union Pacific predecessors?

 6             MS. McINTOSH:  Objection:  Protective

 7   order, calls for a legal conclusion.

 8             THE WITNESS:  I don't believe that we

 9   discussed the line from Derby Junction down to

10   Turpin.  I named that originally, but I don't

11   believe we've discussed that.

12   BY MR. BELANCIO:

13        Q.   What year was that abandoned?

14        A.   That was abandoned in sections.  The

15   Derby Junction -- I'm going to refer to Exhibit 2

16   again.

17        Q.   Exhibit 71?

18        A.   Exhibit 71, Page 2.

19             Between Derby Junction and Turpin, that

20   was abandoned in 1941.

21        Q.   By whom?

22        A.   1941, that would have been the Missouri

23   River -- or, excuse me, Mississippi River

24   Bonne Terre Railroad, which at that point in its

25   existence was under lease to the Missouri Illinois
```

JOHN HAWKINS - 3/6/2014

Page 40

 1   Railroad.

 2        Q.   And are both of those companies

 3   predecessors of Union Pacific?

 4             MS. McINTOSH:  Objection:  Protective

 5   order, calls for a legal conclusion.

 6             THE WITNESS:  The Mississippi --

 7   assets of the Mississippi Bonne Terre were

 8   ultimately purchased by the Missouri Illinois.  Some

 9   of those assets were ultimately purchased by the

10   Missouri Pacific.  Some of those assets ultimately

11   became Union Pacific.

12   BY MR. BELANCIO:

13        Q.   Do you understand what railroad banking

14   is?

15        A.   I have a working knowledge of that.

16        Q.   What is your understanding of it?

17        A.   It is a means to cease railroad

18   operations.  It's a form of abandonment that

19   preserves the corridor for potential future

20   reactivation of rail line.

21        Q.   When I discussed abandonment, were any of

22   those lines you listed banked?

23             MS. McINTOSH:  Objection:  Vague.

24             THE WITNESS:  Not to my knowledge,

25   no.

JOHN HAWKINS - 3/6/2014

 1    BY MR. BELANCIO:

 2         Q.   Okay.  Did Union Pacific ever have any

 3    operating rights on that railroad?

 4              MS. McINTOSH:  Objection:  Protective

 5    order, vague, calls for a legal conclusion.

 6              THE WITNESS:  Union Pacific never had

 7    operating rights on that line.

 8    BY MR. BELANCIO:

 9         Q.   Okay.  Did one of Union Pacific's

10    predecessors have operating rights on that line?

11              MS. McINTOSH:  Objection:  Protective

12    order, vague, calls for a legal conclusion.

13              THE WITNESS:  Yes.  Missouri Pacific

14    operated that line.

15    BY MR. BELANCIO:

16         Q.   Was that line banked in any way?

17              MS. McINTOSH:  Objection:  Vague,

18    calls for a legal conclusion, assumes facts not in

19    evidence.

20              THE WITNESS:  Not to my knowledge.

21    BY MR. BELANCIO:

22         Q.   Do you know what areas of St. Francois the

23    EPA -- St. Francois County the EPA has defined as a

24    superfund site?

25         A.   I've not seen a definition of all the

JOHN HAWKINS - 3/6/2014

```
 1   there.  All right.
 2                THE WITNESS:  I'm sorry, Joel, I
 3   haven't spoken up very well.
 4                MR. HERZ:  That's much better.  I
 5   really appreciate it.  Thank you so much.
 6                THE WITNESS:  Excellent.
 7   BY MR. BELANCIO:
 8       Q.   Okay.  Are you aware of any abandoned
 9   lines that are contiguous with any SEMO sites?
10                MS. McINTOSH:  Objection:  Vague,
11   calls for a legal conclusion.
12                THE WITNESS:  I have only researched
13   the lines of Union Pacific and railroads that
14   operated in the corporate chain.
15                I've only -- more specific, I've looked at
16   Union Pacific, Missouri Pacific, Mississippi River
17   Bonne Terre, Missouri Illinois, Illinois Southern,
18   and St. Louis Iron Mountain Lines with respect to
19   historic operations.
20   BY MR. BELANCIO:
21       Q.   Okay.  With that in mind, can you answer
22   my question as to those railroads?
23       A.   So your question --
24                MS. McINTOSH:  Obj- --
25                THE WITNESS:  -- as to those
```

JOHN HAWKINS - 3/6/2014

```
 1   railroads would be?

 2                   MS. McINTOSH:  Object --

 3                   THE WITNESS:  Sorry.

 4                   MS. McINTOSH:  Yeah.  Objection:

 5   Vague.

 6                   THE WITNESS:  Could you repeat --

 7   could you rephrase your question with respect to

 8   those railroads?

 9   BY MR. BELANCIO:

10       Q.   Which abandoned lines in respect to those

11   railroads ran contiguous to any SEMO sites?

12                   MS. McINTOSH:  Objection:  Vague,

13   calls for a legal conclusion, ambiguous.

14                   THE WITNESS:  Based on the records I

15   reviewed, I identified three locations that

16   approached, were proximate to SEMO sites.

17   BY MR. BELANCIO:

18       Q.   Before I ask you what those were, did

19   you -- as to the same set of railroads that you've

20   reviewed, did any of those abandoned lines run

21   through SEMO sites?

22                   MS. McINTOSH:  Objection:  Vague,

23   calls for a legal conclusion.

24                   THE WITNESS:  There's a -- there's a

25   timing element here.  The property that the
```

JOHN HAWKINS - 3/6/2014

Page 48

```
1    railroads operated on and the appearance of tailings

2    piles, which in St. Francois County is what we're

3    generally talking about, it's difficult to

4    understand the timing between those.

5             So the railroad -- a railroad may have

6    owned property at some point that got close to or

7    entered what is now a tailings pile, but it's hard

8    to tell what the --

9    BY MR. BELANCIO:

10       Q.   Right.  And --

11       A.   -- period of that was.

12             MS. McINTOSH:  Excuse me.  He was

13   completing his answer.  Allow him to complete,

14   please.

15             THE WITNESS:  No.  I -- I -- so

16   it's -- it's difficult to -- railroads and tailing

17   piles are fundamentally incompatible with each

18   other, but -- you can't really run a train through a

19   tailings pile.  So having an active railroad in a

20   tailings pile just doesn't work very well.

21   BY MR. BELANCIO:

22       Q.   Irrespective of timing, did any of the

23   abandoned lines of the railroads that you've

24   researched run through SEMO sites?

25             MS. McINTOSH:  Objection:  Protective
```

JOHN HAWKINS - 3/6/2014

```
 1   order, compound, vague, calls for speculation.

 2                  THE WITNESS:  No, they did not run

 3   through a SEMO site.

 4   BY MR. BELANCIO:

 5        Q.   Let's talk about the three that you

 6   discussed ran contiguous or near SEMO sites.  Please

 7   list them.

 8        A.   Okay.  The three locations were -- and I

 9   will -- I'll list them.  If you wish to discuss

10   further, we can do so.

11        Q.   Thank you.

12        A.   Would be the North Bonne Terre at Leadwood

13   and at Columbia Mine, which is near Flat River.

14        Q.   As to the first in North Bonne Terre,

15   which rail -- which company was it?

16                  MS. McINTOSH:  Objection:  Vague.

17                  THE WITNESS:  I don't understand your

18   question.

19   BY MR. BELANCIO:

20        Q.   Let me rephrase that entirely.

21                  In regard to the North Bonne Terre, is

22   that on an active line or an abandoned line?

23                  MS. McINTOSH:  Objection:  Vague.

24                  THE WITNESS:  The -- the location

25   they identified as near a tailing pile in
```

JOHN HAWKINS - 3/6/2014

1   There's more stations represented.

2        Q.   Understood.   More detail, not necessarily

3   inconsistent.

4             Okay.  We'll move on.

5             Can you flip to the next page of

6   Exhibit 58, which has on it -- it should be Page 15

7   of 30.

8        A.   Oh, I'm sorry.

9        Q.   And it should have a Map Mo-18a.  Do you

10  see that map?

11       A.   I do.

12       Q.   Are any of the areas depicted in that map

13  within the SEMO mining district sites?

14                  MS. McINTOSH:  Objection:  Vague.

15                  THE WITNESS:  This -- this map does

16  include the three points that I referenced earlier

17  at Hoffman and Bonne Terre and Columbia Mine.

18            There are other railroads on this map --

19  railroad lines on this map that I have not

20  researched, so those are the only three I can speak

21  to.

22  BY MR. BELANCIO:

23       Q.   Do you see the area, that St. Joe Lead

24  federal plant?

25       A.   Yes, I do.

JOHN HAWKINS - 3/6/2014

1        Q.    Okay.  Is that within one of the

2   three areas that you mentioned earlier?

3        A.    It is not one of the points that I

4   mentioned earlier.

5        Q.    Okay.  Let's talk about that point.

6              Who owned the line that went to St. Joe

7   federal lead plant?

8        A.    I don't know who owned the line; I believe

9   I know the railroad.

10       Q.    Okay.  Let's talk about it.  Who -- what

11  was the railroad?

12       A.    The railroad was the Lead Belt Railroad.

13       Q.    Okay.  And was the Lead Belt Railroad in

14  any way a predecessor of Union Pacific?

15       A.    No.

16              MS. McINTOSH:  Objection:  Protective

17  order.

18              THE WITNESS:  No, it was not.

19  BY MR. BELANCIO:

20       Q.    Did the Missouri Illinois railroad ever

21  operate on that line?

22       A.    Possibly.  I have seen a track agreement

23  that allowed them operating rights within that area.

24       Q.    Okay.  What about the Mississippi River

25  Bonne Terre railroad?  Did they ever have operating

JOHN HAWKINS - 3/6/2014

```
 1                    (Exhibit 60

 2                    marked for identification.)

 3  BY MR. BELANCIO:

 4       Q.   Do you recognize this document?

 5       A.   Yes, I do.

 6       Q.   Have you reviewed it for your deposition

 7  today?

 8       A.   I have reviewed it, yes.

 9       Q.   Have you read this document?

10       A.   I have read it.

11       Q.   What is this document?

12       A.   These are the articles of merger of

13  Missouri Pacific Railroad Company with and into

14  Union Pacific Railroad Company.

15       Q.   Do you have any reason to believe that

16  this document that was filed with the Utah

17  Department of Commerce concerning the mergers of

18  railroads with Union Pacific is not accurate?

19            MS. McINTOSH:  Objection:  Protective

20  order, calls for a legal conclusion, beyond the

21  scope of Mr. Hawkins' topic.

22            THE WITNESS:  I have no reason to

23  believe this in- -- is inaccurate.

24  BY MR. BELANCIO:

25       Q.   Did Missouri Pacific Railroad merge with
```

JOHN HAWKINS - 3/6/2014

Page 82

```
 1   and into the Union Pacific Railroad Company?

 2                   MS. McINTOSH:  Objection:  Protective

 3   order, calls for a legal -- legal conclusion.

 4                   THE WITNESS:  My understanding is,

 5   yes, that it did.

 6   BY MR. BELANCIO:

 7        Q.   And Union Pacific Railroad Company was the

 8   surviving corporation, correct?

 9                   MS. McINTOSH:  Objection:  Protective

10   order, calls for a legal conclusion.

11                   THE WITNESS:  That's my

12   understanding, yes.

13   BY MR. BELANCIO:

14        Q.   Union Pacific is the corporate successor

15   of Missouri Pacific, correct?

16                   MS. McINTOSH:  Objection:  Protective

17   order, calls for a legal conclusion.

18                   THE WITNESS:  Union Pacific received

19   certain assets of Missouri Pacific at the merger.

20   BY MR. BELANCIO:

21        Q.   And when was this merger effective?

22        A.   At 12 noon Eastern Standard Time on

23   January 1, 1997.

24        Q.   I'd like to direct you to Page 1695 of

25   that document.
```

JOHN HAWKINS - 3/6/2014

1   some of the previous lines it discussed were from

2   the St. Louis, the Iron Mountain and Southern

3   Railway Company; is that correct?

4                   MS. McINTOSH:  Objection:  Vague,

5   calls for a legal conclusion.

6                   THE WITNESS:  You mis- -- you

7   misstated the name of the railroad.

8   BY MR. BELANCIO:

9       Q.   Okay.  What -- please state the proper

10  name of the railroad for me.

11      A.   St. Louis Iron Mountain and Southern

12  Railway Company.

13      Q.   It's one name?

14      A.   Yes.

15      Q.   Okay.  But Missouri Pacific acquired those

16  specific lines from the St. Louis Iron Mountain and

17  Southern Railway Company; is that correct?

18                  MS. McINTOSH:  Objection:  Calls for

19  a legal conclusion, vague, inconsistent with

20  Deposition Exhibit 46.

21                  THE WITNESS:  This describes those

22  as -- those lines as of or formerly of that company.

23  BY MR. BELANCIO:

24      Q.   On Page 1540, which of those lines listed

25  on that page are located in the area of the SEMO

JOHN HAWKINS - 3/6/2014

Page 110

```
 1  BY MR. BELANCIO:

 2      Q.   Do you see that the Missouri Illinois

 3  Railroad Company purchased at receivership

 4  foreclosure sale the railroad of the Illinois

 5  Southern Railway Company extending from Salem,

 6  Illinois, to Bismark, Missouri?

 7      A.   Yes, sir.

 8      Q.   Do you believe that that is accurate?

 9              MS. McINTOSH:  Objection:  The

10  document speaks for itself, calls for a legal

11  conclusion.

12              THE WITNESS:  I have no reason to

13  believe it's inaccurate.

14  BY MR. BELANCIO:

15      Q.   Do you know whether there's a cur- -- a

16  purchase of stock of the Illinois Southern Railway

17  Company by the Missouri Illinois company?

18      A.   I'm sorry.  If you could help point to

19  where this is, we could --

20      Q.   Let me rephrase and put it another way.

21      A.   Okay.

22      Q.   Do you have -- if the trustee stated that

23  it was via a purchase of stock, do you have any

24  reason to dispute his statement as inaccurate?

25              MS. McINTOSH:  Objection:  Calls for
```

JOHN HAWKINS - 3/6/2014

```
 1              C E R T I F I C A T E

 2          I, Kristin Teel, a Certified Shorthand

 3   Reporter, hereby certify that the witness in the

 4   foregoing deposition was by me duly sworn to tell

 5   the truth, the whole truth, and nothing but the

 6   truth in the within-entitled cause;

 7          That said deposition was taken down in

 8   shorthand by me, a disinterested person, at the time

 9   and place therein stated, and that the testimony of

10   the said witness was thereafter reduced to

11   typewriting, by computer, under my direction and

12   supervision;

13          That before completion of the deposition,

14   review of transcript was requested.  If requested,

15   any changes made by the deponent (and provided to

16   the reporter) during the period allowed are appended

17   hereto;

18          I further certify that I am not of counsel

19   or attorney for either or any of the parties to the

20   said deposition, nor in any way interested in the

21   event of this cause, and that I am not related to

22   any of the parties thereto.

23          DATED:  March 14, 2014

24          _____

            KRISTIN TEEL, CRR, RPR, CSR(IA)
25          CSR NO. 1261
```