# EXHIBIT I



EXHIBIT 73