# EXHIBIT J





Figure 2: MRBT Mainline and Associated Branches, Southeast Missouri (SEMO)