# EXHIBIT L

EXHIBIT

depobook.com