# EXHIBIT M

200769 UNION PACIFIC RAILROAD COMPANY



Law Department

James P. Gatlin, Esq.
General Attorney
(402) 271-2158
(402) 271-7107 (FAX)

November 30, 2000

**VIA UPS OVERNIGHT DELIVERY**

Mr. Vernon Williams, Secretary
Surface Transportation Board
1925 "K" Street, N.W.
Washington, DC 20423-0001

RE:   **Docket No. AB-33 (Sub-No. 164X), Union Pacific Railroad Company -
      Abandonment Exemption - in Bonne Terre, Missouri**

Dear Mr. Williams:

Pursuant to the Board's exemption procedures for abandonment of rail lines with
no local business for at least two years (49 C.F.R. 1152.50), enclosed are an original and ten
(10) copies of a verified Notice of Exemption including a Certificate of Service and Publication.

Please file the Notice of Exemption in Docket No. AB-33 (Sub-No. 164X).
Enclosed is our check for $2,500.00 for the filing fee.

Sincerely yours,

James P. Gatlin
General Attorney
(402) 271-2158
(402) 271-7107 (FAX)

JPG/mls
Enclosures

ASARCOSEMO00028509

20.769

Before the
## SURFACE TRANSPORTATION BOARD

Docket No. AB-33 (Sub-No. 164X)

### UNION PACIFIC RAILROAD COMPANY
-- ABANDONMENT EXEMPTION --
IN ST FRANCOIS COUNTY, MO
(BONNE TERRE INDUSTRIAL LEAD IN BONNE TERRE, MO)

ENTERED
Office of the Secretary

DEC 01 2000

Part of
Public Record

## NOTICE OF EXEMPTION



FILED

DEC 0 1 ...

### UNION PACIFIC RAILROAD COMPANY

James P. Gatlin, General Attorney
1416 Dodge Street  #830
Omaha, Nebraska  68179
(402) 271-2158

Dated:      November 30, 2000
Filed:      December 1, 2000

ASARCOSEMO00028510

Before the
SURFACE TRANSPORTATION BOARD

Docket No. AB-33 (Sub-No. 164X)

UNION PACIFIC RAILROAD COMPANY
-- ABANDONMENT EXEMPTION --
IN ST FRANCOIS COUNTY, MO
(BONNE TERRE INDUSTRIAL LEAD IN BONNE TERRE, MO)

## NOTICE OF EXEMPTION

Union Pacific Railroad Company ("UP") submits this veri'   Notice of
Exemption pursuant to 49 C.F.R. § 1152, Subpart F -- Exempt Abandonments and
Discontinuances of Service and Trackage Rights, for an exempt abandonment from
milepost 31.20 to milepost 30.10, a distance of 1.10 miles, over the Bonne Terre Industrial
Lead in Bonne Terre, St. Francois County, Missouri (the "Line").

**Proposed Consummation Date:  49 C.F.R. § 1152.50 (d)(2)**

The abandonment is proposed to be consummated on or after January 22,
2001 (at least  50 days after filing  the Notice of  Exemption).

**Certification:  49 C.F.R.  § 1152.50(b)**

UP certifies that no local traffic has moved over the Line for at least two
years; and that no formal complaint filed by a user of rail service on the Line (or filed by a
state or local governmental entity acting on behalf of such user) regarding cessation of
service over the Line either is pending with this Board or any U.S. District Court or has

ASARCOSEMO00028511

been decided in favor of the complainant within the two-year period.  The Applicants further

certify that there is no overhead traffic moving on the Line.

**Additional Information Required:**
**49 C.F.R. § § 1152.22(a)(1)-(4), (7)-(8) and (e)(4)**

    (a)    <u>General</u>.

    (a)(1)  The railroad's  exact name is Union Pacific Railroad Company.

    (a)(2)  UP is a common carrier by railroad subject to 49 U.S.C. Subtitle IV, Chapter

105.

    (a)(3)  UP intends to abandon the Bonne Terre Industrial Lead from milepost 31.20

to milepost 30.10, a distance of 1.10 miles, in Bonne Terre, St. Francois County, Missouri

(the "Line").

    (a)(4)  A map showing the location of the Line in conjunction with other rail lines,

highways and major roads in the area is attached as  **Exhibit A.**

    (a)(7)  The representative to whom correspondence regarding this abandonment

should be sent is:

        James P. Gatlin, General Attorney
        Union Pacific Railroad Company
        1416 Dodge Street, Room 830
        Omaha, Nebraska 68179
        Tel. (402) 271-2158

    (a)(8)  <u>ZIP Code</u>.  The Line traverses U. S. Postal Service Zip Code 63628.

    (e)(4)  <u>Rural and Community Impact</u>.   The right of way of the southern portion of the

Line, from milepost 31.20 (Depot area) to milepost 30.8 (Benham St. – State Hwy 47),

varies in width.  South of Oak Street, it is approximately 50 feet in width.  North of Oak

Street the right of way is approximately 75 feet in width to a point approximately 900 feet

2

ASARCOSEMO00028512

northerly of Oak Street. The right of way then widens further to approximately 185 feet in width as it joins the south line of Benham Street (State Hwy 47). The topography is level and adjacent land uses are light industrial.

The right of way of the northern portion of the Line, from milepost 30.8 to milepost 30.1, varies from 30 feet in width at Benham Street to 100 feet in width at milepost 30.1, the end of the Line. Topography is level at milepost 30.8 and continues into a small cut as it runs northerly. Right of way in this area has been sold to industrial users, resulting in track removal. Adjacent uses include industrial and former lead mine operations. Based on information in our possession, the Line does not contain federally granted rights-of-way. Any documentation in our possession will be made available promptly to those requesting it.

## Labor Protection

The interests of railroad employees will be protected by the conditions discussed in Oregon Short Line Railroad Co. -- Abandonment -- Goshen , 360 ICC 91 (1979).

## Certifications

Attached as **Exhibit B** is a Certificate of Service and Publication pursuant to the notice requirements of 49 C.F.R. §§ 1152.50(d)(1), 1105.11 and 1105.12.

## Environmental and Historic Report

The Combined Environmental and Historic report containing the information required by 49 C.F.R. §§ 1105.7 (e) and 1105.8 is attached hereto as **Exhibit C**. The original and ten (10) copies were sent to Ms. Elaine Kaiser, Section of Environmental Analysis (SEA), on November 13, 2000.

ASARCOSEMO00028513

Dated this 30th day of November, 2000.

Respectfully submitted.

UNION PACIFIC RAILROAD COMPANY
James P. Gatlin, General Attorney
1416 Dodge Street  #830
Omaha, Nebraska  68179
(402) 271-2158

ASARCOSEMO00028514

VERIFICATION

Docket No. AB-33 (Sub-No. 164X)

STATE OF NEBRASKA        )
                         ) ss.
COUNTY OF DOUGLAS        )

RAYMOND E. ALLAMONG, JR., makes oath and says that he is Manager-Rail Line Planning of Union Pacific Railroad Company; that he has examined all of the statements in the foregoing Notice of Exemption in Docket No. AB-33 (Sub-No. 164X), to abandon the Bonne Terre Industrial Lead  in St. Francois County, Missouri; that he has knowledge of the facts and matters relied upon in the Notice; and that all representations set forth therein are true to the best of his knowledge, information and belief.

_____
Raymond E. Allamong, Jr.

Subscribed and sworn to before me a Notary Public in and for the State and County above named, this 28th day of December, 2000.

_____
Notary Public

My Commission Expires:

GENERAL NOTARY-State of Nebraska
HILDA HILL
My Comm. Exp. July 11, 2001

G:\AAUAB\CWS\ABA\DOCUUSUB184.NOE

ASARCOSEMO00028515



ASARCOSEMO00028516

Exhibit B
AB-33 (Sub-No. 164X)

### DOCKET NO. AB-33 (SUB-NO. 164X)
### Bonne Terre Industrial Lead in St. Francois County, MO

## CERTIFICATE OF SERVICE AND PUBLICATION

### 49 C.F.R. § 1152.50(d)(1) - Notice

The undersigned certifies that on November 20, 2000 (at least 10 days before a Notice of Exemption is filed), written notice was given of Union Pacific's intent to use the exemption notice procedure to abandon the Bonne Terre Industrial Lead in St. Francois County, Missouri in Docket No. AB-33 (Sub-No. 164X). Written notice (a copy of which is attached hereto as Attachment 1) was served on the following:

| | |
|---|---|
| Director<br>Div. of Motor Carrier and Railroad Safety<br>P.O. Box 1216<br>Jefferson City, MO  65102 | U.S. Department of Agriculture<br>Chief of the Forest Service<br>4th Floor NW, Auditors Bldg.<br>14th Street & Independence Ave., SW<br>Washington, D.C.  20250 |
| Chief Engineer<br>Highway and Transportation Department<br>P.O. Box 270<br>Jefferson City, MO  65102 | Military Traffic Management Command<br>Transportation Engineering Agency<br>Attn:  Railroads for National Defense<br>720 Thimble Shoals Blvd., Suite 130<br>Newport News, VA 23606-2574 |
| National Park Service<br>William D. Shaddox<br>Chief, Land Resources Division<br>800 North Capitol Street, N.E., Room 540<br>Washington, D.C.  20002 | |

### 49 C.F.R. § 1105.11 - Transmittal Letter For Applicant's Report

The undersigned certifies that on November 10, 2000 (at least 20 days before a Notice of Exemption is filed), a Combined Environmental and Historic Report

ASARCOSEMO00028517

pursuant to 49 C.F.R. §§ 1105.7 and 1105.8 was served in Docket No. AB-33 (Sub-No.

164X) for abandonment of the Bonne Terre Industrial Lead in St. Francois County, Missouri

on the following:

(1)    State Clearinghouse (or alternate)
(2)    State Environmental Protection Agency
(3)    State Coastal Zone Management Agency
(4)    Head of each County
(5)    U.S. Environmental Protection Agency (regional office)
(6)    U.S. Fish and Wildlife Service
(7)    U.S. Army Corps of Engineers
(8)    National Park Service
(9)    U.S. Natural Resources Conservation Service
(10)   The National Geodetic Survey
(11)   State Historic Preservation Office
(12)   Other Agencies Consulted (as listed)

(The Certificate of Service attached to the Combined Environmental and
Historic Report lists the names and addresses of the federal, state and local agencies
served.)

## 49 C.F.R. § 1105.12 - Newspaper Notice

The undersigned further certifies that a "Notice of Intent to Abandon" was

published in the form prescribed by the Board for a Notice of Exemption. The notice was

published one time in a major newspaper in the county in which the Line is located as

follows:

| County | Newspaper | Date |
|---|---|---|
| St Francois | *Farmington Press* | November 30, 2000 |

Dated this 30th day of November, 2000.

James P. Gatlin

ASARCOSEMO00028518

Before the
SURFACE TRANSPORTATION BOARD

Docket No. AB-33 (Sub-No. 184X)

UNION PACIFIC RAILROAD COMPANY
-- ABANDONMENT EXEMPTION --
IN ST FRANCOIS COUNTY, MO
(BONNE TERRE INDUSTRIAL LEAD IN BONNE TERRE, MO)

Combined Environmental and Historic Report

UNION PACIFIC RAILROAD COMPANY

James P. Gatlin, General Attorney
1416 Dodge Street  #830
Omaha, Nebraska  68179
(402) 271-2158

Dated:      November 10, 2000

ASARCOSEMO00028519

Before the
SURFACE TRANSPORTATION BOARD

Docket No. AB-33 (Sub-No. 164X)

UNION PACIFIC RAILROAD COMPANY
-- ABANDONMENT EXEMPTION --
IN ST FRANCOIS COUNTY, MO
(BONNE TERRE INDUSTRIAL LEAD IN BONNE TERRE, MO)

Combined Environmental and Historic Report

Union Pacific Railroad Company ("UP") submits this Combined Environmental and Historic Report pursuant to 49 C.F.R. § 1105.7(e) and 49 C.F.R. § 1105.8(d), respectively, for an exempt abandonment from milepost 31.20 to milepost 30.10, a distance of 1.10 miles, over the Bonne Terre Industrial Lead in Bonne Terre, St. Francois County, Missouri (the "Line").

The Line traverses U. S. Postal Service Zip Code 63628. A Notice of Exemption to abandon the Line pursuant to 49 C.F.R. § 1152.50 (no local traffic for at least two years) will be filed on or after December 1, 2000.

A map of the Line is attached as **Attachment No. 1.** UP's letter to federal, state and local government agencies is marked **Attachment No. 2.** Responses received to UP's letter to date are attached and sequentially numbered as indicated below.

2

ASARCOSEMO00028520

ENVIRONMENTAL REPORT
49 C.F.R. § 1105.7(e)

(1) **Proposed action and alternatives.** Describe the proposed action, including commodities transported, the planned disposition (if any) of any rail line and other structures that may be involved, and any possible changes in current operations or maintenance practices. Also describe any reasonable alternatives to the proposed action. Include a readable, detailed map and drawings clearly delineating the project.

**Response:** The proposed action involves the abandonment by UP of the Bonne Terre Industrial Lead from milepost 31.20 to milepost 30.10, a distance of 1.10 miles in Bonne Terre, St. Francois County, Missouri. There are no shippers on the Line, and no commodities have moved over the Line for over two years.

The northern portion of the Line from State Highway 47 (approximately milepost 30.8) to milepost 30.10 was constructed by the Saint Joseph Lead Company in 1888. The southern portion of the Line from milepost 31.20 to State Highway 47 was constructed by the Mississippi River and Bonne Terre Railway in 1892. Both sections were converted to standard gauge in 1894. The southern portion of the Line is constructed with 90-pound track material. The track has been removed from the northern portion of the Line.

There appears to be no reasonable alternative to the abandonment. There is no local or overhead traffic.

Based on information in the Applicants' possession, the southern portion of the Line contains approximately 4.22 acres of non-reversionary property. The northern portion of the Line contains approximately 5.51 acres of reversionary property.

A map of the Line is attached as **Attachment No. 1.**

(2) **Transportation system.** Describe the effects of the proposed action on regional or local transportation systems and patterns. Estimate the amount of traffic

3

ASARCOSEMO00028521

(passenger or freight) that will be diverted to other transportation systems or modes as a result of the proposed action.

**Response:**   There will be no effect on regional or local transportation systems and patterns and no diversion of traffic to other transportation systems or modes. The subject Line has not been used for freight traffic for at least two years.

(3) **Land use.** (i) Based on consultation with local and/or regional planning agencies and/or a review of the official planning documents prepared by such agencies, state whether the proposed action is consistent with existing land use plans. Describe any inconsistencies.

(ii) Based on consultation with the U.S. Soil Conservation Service, state the effect of the proposed action on any prime agricultural land.

(iii) If the action effects land or water uses within a designated coastal zone, include the coastal zone information required by § 1105.9.

(iv) If the proposed action is an abandonment, state whether or not the right-of-way is suitable for alternative public use under 49 U.S.C. § 10905 and explain why.

**Response:**   (i) Applicants are unaware of any adverse effects on local and existing land use plans.   The City of Bonne Terre states that the proposed abandonment complies with the City's general planning policy(ies), and State of Missouri Office of Administration states that the Missouri Federal Assistance Clearinghouse, in cooperation with state and local agencies interested or possibly affected, has completed the review of the proposed abandonment and none of the agencies involved had comments or recommendations to offer.   The City of Bonne Terre's and the State Office of Administration's responses are attached as **Attachment 3** and **Attachment 4**, respectively.

(ii) The United States Department of Agriculture Natural Resources Conservation Service stated that the proposed abandonment will have no impact on prime agricultural land.  The USDA response is attached as **Attachment 5**.

(iii) The Line is not in a state coastal zone.

4

ASARCOSEMO00028522

(iv)   It is not likely that any of the right of way proposed for abandonment is suitable for other public purposes since the abandonment involves such a short segment and there doesn't appear to be a need for another north/south street in this section of Bonne Terre. The title to the right of way north of Highway 47 appears to be reversionary in nature and since the track has been removed from the area north of Highway 47, UP may have already lost any interest it had in this portion of the right of way to adjoining land owners.

(4)  **Energy.** (i) Describe the effect of the proposed action on transportation of energy resources.
(ii) Describe the effect of the proposed action on recyclable commodities.
(iii) State whether the proposed action will result in an increase or decrease in overall energy efficiency and explain why.
(iv) If the proposed action will cause diversions from rail to motor carriage of more than:
(A) 1,000 rail carloads a year, or
(B) an average of 50 rail carloads per mile per year for any part of the affected line, quantify the resulting net change in energy consumption and show the data and methodology used to arrive at the figure given.

**Response:**   (i) There are no effects on the transportation of energy resources in view of the absence of rail shipments on the Line.

(ii) There are no recyclable commodities moved over the Line.

(iii) There will be no increase in energy consumption from the abandonment.

(iv)(A)(B) There will be no rail-to-motor diversion.

(5)  **Air.** (i) If the proposed action will result in either:
(A) an increase in rail traffic of at least 100% (measured in gross ton miles annually) or an increase of at least eight trains a day on any segment of rail line affected by the proposal, or
(B) an increase in rail yard activity of at least 100% (measured by carload activity), or
(C) an average increase in truck traffic of more than 10% of the average daily traffic or 50 vehicles a day on any affected road segment, quantify the anticipated effect on air emissions. For a proposal under 49 U.S.C. § 10901 (or § 10505) to construct a new line or reinstitute service over a previously abandoned line, only the eight train a day provision in §§ (5)(i)(A) will apply.

5

ASARCOSEMO00028523

**Response:**    There is no such effect anticipated.

(5) **Air.** (ii) If the proposed action affects a class 1 or nonattainment area under the Clean Air Act, and will result in either:

(A) an increase in rail traffic of at least 50% (measured in gross ton miles annually) or an increase of at least three trains a day on any segment of rail line, or

(B) an increase in rail yard activity of at least 20% (measured by carload activity), or

(C) an average increase in truck traffic of more than 10% of the average daily traffic or 50 vehicles a day on a given road segment, then state whether any expected increased emissions are within the parameters established by the State Implementation Plan. However, for a rail construction under 49 U.S.C. § 10901 (or 49 U.S.C. § 10505), or a case involving the reinstitution of service over a previously abandoned line, only the three train a day threshold in this item shall apply.

**Response:**    There will be no increase in rail traffic, rail yard activity, or truck traffic as a result of the proposed action.

(5) **Air.** (iii) If transportation of ozone depleting materials (such as nitrogen oxide and freon) is contemplated, identify: the materials and quantity; the frequency of service; safety practices (including any speed restrictions); the applicant's safety record (to the extent available) on derailments, accidents and spills; contingency plans to deal with accidental spills; and the likelihood of an accidental release of ozone depleting materials in the event of a collision or derailment.

**Response:**    The proposed action will not affect the transportation of ozone depleting materials.

(6) **Noise.** If any of the thresholds identified in item (5)(i) of this section are surpassed, state whether the proposed action will cause:

(i) an incremental increase in noise levels of three decibels Ldn or more or

(ii) an increase to a noise level of 65 decibels Ldn or greater. If so, identify sensitive receptors (e.g., schools, libraries, hospitals, residences, retirement communities, and nursing homes) in the project area and quantify the noise increase for those receptors if the thresholds are surpassed.

**Response:**    Not applicable.

(7) **Safety.** (i) Describe any effects of the proposed action on public health and safety (including vehicle delay time at railroad grade crossings).

6

ASARCOSEMO00028524

(ii) If hazardous materials are expected to be transported, identify: the materials and quantity; the frequency of service; whether chemicals are being transported that, if mixed, could react to form more hazardous compounds; safety practices (including any speed restrictions); the applicant's safety record (to the extent available) on derailments, accidents and hazardous spills; the contingency plans to deal with accidental spills; and the likelihood of an accidental release of hazardous materials.

(iii) If there are any known hazardous waste sites or sites where there have been known hazardous materials spills on the right-of-way, identify the location of those sites and the types of hazardous materials involved.

**Response:** (i) The proposed action will have no detrimental effects on public health and safety.

(ii) The proposed action will not affect the transportation of hazardous materials.

(iii) There are no known hazardous material waste sites or sites where known hazardous material spills have occurred on or along the subject right-of-way.

(8) **Biological resources.** (i) Based on consultation with the U.S. Fish and Wildlife Service, state whether the proposed action is likely to adversely affect endangered or threatened species or areas designated as a critical habitat, and if so, describe the effects.

(ii) State whether wildlife sanctuaries or refuges, or any National or State parks or forests will be affected, and describe any effects.

**Response:** (i) The U. S. Fish and Wildlife Service has been contacted.  To date UP has received no response.

(ii) Applicants are not aware of any wildlife sanctuaries or refuges, or any National or State parks or forests that will be affected by the proposed abandonment.

(9) **Water.** (i) Based on consultation with State water quality officials, state whether the proposed action is consistent with applicable Federal, State or local water quality standards.  Describe any inconsistencies.

(ii) Based on consultation with the U.S. Army Corps of Engineers, state whether permits under section 404 of the Clean Water Act (33 U.S.C. § 1344) are required for the proposed action and whether any designated wetlands or 100-year flood plains will be affected.  Describe the effects.

(iii) State whether permits under section 402 of the Clean Water Act (33 U.S.C. § 1342) are required for the proposed action.  (Applicants should contact the U.S.

7

ASARCOSEMO00028525

Environmental Protection Agency or the state environmental protection or equivalent agency if they are unsure whether such permits are required.)

      **Response:**   (i) There are no anticipated adverse effects on water quality. The Missouri Department of Natural Resources been contacted, but no response has been received.

      (ii) The U.S. Army Corps of Engineers has been contacted, but no response has been received.

      (iii) It is not anticipated there will be any requirements for Section 402 permits.

      (10)  **Proposed Mitigation.**  Describe any actions that are proposed to mitigate adverse environmental impacts, indicating why the proposed mitigation is appropriate.

      **Response:**  There are no known adverse environmental impacts.

8

ASARCOSEMO00028526

**USDA NRCS**
Natural Resources Conservation Service

Parkade Center, Suite 250
601 Business Loop 70 West
Columbia, Missouri  65203

Docket AB-33 (164X)
Attachment 5

July 27, 2000

Mr. Chuck Saylors
1416 Dodge Street, Room 830
Omaha, NE  68179

Dear Mr. Saylors,

I have reviewed the Proposed Abandonment of the Bonne Terre Industrial Lead in Bonne Terre, St. Francois County, Missouri, dated July 19, 2000.  I have determined that the proposed action will have no effect on prime agricultural land.  The Soil Survey of St. Francois County, Missouri indicates that the entire Bonne Terre Industrial Lead is situated on non-prime farmland soil mapping units.

Thank you for the opportunity to review this proposal and please be informed that future correspondence to this office should reference the USDA Natural Resources Conservation Service rather than the U.S. Soil Conservation Service.

DENNIS K. POTTER
State Soil Scientist

## HISTORIC REPORT
### 49 C.F.R. § 1105.8(d)

(1)  A U.S.G.S. topographic map (or an alternate map drawn to scale and sufficiently detailed to show buildings and other structures in the vicinity of the proposed action) showing the location of the proposed action, and the locations and approximate dimensions of railroad structures that are 50 years old or older and are part of the proposed action:

**Response:**  See **Attachment No. 1**.

(2)  A written description of the right-of-way (including approximate widths to the extent known), and the topography and urban and/or rural characteristics of the surrounding area:

**Response:**  From milepost 31.20 (Depot area) to milepost 30.8 (Benham St. - Hwy 47), the right of way varies in width.  The right of way on the south side of Oak Avenue is approximately 50 feet in width.  Starting on the north side of Oak Avenue the right of way is approximately 75 feet in width to a point approximately 900 feet northerly of Oak Avenue.  The right of way then widens further to approximately 185 feet in width as it adjoins the south line of Benham Street (Hwy 47).  The topography is level and adjacent land uses are light industrial.  From milepost 30.8 to milepost 30.1, the right of way varies from 30 feet in width at Benham Street to 100 feet in width at milepost 30.1.  Topography is level at milepost 30.8 and continues into a small cut as it runs northerly.  Right of way in this area has been sold to industrial users, resulting in track removal.  Adjacent uses include industrial and former lead mine operations.

(3)  Good quality photographs (actual photographic prints, not photocopies) of railroad structures on the property that are 50 years old or older and of the immediately surrounding area:

**Response:**  There are no railroad structures 50 years old or older.

9

ASARCOSEMO00028528

(4) The date(s) of construction of the structure(s), and the date(s) and extent of any major alterations to the extent such information is known:

**Response**: Not applicable.

(5) A brief narrative history of carrier operations in the area, and an explanation of what, if any, changes are contemplated as a result of the proposed action:

**Response**: See the preceding pages for a brief history and description. There have been no rail operations over the Line for at least two years. No changes in carrier operations are contemplated.

(6) A brief summary of documents in the carrier's possession, such as engineering drawings, that might be useful in documenting a structure that is found to be historic:

**Response**: Not applicable.

(7) An opinion (based on readily available information in the railroad's possession) as to whether the site and/or structures meet the criteria for listing on the National Register of Historic Places (36 C.F.R. § 60.4), and whether there is a likelihood of archeological resources or any other previously unknown historic properties in the project area, and the basis for these opinions (including any consultations with the State Historic Preservation Office, local historical societies or universities):

**Response**: Not applicable.

(8) A description (based on readily available information in the railroad's possession) of any known prior subsurface ground disturbance or fill, environmental conditions (naturally occurring or manmade) that might affect the archeological recovery of resources (such as swampy conditions or the presence of toxic wastes), and the surrounding terrain:

**Response**: Applicants do not have any such readily available information.

(9) Within 30 days of receipt of the historic report, the State Historic Preservation Officer may request the following additional information regarding specified nonrailroad owned properties or groups of properties immediately adjacent to the railroad right-of-way. Photographs of specified properties that can be readily seen from the railroad right-of-way (or other public rights-of-way adjacent to the property) and a written description of any previously discovered archeological sites, identifying the locations and type of the site (i.e., prehistoric or native American):

10

ASARCOSEMO00028529

**Response**: Not applicable.

Dated this 10th day of November, 2000.

Respectfully submitted,

UNION PACIFIC RAILROAD COMPANY
James P. Gatlin, General Attorney
1416 Dodge Street  #830
Omaha, Nebraska 68179
(402)271-2158

11

ASARCOSEMO00028530



ASARCOSEMO00028531

Docket AB-33 (Sub-164X)
Attachment 2

July 19, 2000

File: Track Abandonment
Bonne Terre, Mo. Industrial Lead

**State Clearinghouse:**
Lois Pohl
Federal Assistance Clearinghouse
Office of Administration
Division of General Services
P.O. Box 809
Jefferson City, MO 65102

**State Environmental Protection Agency**
Department of Natural Resources
P.O. Box 176
Jefferson City, MO 65102

**State Coastal Zone Management Agency**
Not Applicable

**Head of each County**
St. Francois County Offices,
Courthouse
203 W Columbia St.
Farmington, MO 63640

**Environmental Protection Agency**
**(Regional Office)**
U. S. EPA, Region VII
901 North 5th Street
Kansas City, Kansas 66101

**U.S. Fish and Wildlife**
U.S. Fish and Wildlife Service
Region 3,
One Federal Drive
Federal Building
Fort Snelling, MN 55111

**U.S. Army Corps of Engineers:**
U.S. Army Engineer District, St. Louis
1222 Spruce St.
St. Louis, MO 63103-2833

**National Park Service**
William D. Shaddox, Chief
Land Resources Division
National Park Service
800 Capitol Street, NE, Room 500
Washington, D.C. 20002

**U.S. Natural Resources Conservation Service:**
Natural Resource Conservation Service
Parkdale Center, Suite 250
601 Business Loop 70 W
Columbia, MO 65203-2546

**National Geodetic Survey**
Edward J. McKay, Chief
Spatial Reference System Division
National Geodetic Survey
NOAA N/NGS
1315 East-West Highway
Silver Springs, MD 20910-3282

**Other Agencies Consulted**
City Manager
City of Bonne Terre
1 North Wood Street, Apt. A
Bonne Terre, MO 63628-1367

1

ASARCOSEMO00028532

RE:   Proposed Abandonment of the Bonne Terre Industrial Lead in Bonne Terre, St. Francois County, Missouri.

Dear Sirs:

Union Pacific Railroad Company plans to request authority from the Surface Transportation Board (STB) to abandon its Bonne Terre Industrial Lead from M.P. 31.20 to M.P. 30.1 in Bonne Terre, in the State of Missouri.  A map of the proposed track abandonment shown in black is attached.

Pursuant to the STB's regulations at 49 C.F.R. Part 1152, and the environmental regulations at 49 C.F.R. Part 1105.7, this is to request your assistance in identifying any potential effects of this action as indicated in the paragraphs below.  If any adverse environmental impacts are identified, describe any actions that are proposed in order to mitigate the environmental impacts.  Please provide us with a written response that can be included in an Environmental Report, which will be sent to the STB.

LOCAL AND/OR REGIONAL PLANNING AGENCIES.  State whether the proposed action is consistent with existing land use plans. Describe any inconsistencies.

U.S. SOIL CONSERVATION SERVICE.  State the effect of the proposed action on any prime agricultural land.

U.S. FISH AND WILDLIFE SERVICE (And State Game And Parks Commission, If Addressed).  State (1) whether the proposed action is likely to adversely affect endangered or threatened species or areas designated as a critical habitat, and if so, describe the effects, and, (2) whether wildlife sanctuaries or refuges, National or State parks or forests will be affected, and describe any effects.

STATE WATER QUALITY OFFICIALS.  State whether the proposed action is consistent with applicable Federal, State or Local water quality standards.  Describe any inconsistencies.

U.S. ARMY CORPS OF ENGINEERS.  State (1) whether permits under Section 404 of the Clean Water Act (33 U.S.C. § 1344) are required for the proposed action and (2) whether any designated wetlands or 100-year flood plains will be affected.  Describe the effects.

U.S. ENVIRONMENTAL PROTECTION AGENCY AND STATE ENVIRONMENTAL PROTECTION (OR EQUIVALENT AGENCY).  (1) Identify any potential effects on the surrounding area, (2) identify the location of

2

ASARCOSEMO00028533

hazardous waste sites and known hazardous material spills on the right-of-way and list the types of hazardous materials involved, and (3) state whether permits under Section 402 of the Clean Water Act (33 U.S.C. § 1342) are required for the proposed action.

Thank you for your assistance. Pleas send your reply to Union Pacific Railroad, Mr. Chuck Saylors, 1416 Dodge Street, Room 830, Omaha, NE, 68179. If you need further information, please contact me at (402) 271-4078.

Yours truly,

Harry P. Patterson, P. E.
Manager Environmental Field Operations

Attachment

3

ASARCOSEMO00028534



ASARCOSEMO00028535

Docket AB-33 (Sub-16½)
Attachment 3



# CITY OF BONNE TERRE
*A Council-Manager City*

(573) 358-2254
Fax (573) 358-1525

#1A Northwood Drive • P.O. Box 418
Bonne Terre, Missouri 63628

August 10, 2000

Union Pacific Railroad
1416 Dodge Street
Room 830
Omaha, NE  68179

Attn:   Chuck Saylors

Re:     Track abandonment, Bonne Terre Industrial Lead

Dear Mr. Saylors:

The City of Bonne Terre states that the proposed abandonment complies with the City's general planning policy(ies).  The City has property adjacent to parts of the proposed abandonment, and the City's Industrial Development Authority also owns adjacent property.

The City of Bonne Terre hereby formally requests that Union Pacific Railroad, upon abandonment of the Bonne Terre Industrial Lead, presents the property to the City.

Very Truly Yours,

Jeffrey L. Jeude
City Manager

Docket AB-33 (Sub)
Attachment 2

Mel Carnahan
Governor

Richard A. Hanson
Commissioner



State of Missouri
**OFFICE OF ADMINISTRATION**
Post Office Box 809
Jefferson City
65102

Stan Petrowch
Director
Division of General Services

August 14, 2000

Chuck Saylors
Union Pacific Railroad
1416 Dodge Street, Room 830
Omaha, NE 68179

Dear Mr. Saylors:

Subject:  0007098 -  Union Pacific Railroad Company
Proposed Abandonment of the Bonne Terre Industrial Lead in
Bonne, Terre, St. Francois County, MO

The Missouri Federal Assistance Clearinghouse, in cooperation with state and local agencies interested or possibly affected, has completed the review on the above project application.

None of the agencies involved in the review had comments or recommendations to offer at this time.  This concludes the Clearinghouse's review.

A copy of this letter is to be attached to the application as evidence of compliance with the State Clearinghouse requirements.

Sincerely,

Lois Pohl, Coordinator
Missouri Clearinghouse

LP:cm

cc:  Southeast Missouri Regional Planning Commission

ASARCOSEMO00028537



Parkade Center, Suite 250
601 Business Loop 70 West
Columbia, Missouri 65203

Docket AB-33 (Sub3)
Attachment 5

July 27, 2000

Mr. Chuck Saylors
1416 Dodge Street, Room 830
Omaha, NE   68179

Dear Mr. Saylors,

I have reviewed the Proposed Abandonment of the Bonne Terre Industrial Lead in Bonne Terre, St. Francois County, Missouri, dated July 19, 2000. I have determined that the proposed action will have no effect on prime agricultural land. The Soil Survey of St. Francois County, Missouri indicates that the entire Bonne Terre Industrial Lead is situated on non-prime farmland soil mapping units.

Thank you for the opportunity to review this proposal and please be informed that future correspondence to this office should reference the USDA Natural Resources Conservation Service rather than the U.S. Soil Conservation Service.

DENNIS K. POTTER
State Soil Scientist

The Natural Resources Conservation Service
formerly the Soil Conservation Service
is an agency of the United States Department of Agriculture

AN EQUAL OPPORTUNITY EMPLOYER

SOIL SURVEY
CENTENNIAL

ASARCOSEMO00028538

## CERTIFICATE OF SERVICE
## OF THE
## COMBINED ENVIRONMENTAL AND HISTORIC REPORT

The undersigned hereby certifies that a copy of the foregoing Combined Environmental and Historic Report in Docket No. AB-33 (Sub-No. 164X), the Bonne Terre Industrial Lead in Bonne Terre, St. Francois County, Missouri was served by first class mail on the 10th day of November, 2000 on the following:

**State Clearinghouse (or alternate):**
Lois Pohl
Federal Assistance Clearinghouse
Office of Administration
Division of General Services
P.O. Box 809
Jefferson City, MO 65102

**State Environmental Protection Agency:**
Department of Natural Resources
P. O. Box 176
Jefferson City, MO 65102

**State Coastal Zone Management Agency (if applicable):**
Not applicable.

**Head of County (Planning):**
St. Francois County Offices, Courthouse
202 W. Columbia St.
Farmington, MO 63640

**Environmental Protection Agency (regional office):**
U.S. Environmental Protection Agency
Region VII
901 North 5th Street
Kansas City, Kansas 66101

**U.S. Fish and Wildlife:**
U.S. Fish & Wildlife Service
Region 3,
One Federal Drive
Federal Building
Fort Snelling, MN 55111

**U.S. Army Corps of Engineers:**
U.S. Army Engineer District, St. Louis
1222 Spruce St.
St. Louis, MO 63103-2833

**National Park Service:**
National Park Service
William D. Shaddox
Chief, Land Resources Division
800 North Capitol Street, NE., Room 500
Washington, D.C. 20002

**U.S. Natural Resources Conservation Service:**
Natural Resource Conservation Service
Parkdale Center, Suite 250
601 Business Loop 70W
Columbia, MO 65203-2546

**National Geodetic Survey:**
National Geodetic Survey
Edward J. McKay, Chief
 Spatial Reference System Division
NOAA N/NGS2
1315 E-W Highway
Silver Spring, MD  20910-3282

**State Historic Preservation Office:**
Not Applicable.

**Other Agencies Consulted:**
City Manager
City of Bonne Terre
1 north Wood Street, Apt. A
Bonne Terre, MO 63628-1367

Dated this 10th day of November, 2000.

Charles W. Saylors

ASARCOSEMO00028539