# EXHIBIT O

ORIGINAL

F I L E D

NOV 23 1970

INTERSTATE
COMMERCE COMMISSION

Before The

INTERSTATE COMMERCE COMMISSION



NOV 23 1970

ADMINISTRATIVE SERVICES
R___ MAIL BRANCH

In the Matter of the Application of )
the Missouri Pacific Railroad )
Company under Section 1, Para- )
graphs (18)-(20), inclusive, of )
the Interstate Commerce Act, to )
Abandon Approximately 65.43 miles )
of Track in St. Francois, Madison, )
Bollinger, and Cape Girardeau )
Counties, Missouri. )

Finance Docket

No. 26253

FILE IN DOCKET

RETURN TO QUESTIONNAIRE

MARK M. HENNELLY

R. H. STAHLHEBER

RICHARD S. M. EMRICH III

Attorneys for Applicant

3800 Missouri Pacific Building
St. Louis, Missouri   63103

EXHIBIT

14 14-14

Before The

INTERSTATE COMMERCE COMMISSION

---

| In the Matter of the Application of | ) | |
| the Missouri Pacific Railroad | ) | |
| Company under Section 1, Para- | ) | Finance Docket |
| graphs (18)-(20), Inclusive, of | ) | |
| the Interstate Commerce Act, to | ) | No. 26393 |
| Abandon Approximately 65.62 Miles | ) | |
| of Track in St. Francois, Madison, | ) | |
| Bollinger, and Cape Girardeau | ) | |
| Counties, Missouri. | ) | |

---

RETURN TO QUESTIONNAIRE

---

Comes now Missouri Pacific Railroad Company, applicant, and presents this its return to questionnaire in conformity with 49 C.F.R. 1121.4.

Question 1:  Complete statement of the purpose of the application.

Answer:  Applicant proposes to abandon a segment of its Charleston Subdivision approximately 65.62 miles in length, situated between milepost 76.36, at or near Bismarck, and milepost 141.98, at or near Whitewater, Missouri.  The segment proposed to be abandoned is situated in St. Francois, Madison, Bollinger, and Cape Girardeau Counties, Missouri.

-1-

The purpose of the application is to obtain authority to take out of service a segment of track which for some time has produced little traffic and substantial losses notwithstanding applicant's deferral of a large amount of maintenance work. It is anticipated that the abandonment of the segment will relieve applicant, and interstate commerce, of the burden of large annual losses and of the necessity for making significant expenditures for rehabilitation.

Question 2: When, by whom, and for what purpose the line was constructed, and its proprietary history.

Answer: The portion of track sought to be abandoned is part of the Bismarck - Charleston, Missouri, Branch, which branch originally extended 16 miles beyond Charleston to Belmont, Missouri. The line between Bismarck and Belmont was completed in 1869 by the St. Louis and Iron Mountain Railroad Company for the purpose of reaching Columbus, Kentucky, by means of a car ferry across the Mississippi River. The portion of track between Charleston and Belmont was abandoned in the 1930's pursuant to your Commission's authorization in Finance Dockets Nos. 9618 and 12404.

Question 3: A copy of the applicant's general balance sheet of the latest date available, and a copy of the applicant's income account for each of the last five calendar years, and for that portion of the current year for which the information is available.

Answer: Attached as Exhibit A.

Question 4: The present state of maintenance of the line.

-2-

Answer:  The line has approximately 27.5 miles of
75-pound rail with the balance being 90-pound rail.  The
75-pound rail is old and worn and will require replacing with
heavier rail in the foreseeable future.  Approximately 35
miles of the line is ballasted with cinders and the remainder
with tiff and rock tailings.  Embankments require restoring
to permit the retention of additional ballast which is needed.
It is estimated that approximately 320 ties per mile need re-
placing on the line.  There is an 894-foot tunnel on the line
which restricts height of car and lading to 15 feet 4 inches.
There are 67 bridges on the line totaling 4,306 feet, of which
1,833 feet are of timber construction, 2,443 feet of steel
construction, and 30 feet of concrete.

Subsequent to 1959 when traffic decreased materially,
on account of the closing of the National Lead Company mine
and metal refining facilities at Fredericktown, maintenance
of way expenditures were kept to a minimum to help reduce
operating losses, and, as a result, deferred maintenance has
accrued in a substantial amount.

In addition to correcting deferred maintenance, further
expenditures for relaying the 75-pound rail with 90-pound
rail, enlarging the tunnel and strengthening bridges would
be required to place the line in a condition for present day
normal operations.  The cost of the work outlined above would
be in excess of $2-1/2 million.

Annual average cost of maintaining the line in the
future after rehabilitation so that further deferred maintenance

-3-

would be avoided is estimated to be approximately $184,000.

Question 5:  The estimated salvage value of the line, with a general statement of the basis of the estimate.

Answer:  The estimated salvage value of the line is $615,126.  This is based on applicant's accounting prices for materials recovered for future use, and on recent sales of materials sold in place on an "as is, where is" basis.  Prices are subject to change at the time of sale.

Question 6:  The names of all railroads with which the line connects for interchange of traffic and the points of such interchange.

Answer:  The segment of line sought to be abandoned does not connect with any other railroad.

Question 7:  A brief description of the present train service on the line, and of important changes made in the past five years.

Answer:  The line is served by a local freight train six days per week.  This train operates southbound out of Bismarck to Charleston and Sikeston on Mondays, Wednesdays, and Fridays and out of Sikeston, Missouri, through Charleston, to Bismarck northbound on Tuesdays, Thursdays, and Saturdays. There have been no important changes in this service during the past five years.  There is no passenger service on the line.

Question 8:  The names of all stations on the line, stated in order with milepost numbers, with the approximate population of each, and the authority for the information, showing for each place the names of all other railroads by which it is served, or its distance by highway from the nearest other railroad.  Distinguish non-agency stations.

-5-

| Station | Milepost | Population | | Other Railroads Serving or Distance To Other Railroad |
|---|---|---|---|---|
| DeLassus | 86.94 | 250 | Non-Agency | Approximately 6 miles to Missouri-Illinois RR at Ogborn, Missouri |
| Knob Lick | 94.94 | 150 | Non-Agency | Approximately 17 miles to Missouri-Illinois RR at Ogborn, Missouri |
| Fredericktown | 104.69 | 3,484 | Agency | Approximately 21 miles to Missouri Pacific RR at Arcadia-Ironton, Missouri |
| Marquand | 118.66 | 392 | Non-Agency | Approximately 36 miles to Missouri Pacific RR at Jackson, Missouri |
| Glen Allen | 130.29 | 113 | Non-Agency | Approximately 22 miles to Missouri Pacific RR at Jackson, Missouri |
| Lutesville | 133.40 | 658 | Agency | Approximately 19 miles to Missouri Pacific RR at Jackson, Missouri |

Population figures are based on the 1960 census.

Question 9: The approximate population of the territory served by the line, explaining how the limits of this territory are defined.

Answer: The approximate population of the territory served by the line is 38,371. This figure was estimated by assuming an area 10 miles wide by 65.6 miles long on each side of the line, totaling 1,312 square miles with an average rural population of 25.4 persons per square mile; or a total of 33,324, to which was added the population of the towns on the line (5,047) for a total of 38,371.

-5-

Question 19:  A detailed statement of the location
and nature of the highways available for movement of the
traffic now handled by the line, and of the common-carrier
truck and bus service on such highways, if any.

Answer:  Between Bismarck and DeLassus the line proposed
to be abandoned is roughly paralleled by County Route B and
State Highway 32, which connect at Elvins, Missouri.

Between DeLassus and Fredericktown, the rail line is
paralleled by U. S. Highway 67.  The distance between the high-
way and railroad is approximately three miles at DeLassus and
approximately five miles at Knob Lick.  U. S. Highway 67
crosses the rail line at Fredericktown. DeLassus can be
reached by County Routes W and H.  It is located three miles
south of U. S. Highway 67 at Farmington.  Knob Lick is on
County Route DD, which connects with U. S. Highway 67 approxi-
mately five miles east of the town.  U. S. Highway 67, which
runs from St. Louis via Poplar Bluff to the south, intersects
at Fredericktown with State Highway 72, an east-west highway
running between Arcadia-Ironton and Jackson, Missouri.

County Route A is an east-west connecting road from
U. S. Highway 67, west of Marquand, to State Highway 51, east
of Marquand.  Marquand is about nine miles from each of these
major north-and-south routes.

State Highway 51 runs south from a point on the
Mississippi River opposite Chester, Illinois, thence south
through Perryville, Missouri, and Lutesville to its termination
at an intersection with U. S. Highway 60, fourteen miles west
of Dexter, Missouri.

-5-

Glen Allen is situated just off of State Highway 34 on County Route 25, three miles northwest of Lutesville. State Highway 34 is an east-west route between Piedmont, Missouri, and U. S. Highway 60 on the west and Jackson on the east. It crosses the line proposed to be abandoned at Lutesville, which is also on this highway. It also intersects State Highway 51 one mile east of Lutesville at Marble Hill, Missouri.

Common-carrier truck lines serving the area are C.B.S. Truck Line, Morrison Truck Line, Tucker Truck Line, and Elfrink Truck Lines.

Common-carrier bus service is provided on U. S. Highway, 67 and 72.

Question 11:  The nature of the industries in the tributary territory (such as farming, mining, lumbering, manufacturing, etc.), how long established, and the extent to which each is dependent upon the line for transportation. State location and other facts concerning the most important plants served.

Answer:  The area served is largely devoted to cattle, grazing and agriculture. Large wooded areas remain and, though largely cut over, continue to produce some railroad ties and other timber products. Lead mining, which was once an important source of traffic, no longer contributes any tonnage to the line.

There are two track-served industries at Delassus, a fertilizer mixing plant and a steel fabricating plant. These industries receive some inbound shipments, but outbound products are handled by truck. There is a small amount of traffic

-7-

originating and terminating on the team track at this station. Traffic now handled at DeLassus could be trucked the six miles to and from Missouri-Illinois Railroad at Ogborn.

Fredericktown is the largest town on the line and in the past has been a shipping point for ore and concentrates. However, National Lead Company, the principal industry, no longer conducts mining and refining activities at this point. The cobalt, copper, and nickle refinery formerly operated for the U. S. Government by National Lead at Fredericktown has been sold and dismantled.

The present outbound movement from Fredericktown consists of low-revenue stone and rock. This traffic and such inbound tonnage as exists could be handled by truck at Arcadia-Ironton, Missouri, located on the Missouri Pacific, or from Flat River or Ogborn, Missouri, located on the Missouri-Illinois Railroad.

At Marquand there are two railroad tie yards, and a brush and crayon manufacturing company. The Marquand traffic could be handled by truck to Jackson, Missouri, a point on the Missouri Pacific.

Glen Allen traffic consists of timber products, principally outbound railroad ties and pallets which are trucked in for loading. This business could readily be handled the 22 miles by truck to Jackson, Missouri.

Lutesville has a feed and fertilizer plant and a liquified petroleum gas storage facility served by trackage. There is also some team track traffic at this station. The

-8-

Lutesville business could be handled by truck to and from Missouri Pacific tracks at Jackson, Missouri, a distance of approximately 19 miles.

Except for the two industries at DeLassus which were established in recent years, the track-served industries have been established for many years.

In short, such business as exists is limited to a few points on this segment, and could be otherwise handled upon abandonment of this revenue-depleting line.

Question 12: The passenger traffic handled on the line in each of the last two calendar years, and for that part of the current year for which the information is available, giving separately the number of local and connecting-line passengers (if the latter designation is applicable) and the revenue from each class.

Answer: There has been no passenger traffic on this line for many years.

Question 13: The freight tonnage handled by the line for each of the last two calendar years, and for that part of the current year for which the information is available, showing the number of cars and the tonnage of carload freight, classified by principal commodities, and the tonnage of less-than-carload freight. Show in separate statements (a) local freight originated at and destined to points on the line, (b) freight moved between points on the line and points beyond it, and (c) freight neither originated at nor destined to points on the line (overhead or bridge traffic).

Answer:

(a) There is no local freight originating at and destined to points on the line in question.

(b) Freight moved between points on the line and beyond it:

-9-

| Commodity No. | Commodity | 1967 Cars | 1967 Tons | 1968 1/ Cars | 1968 1/ Tons | 1969 Cars | 1969 Tons | 5 Mos. 1970 Cars | 5 Mos. 1970 Tons |
|---|---|---|---|---|---|---|---|---|---|
| 01 | Farm Products | 0 | 0 | 2 | 100 | 1 | 51 | 1 | 1 |
| 11 | Coal | 1 | 55 | 2 | 67 | 1 | 35 | 0 | 0 |
| 14 | Nonmetallic Minerals | 60 | 3,031 | 48 | 2,538 | 37 | 1,772 | 15 | 651 |
| 20 | Food or Kindred Products | 34 | 989 | 12 | 361 | 18 | 483 | 5 | 161 |
| 24 | Lumber or Wood Products; except furniture | 343 | 13,394 | 385 | 14,878 | 260 | 11,540 | 170 | 7,176 |
| 25 | Furniture or Fixtures | 1 | 7 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | Pulp, Paper or Related Products | 28 | 915 | 22 | 709 | 14 | 443 | 8 | 267 |
| 28 | Chemicals or Allied Products | 95 | 5,591 | 74 | 4,412 | 50 | 3,197 | 33 | 1,949 |
| 29 | Petroleum or Coal Products | 18 | 1,126 | 28 | 1,655 | 18 | 1,212 | 12 | 621 |
| 32 | Stone, Clay or Glass Products | 0 | 0 | 2 | 22 | 15 | 626 | 3 | 143 |
| 33 | Primary Metal Products | 39 | 1,106 | 257 | 5,998 | 24 | 912 | 1 | 21 |
| 34 | Fabricated Metal Products; except Ordnance | 23 | 832 | 2 | 36 | 25 | 912 | 18 | 765 |
| 35 | Machinery; except Electrical | 4 | 105 | 6 | 186 | 1 | 10 | 1 | 34 |
| 36 | Electrical Machinery or Equipment | 1 | 10 | 0 | 0 | 2 | 61 | 1 | 9 |
| 40 | Waste or Scrap Material | 4 | 142 | 1 | 22 | 9 | 276 | 4 | 127 |
| | Total Carload Freight | 651 | 27,303 | 761 | 30,984 | 475 | 21,530 | 272 | 12,105 |
| | Less-Than-Carload Freight | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total Carload and Less-Than-Carload Freight | 651 | 27,303 | 761 | 30,984 | 475 | 21,530 | 272 | 12,105 |

1/ Includes 245 carloads totaling 5,714 tons of non-recurring pipeline construction material.

-10-

(c) Overhead or bridge traffic: Some traffic of
this nature has been handled over the line in question
(principally for operating convenience). A study of a four-
month period indicated that there was an average of about 11
cars of this traffic handled per week. After abandonment,
this traffic will be handled over applicant's lines via
Poplar Bluff and Charleston, which provides a satisfactory
alternate route for this traffic.

Question 14:  (1) If the line to be abandoned is less
than the entire mileage operated by the applicant, a statement
showing the effect of the proposed abandonment on the net rail-
way operating income of the applicant. The statement should
include for each of the last two calendar years and for that
part of the current year for which the information is available:

(a) The applicant's railway operating revenue from traffic
handled locally between points on the line proposed to be aban-
doned.

Answer:  No traffic was handled locally.

(b) The applicant's railway operating revenue from traffic
originating on or destined to points on the line proposed to
be abandoned and also handled on other parts of the applicant's
lines of railroad.

Answer:  Applicant's revenue from traffic originating

on or destined to points on the line proposed to be abandoned

and also handled on other parts of the applicant's lines of

railroad was as follows:

| | 1967 | 1968 | 1968[1] | 1969 | 5 Mos. 1970 |
|---|---|---|---|---|---|
| Freight | | | | | |
| (a) Branch | $ 13,818 | $ 23,213 | $ 15,006 | $15,682 | $10,630 |
| (b) Remainder of MoPac RR | 97,846 | 195,363 | 87,888 | 75,945 | 47,149 |
| Total | $211,664 | $218,576 | $102,894 | $91,627 | $57,779 |

1/ After eliminating revenues from non-recurring pipeline
    construction materials.

-11-

(c) An estimate in detail of the total operating revenue that should be assigned to the line proposed to be abandoned and a statement of the reasons for such assignment.

Answer:  Revenues assignable to the branch are:

Originating or Terminating

|  | 1967 | 1968 | 1968[1] | 1969 | 5 Mos. 1970 |
|---|---|---|---|---|---|
| Freight | $13,818 | $23,913 | $15,006 | $15,682 | $10,630 |

[1] After eliminating revenues from non-recurring pipeline construction materials.

(d) The expense of operating the line proposed to be abandoned, stated by appropriate primary accounts, actual so far as possible and otherwise approximated, with a full statement of the method used.

Answer:  The expense of operating the line proposed to be abandoned was as follows:

| Acct. No. | Description | Year 1967 | Year 1968 | Year 1968[1] | Year 1969 | 5 Mo. 1970 |
|---|---|---|---|---|---|---|
| | **Maintenance of Way & Structures** | | | | | |
| 202 | Roadway Maintenance | $10,947 | $10,819 | $10,819 | $ 6,774 | $ 2,033 |
| 206 | Tunnels & Subways | – | 104 | 104 | – | – |
| 208 | Bridges, Trestles & Culverts | 246 | 228 | 228 | 435 | 445 |
| 212 | Ties | 3,473 | 1,497 | 1,497 | 342 | – |
| 218 | Ballast | 116 | 258 | 258 | 590 | – |
| 220 | Track Laying & Surfacing | 23,006 | 20,289 | 20,289 | 14,365 | 5,393 |
| 221 | Fences, Snowsheds & Signs | 4,364 | 2,390 | 2,390 | 2,608 | 1,103 |
| 227 | Stations & Office Bldgs. | – | 603 | 603 | – | – |
| 249 | Signals & Interlockers | 304 | 360 | 360 | 351 | 187 |
| 272 | Removing Snow, Ice & Sand | – | 104 | 104 | 354 | 988 |
| 273 | Public Improvements, Maintenance | – | 61 | 61 | 33 | 49 |
| 277 | Employees' Health & Welfare | 1,188 | 1,378 | 1,378 | 950 | 451 |
| | Total | $42,644 | $38,071 | $38,071 | $26,642 | $10,649 |

-12-

| Acct. No. | Description | Year 1967 | Year 1966 | Year 1965[1] | Year 1969 | Year 1970 |
|-----------|-------------|-----------|-----------|-----------|-----------|-----------|

## Maintenance of Equipment

| Acct. No. | Description | Year 1967 | Year 1966 | Year 1965[1] | Year 1969 | Year 1970 |
|-----------|-------------|-----------|-----------|-----------|-----------|-----------|
| 311-331 | Locomotive Repairs & Depreciation | $ 8,017 | $ 7,801 | $ 7,801 | $ 8,376 | $ 3,458 |
| 314-321 | Freight Train Repair & Depreciation | 8,748 | 11,051 | 7,455 | 7,180 | 4,113 |
| | Total | $16,765 | $18,852 | $15,256 | $15,456 | $7,571 |

## Transportation — Rail Line

| Acct. No. | Description | Year 1967 | Year 1966 | Year 1965[1] | Year 1969 | Year 1970 |
|-----------|-------------|-----------|-----------|-----------|-----------|-----------|
| 373 | Station Employees | $13,468 | $14,811 | $14,811 | $15,161 | $ 7,920 |
| 376 | Station Supplies & Expenses | 1,398 | 1,183 | 1,183 | 1,373 | 842 |
| 392-401 | Train Enginemen & Trainmen | 11,892 | 13,567 | 13,967 | 14,893 | 6,393 |
| 394 | Train Fuel | 3,499 | 4,079 | 4,079 | 4,208 | 1,771 |
| 397 | Water for Train Locomotives | 20 | 19 | 10 | 20 | 8 |
| 398 | Lubricant for Train Locomotives | 400 | 239 | 239 | 283 | 116 |
| 399 | Other Supplies for Train Locomotives | 80 | 79 | 79 | 161 | 42 |
| 400 | Enginehouse Expense—Train | 3,854 | 3,664 | 3,694 | 3,724 | 1,538 |
| 404 | Signal & Interlocking Operation | 304 | 360 | 360 | 351 | 187 |
| 409 | Employees' Health & Welfare | 1,035 | 1,237 | 1,237 | 1,324 | 629 |
| | Total | $35,295 | $39,770 | $39,770 | $41,517 | $19,336 |

## Income Accounts — Debit

| Acct. No. | Description | Year 1967 | Year 1966 | Year 1965[1] | Year 1969 | Year 1970 |
|-----------|-------------|-----------|-----------|-----------|-----------|-----------|
| 532 | Railway Tax Accruals (Payroll Tax Only) | $ 5,483 | $ 5,997 | $ 5,997 | $ 5,166 | $ 2,503 |
| | GRAND TOTAL | $100,387 | $101,690 | $98,142 | $88,875 | $40,059 |

1/ After eliminating estimated costs of handling non-recurring pipeline construction materials.

-13-

The expenses shown under "Maintenance of Way and Structures." Accounts 202 through 273 represent actual expenditures for maintaining the line proposed to be abandoned. Account 277 reflects the proportionate share of Health and Welfare payment incurred by applicant for employees engaged in maintaining the trackage.

The expenses under "Maintenance of Equipment." Account 311-331, Locomotive Repairs and Depreciation, were computed by applying the system average cost of locomotive repairs per unit mile for the type of locomotive used and the system average depreciation per unit miles actually operated on the line proposed to be abandoned. Accounts 314-331, Freight Train Car Repairs and Depreciation, were computed by applying the system average of freight train car expense per serviceable car day to the number of days the cars were detained on the line for loading and unloading.

"Transportation – Rail Line." Accounts 373 and 376, represent actual expenditures for providing station service at the agency stations. Accounts 391-401 represent actual payments to train crews for operating on the line proposed to be abandoned. Accounts 394, 397, 398, 399, and 400 were computed by applying system locomotive unit mile costs to the locomotive unit miles actually operated over the line proposed to be abandoned. Account 404 represents actual expenditures. Account 409 reflects the proportionate share of Health and Welfare payments incurred by applicant for employees engaged in station and train service.

-14-

The expenses shown under "Maintenance of Way and Structures," Accounts 232 through 273 represent actual expenditures for maintaining the line proposed to be abandoned. Account 277 reflects the proportionate share of Health and Welfare payment incurred by applicant for employees engaged in maintaining the trackage.

The expenses under "Maintenance of Equipment," Account 311-331, Locomotive Repairs and Depreciation, were computed by applying the system average cost of locomotive repairs per unit mile for the type of locomotive used and the system average depreciation per unit miles actually operated on the line proposed to be abandoned. Accounts 314-331, Freight Train Car Repairs and Depreciation, were computed by applying the system average of freight train car expense per serviceable car day to the number of days the cars were detained on the line for loading and unloading.

"Transportation – Rail Line," Accounts 373 and 376, represent actual expenditures for providing station service at the agency stations. Accounts 391-401 represent actual payments to train crews for operating on the line proposed to be abandoned. Accounts 394, 397, 398, 399, and 400 were computed by applying system locomotive unit mile costs to the locomotive unit miles actually operated over the line proposed to be abandoned. Account 404 represents actual expenditures. Account 405 reflects the proportionate share of Health and Welfare payments incurred by applicant for employees engaged in station and train service.

-14-

Account 532, 'Income Accounts – Debits,' reflects pay-
roll taxes incurred by applicant applicable to labor costs
for the line.

(e) Railway tax accruals with method of apportionment.

Answer:  Railway tax accruals, ad valorem taxes only,
for the period shown were:

| County | Year 1943 | Year 1944 | Year 1945 | 3 Mos. 1946 1/ |
|---|---|---|---|---|
| St. Francois | $ 7,500 | $ 9,128 | $ 8,002 | $ 2,542 |
| Madison | 9,838 | 10,185 | 9,651 | 4,635 |
| Bollinger | 6,802 | 6,052 | 7,116 | 3,015 |
| Cape Girardeau | 633 | 468 | 535 | 208 |
| Total | $24,814 | $25,763 | $25,219 | $10,396 |

1/ Computed at 1/12 of 1946 taxes.

The above taxes do not include taxes on rolling stock.

(f) Other items entering into the applicant's income
account and assignable to the line proposed to be abandoned,
with methods of assignment.

Answer:  None.

(g) The costs of moving the traffic on the line proposed
to be abandoned beyond the limits of said line on other parts
of the applicant's lines, with method of determination.

Answer:  It is estimated that the out-of-pocket cost
of moving traffic beyond the limits of the line to be abandoned
is 50 percent of the revenue assignable to the portion of the
lines beyond such limits.

Question 14:  (2) If the applicant's line is operated
as part of a system under common control and management, a
statement for the same period as required in paragraph (1)
showing the effect of the proposed abandonment on the net
railway operating income of the system and the unit members
thereof.  This statement should show the revenue accruing to
the system and its unit members from traffic moving to and from
the line proposed to be abandoned and the costs of handling such
traffic.  The method of determining such costs also should be
shown.

-15-

Answer:   Revenues accruing to unit members of the
system from traffic moving to and from the line are as follows:

| | 1967 | 1968 | 1968[1] | 1969 | 5 Mos. 1970 |
|---|---|---|---|---|---|
| Missouri Pacific Beyond Line to be Abandoned 2/ | $97,846 | $195,363 | $87,888 | $75,945 | $47,149 |
| Other System Lines | 55 | 14,130 | 794 | 4,025 | 1,673 |
| Total | $97,901 | $209,493 | $88,682 | $79,970 | $48,822 |

1/ After eliminating revenues from non-recurring pipeline
   construction materials.
2/ Also shown in answer to Question 14(1)(b), Item (b).

The net effect on the system from the proposed abandonment
would have been as follows:

| | 1967 | 1968 | 1968[1] | 1969 | 5 Mos. 1970 |
|---|---|---|---|---|---|
| Branch Line Revenues | $ 13,818 | $ 23,213 | $ 15,006 | $ 15,682 | $ 10,630 |
| Remainder of System Revenues | 97,901 | 209,493 | 88,682 | 79,970 | 48,822 |
| Total | $111,719 | $232,706 | $103,688 | $ 95,652 | $ 59,452 |
| Cost of Maintenance and Operation - Branch 2/ | $125,021 | $127,461 | $123,905 | $114,785 | $ 50,855 |
| Cost of Handling on Remainder of System 3/ | 48,951 | 104,747 | 44,341 | 39,985 | 24,411 |
| Total System Costs | $173,972 | $232,208 | $168,246 | $154,770 | $ 75,266 |
| Net System Gain from Abandonment | $ 62,253 | $ (498) | $ 64,598 | $ 59,118 | $ 15,814 |

Note:  (  ) represents negative figure.

1/ After eliminating revenues and expenses from non-recurring
   pipeline construction materials.

2/ Includes costs shown in Answer 14(1)(d) and taxes shown in
   Answer 14(1)(e).

3/ It is estimated that costs of handling such traffic is 50
   percent of the revenue accruing to the system lines.

-16-

Question 15:  If the volume of freight or passenger traffic of the line has decreased during recent years, any reasons therefor.

Answer:  The volume of traffic has decreased from 1,454 carloads originating or terminating on the line in 1960 to 475 carloads in 1969.  During the past six years this carload traffic has averaged only 2 carloads per day based on 306 operating days per year.  The traffic decline was the result, in part, of the closing and dismantling of the old National Lead Company mining and ore refining facility at Fredericktown. Availability of good highways and truck service has also contributed to the general rail traffic decline in the area.

Question 16:  If the line is operated as a joint facility, and abandonment of the applicant's operation only is proposed, state fully the facts as to operation by others and the extent to which it will supply the place of operation it is proposed to abandon.

Answer:  The line is not operated as a joint facility.

Question 17:  State what effort has been made to dispose of the line so as to insure its continued operation, and what, if any, transportation service will remain or may be substituted for that proposed to be discontinued.

Answer:  No effort has been made to dispose of the line sought to be abandoned as it is not considered possible to continue its operation except at a loss.

Question 18:  A summary statement of the reasons for the application.

Answer:  The line sought to be abandoned has, for a number of years, failed to produce sufficient traffic to permit a profitable operation with a normal branch line maintenance of way program, or even with an austerity program, instituted

-17-

Respectfully submitted.

MISSOURI PACIFIC RAILROAD COMPANY

Executive Vice President

-18-

VERIFICATION

State of Missouri }
                  } ss
City of St. Louis }

John H. Lloyd makes oath and says that he is Executive Vice President of the Missouri Pacific Railroad Company, applicant herein; that he has been authorized by proper corporate action on the part of said applicant to verify and file with the Interstate Commerce Commission the foregoing Return to Questionnaire in Finance Docket 26353; that he has carefully examined all of the statements referred to in said Return and the exhibits attached thereto and made a part thereof; that he has knowledge of the matters set forth in such Return and that all such statements made and the matters set forth therein are true and correct to the best of his knowledge, information, and belief.

                                    _____
                                         John H. Lloyd

Subscribed and sworn to before me, a Notary Public within and for the state and city aforesaid, this 18th day of November, 1970.

                                    _____
                                         R. C. Mason

(SEAL)

My commission expires September 28, 1974.

-19-