# EXHIBIT P


PRAIRIES EAST AND OZARKS
SPV's
COMPREHENSIVE
RAILROAD ATLAS
OF NORTH AMERICA
FULLY INDEXED
PRAIRIES EAST AND OZARKS
MIKE WALKER
EXHIBIT
58

UPRR-001525

# SPV's COMPREHENSIVE RAILROAD ATLAS OF NORTH AMERICA

## PRAIRIES EAST AND OZARKS

MIKE WALKER

Published in England by
Stuart Andrews
SPV, UPPER HARBLEDOWN, CANTERBURY, KENT, CT2 9AX. U.K.

ISBN 1 874745 17 X
First Published 2004

© 2004 SPV. All rights reserved.
No part of this publication may be reproduced or transmitted in any form or by any means electronic, mechanical, photocopying, recording or otherwise.

# SYMBOLS & ABBREVIATIONS

| Symbol | Meaning |
|---|---|
| ———— | Standard gauge line (in service) |
| ++++++++ | Standard gauge electrified line (in service) - see appendix for system |
| - - - - - - | Standard gauge line (abandoned) |
| ++ ++ ++ | Narrow gauge line (abandoned) - see appendix for gauge |
| —)- - - - -(— | Principal tunnel |
| —)(— | Principal bridge or viaduct |
| —o— | Passenger station - Amtrak/commuter/tourist |
| —□— | Division point, headquarters, etc. |
| —+— | Other operating/timetable locations |
| —•— | Closed station or siding |
| UP (WP) | Current owner (Previous owner) see appendix for reporting marks |
| SP/ATSF | Current owner/Trackage rights - see appendix for reporting marks |
| ATSF - DRGW | Jointly owned & operated track - see appendix for reporting marks |
| — - — - — | State or provincial boundary |
| ◆ | Talking detector & designation - reports all trains |
| ◇ | Talking director & designation - reports on defect only |
| ▲ | Summit (elevation in feet a.s.l.) |
| + | Passenger station - scheduled regular service |
| ‡ | Passenger station - tourist or museum operation |

| | | | |
|---|---|---|---|
| A | Automatically controlled interlocking | n | Northbound |
| B | General or bulletin office | e | Eastbound |
| C | Passenger car yard | s | Southbound |
| D | Draw, lift or swing bridge | w | Westbound |
| E | Engine facility | m | Mileage |
| G | Railroad crossing at grade with gate or gate on line | CP | Control point |
| L | DTC block limits | DTC | Direct traffic control |
| M | Manually controlled interlocking (may be remotely controlled) | Bch | Branch |
| P | Passing siding | Br | Bridge |
| R | Register station | Jct | Junction |
| S | Railroad crossing at grade with stop sign protection | Stn | Station |
| T | Turning facility (turntable or wye) | Tnl | Tunnel |
| U | Railroad crossing unprotected | Twr | Tower |
| W | Water tank | Vdt | Viaduct |
| X | Crossover on multiple track | Yd | Yard |
| Y | Yard. | | |



Map MO-16
LEAD BELT
Miles
Anaconda
Stanton
Sullivan
Sho-me
Bourbon
Coffeyton
Leasburg
Pea Ridge
Cuba
Fanning
(Knobview) Rosati
St. James
Indian Creek
Blackwell
Tiff
Potosi
Mineral Point
Summit
Irondale
Bismarck
Iron Mountain
Belleview
Middlebrook
Graniteville
Lopez
Pilot Knob
Ironton
Arcadia
Tip Top
Hogan
Glover
Chloride
Sabula
Annapolis
North Des Arc (Vulcan)
Des Arc
Gads Hill
Piedmont
Leeper
Mill Spring
De Camp
Roswell
Lead Jct
Cherryville
Wesco
Winkler
Goltra
Cooks
Bangert
Boscobel
Sligo
Earl's
Howes
Salem
Dillard
St. Joe
Viburnum
East End
Bixby
Buick
Bunker
Hobart
Ohlman
Reynolds
Seifert
Corridon
Dax
Delmire
Trego (Oakdale)
Midridge
Himont
Widger
Brushy
Fruit City (Red Oak)
Bedwell
Reeds
Ellington
Oakley
Freeman
Ruble
Manns
Cable (Boyd)
Garwood
Webb
Stockton
Duncan
Raymond
Chilton
Horse Hollow
West Eminence
Delaware
Buckhart
Doubling Spur
Winona Jct
MO-11 p47
MO-12 p48
MO-15 p51
MO-18 p52
MO-17 p53
p57 MO-22

UPRR-001528



Map MO-17
STE. GENEVIEVE
0 1 2 4 6 8 10
Miles
1: PPG Herculaneum Plant
2: PPG Crystal City Plant
a: BNSF(SLSF)
b: UP/AMTK(SIMS)
c: UP/PPGX(MRBT)
MO-12
p48
p54
MO-18a
MO-18
p54
MO-16
p52
MO-17
p53
p7
MO-7
to East St. Louis IL
Valmeyer
Herculaneum
Crystal Jct
PPG Xing A
Crystal City
Maeystown
CP D034 Fults
Festus
Selma
Rush Tower
Rush Island
Platin
Hematite
Victoria
Ludwig
Horine
Gisi
Riverside
DeSoto
Vineland
Flucum
Oakvale
Blackwell
Tiff
Valles Mines
Tunnel
Silver Springs
Big River
Bonne Terre
Irondale
Derby Jct
Bismarck
Loughboro
Doe Run Jct
Farmington
Rock Springs
De Lassus
Doe Run
Iron Mountain
Middlebrook
Lopez
Pilot Knob
Ironton
Arcadia
CP D091 Tip Top
Turpin Quarry
Knob Lick
Mine La Motte
Fredericktown
Cornwall
Marquand
Bessville
Glen Allen
Lutesville
Laflin
White Water
Allenville
North Des Arc (Vulcan)
Des Arc
Cascade
Camp 26
Hiram
Burbank
Camp 8
Camp 9
Greenville
Edwards
Lowndes
Hubert
Zalma
Castor Bridge
Richardson
Brownwood
Advance
Green Cox
Sturdivant
Eaglette
Swinton
Randles
Perkins
Mesler
Heagy
Bell City
Caney Creek
Oran
Newman Spur
Morley
T Delta
Delta
Sharpsboro
Chaffee
Rockview
Blomeyer
Nash
Dutchtown
Gordonville
McKendree Chapel
Jackson
Fruitland
Sawyer
Oak Ridge
Pocahontas
Daisy
Friedheim
Hildebrand
Biehle
Highland
CG&C Switch
Perryville Stn
Perryville
Saline Jct
Brewer
Giboney
(Old Lead Road)
Minnith
Tlapek
Coffman
McDaniels
St. Williams
Sprott
Weingarten
New Offenburg
(Zell) MFA
Ste. Genevieve
Mosher
Little Rock Landing
Thomure
Kellogg
Moro
Modoc
Prairie du Rocher
Clements
Brickeys
Renault
Mississippi River
Missouri
Illinois
St. Marys
Perryville Jct
Lithium
McBride
West Chester
Chester
Menard
Fort Gage
Roots
Collins (Missouri Jct)
CP D053 Gage Jct
Clark
Evansville
Wittenberg
Walsh
Schuline
Sparta
Eden
Ritter Mine
Steeleville
Percy
Weige
Poland
Clores
Ford
CP D070 Rockwood Jct
Cora Dock
Cora Jct
Jones Ridge
Menfro
Seventy-Six
Burksville
Poe
Red Bud
Griggs
Baldwin
Houston
Kaskaskia Regional Port
KRPD
River King Mine #6
Lenzburg
Marissa
Eureka Mine
Tilden
Florida
Coulterville
Randolph Preparation Plant
Baldwin Power Plant
Ziegler Mine #11
Shaw Mine



Map MO-18a
BONNE TERRE
Miles
Bonne Terre
McDowell Spur (Hoffman Jct)
Monsanto
Hunt Ford
switchbacks
Dolomite
Desloge
Hoffman
Leadwood
Hunt
Gumbo
St. Francois
Mitchell Jct
Mitchell
Stone Quarry
Flat River
Esther
Crawley
Elvins
Central
Derby Jct
Derby
Hurryville (Farmington Jct)
Coboum
Map MO-18
THEBES
Miles
Murphysboro
Carbondale
Sand Ridge
Carbon Lake
Texas Jct
Seventy-Six
Missouri
Illinois
1: CP D084 Gorham T,Y
2: CP D085 Chap X
3: Fountain Bluff
A: to Benton Jct IL
B: to Herrin IL
Etherton
Boskey Dell
Wittenburg
Clipsco Park
Grand Tower
CP D090 Howardton Jct
Pomona
Makanda
Pitt
Alto Pass
Gerler
Aldridge
CP D095 Halsey Jct
La Rue
Mountain Glen
Cobden
Powder Plant
Wolf Lake
Kaolin
Neeleys
Burrows Switch
Sawyer
Fruitland
Barrettville
Ware
Jonesboro
Anna
White House
Bainbridge
Vineland
Balcom
CP D108 Potts
Weaver Hill
Reynoldsville
Dongola
Gravel Switch
Cape La Cruz
Mill Creek
McClure
Wetaug
Cape Girardeau
Echo
Ullin
Dutchtown
Nash
Blomeyer
Thebes
Pulaski
Sandusky
Villa Ridge
Miller
Redman
Tankville
Cache
Mounds
Mound Jct
Mound City
Benton
Oran
Newman Spur
Morley
Map MO-18b
CAPE GIRARDEAU
Miles
Missouri
Illinois
Freeze
McClure
Cape Girardeau
East Cape Girardeau
Cape
CP D116 Nile
Rush Jct
Marquette
Gale Jct
Grays Point
Gale
CP D120 Simbco
Scott City
Capedeau Jct
Thebes Bridge
Frenadorf
Thebes
Mannings
Wrays
Commerce
Fayville

UPRR-001530

# APPENDIX

## RAILROAD REPORTING & IDENTIFICATION MARKS

Wherever possible the marks used in this Atlas to identify railroads are based on the system of Reporting Marks issued by the Association of American Railroads (AAR), exceptions are for long deceased companies or industrial, lumber and tourist operators not covered by the AAR system.

| MARK | COMPANY TITLE | REMARKS |
|---|---|---|
| A&E | Alton & Eastern Railroad | *later IT* |
| A&G | Arkansas & Gulf Railroad | |
| A&L | Arkansas & Louisiana Railway | *MP subsidiary* |
| A&O | Arkansas & Ozarks Railway | |
| ACRY | Arkansas Central Railway | *operated by KCS* |
| ADM | Archer Daniels Midland Company | |
| ADN | Ashley Drew & Northern Railway | *Georgia Pacific subsidiary* |
| AECX | Associated Electric Cooperative | |
| AIR | Albia Interurban Railway | *electric* |
| AKMD | Arkansas Midland Railroad | *Pinsly subsidiary* |
| AL&M | Arkansas Louisiana & Missouri Rly. | *later ALM* |
| ALM | Arkansas & Louisiana Mississippi Rly. | *GWI subsidiary* |
| ALS | Alton & Southern Railroad | *UP(CNW-MP) subsidiary* |
| AM | Arkansas & Missouri Railroad | |
| AMBT | Arkansas & Memphis Railway Bridge & Terminal | *MP-CRIP-SSW joint* |
| AMTK | National RR Passenger Corp. - "Amtrak" | |
| ANOR | Atlantic Northern Railway | |
| AO&W | Arkansas Oklahoma & Western Railroad | *later KC&M* |
| APNC | Appanoose County Community Railroad | |
| ARK | Arkansas Railroad | |
| ARKL | Arkansas Lime – "Arkansas Eastern" | |
| ARM | Arkansas Midland Railroad | *3' gauge, later SIMS* |
| ARNW | Arkansas Northwest Railway | *electric, later SLSF* |
| ARW | Arkansas Western Railway | *KCS subsidiary* |
| AS | Arkansas Southern Railroad | *later CRIP* |
| ASE | Arkansas Southeastern Railway | |
| ASL | Arkansas Short Line | *later SSW* |
| ASR | Atlantic Southern Railway | |
| ATSF | Atchison Topeka & Santa Fe Railway | *later BNSF* |
| AUG | Augusta Railroad | |
| AV | Antoine Valley Railroad | *later MPG* |
| B&CL | Beirne & Clear Lake Railroad | |
| B&LP | Bastrop & Lake Providence Railway | |
| B&OR | Bearden & Ouchita River Railroad | |
| B&SR | Benton & Saline River Railroad | |
| BB | Burnham Branch Railroad | |
| BBMR | Blytheville Burdette & Mississippi River Railwayy | |
| BC | Butler County Railroad | *later SLSF* |
| BCL | Big Creek Lumber Co. | |
| BCRR | Bellevue & Cascade Railroad | *3' gauge, later MILW* |
| BJRY | Burlington Junction Railway | |
| BLAS | Blytheville Leachville & Arkansas Southern Railroad | |
| BN | Burlington Northern Inc. | *later BNSF* |
| BNSF | Burlington Northern Santa Fe Railway | |
| BO | Baltimore & Ohio Railroad | *later CSXT* |
| BPO | Brookings & Peach Orchard Railroad | |
| BRR | Bootheel Regional Rail | |
| BSDA | BSDA Railroad | *Bi-State Development Agency operated by RSM* |
| BSRX | Branson Scenic Railroad | *tourist operation* |
| BST | Bi-State Transit - "MetroLink" | *electric* |
| BSV | Boone & Scenic Valley Railroad | *tourist operation* |
| BV | Bodcaw Valley Railroad | *3' gauge* |
| BVS | Bevier & Southern Railroad | *later BN* |
| BVY | Bellevue Valley Railroad | |
| BXN | Bauxite & Northern Railway | *Alcoa subsidiary* |
| C&A | Chicago & Alton Railroad | *later GMO* |
| C&C | Caddo & Choctaw Railroad | |
| C&NW | Columbia & Northwestern Railroad | |
| C&SL | Clarinda & St. Louis Railroad | |
| C&W | Cassville & Western Railway | |
| CA&N | Chicago Anamosa & Northern Railway | |
| CAGY | Columbus & Greenville Railway | |
| CALM | Caddo Antoine & Little Missouri Railroad | *Arkansas Shortlines subsidiary* |
| CB&N | Cotton Belt & Northern Railway | *3' gauge* |
| CBGR | Council Bluffs Railway | *OmniTrax subsidiary* |
| CBOA | Council Bluffs & Ottumwa Railway | |

| MARK | COMPANY TITLE | REMARKS |
|---|---|---|
| CBRM | Chillicothe-Brunswick Rail Maintenance Authority | |
| CC&E | Combs Cass & Eastern Railroad | |
| CCCStL | Cleveland Cincinnati Chicago & St Louis Railway - "Big Four" | *later NYC* |
| CCP | Chicago Central & Pacific Railroad | *later IC* |
| CCW | Charles City Western Railway | *electric, later IAT* |
| CBQ | Chicago Burlington & Quincy Railroad | *later BN* |
| CDM | Clinton Davenport & Muscatine Railway | *electric, part later DRI* |
| CEDR | Cedar River Railroad | *CCP subsidiary, later CN* |
| CEI | Chicago & Eastern Illinois Railroad | *later LN and MP* |
| CFD | Chicago Fort Madison & Des Moines Railway | *later CBQ* |
| CFN | Colfax Northern Railroad | |
| CGC | Cape Girardeau & Chester Railroad | *later CGN* |
| CGN | Cape Girardeau Northern Railroad | |
| CGTB | Cape Girardeau & Thebes Bridge Terminal Railroad | *later CGN* |
| CGW | Chicago Great Western Railway | *later CNW* |
| CIC | Cedar Rapids & Iowa City Railway - "Crandic" | |
| CIM | Chicago & Illinois Midland Railway | *later IMRR* |
| CIRC | Central Iowa Railroad | |
| CMO | Chicago St Paul Minneapolis & Omaha Railway | *CNW subsidiary* |
| CMR | Central Midland Railroad | |
| CN | Canadian National Railways | |
| CNW | Chicago & North Western Transportation Co. | *later UP* |
| CP | Canadian Pacific Railway | |
| CPF | Cotton Plant-Fargo Railway | |
| CPSG | Chester Perryville & Ste. Genevieve Railway | *later CGN* |
| CPStL | Chicago Peoria & St Louis Railroad | *later CIM* |
| CR | Consolidated Railroad Corp. - "Conrail" | *later CSXT and NS* |
| CRA | Central Railway of Arkansas | |
| CRIP | Chicago Rock Island & Pacific Railroad | |
| CRIT | Crittenden Railroad | |
| CSStL | Chicago Springfield & St Louis Railway | |
| CSTL | City of St Louis | |
| CSXT | CSX Transportaion | |
| CT | Columbia Terminal | *City of Columbia* |
| CTML | Cairo Terminal Railroad | *later STR* |
| CTS | Cairo Truman & Southern Railroad | *later SSW* |
| CV | Cache Valley Railroad | |
| CVAR | Cedar Valley Railroad | *later CEDR* |
| CWDM | Creston Winterset & Des Moines Railroad | |
| DAIR | D&I Railroad | |
| DCI | Des Moines & Central Iowa Railway | |
| DKS | Doniphan Kensett & Searcy Railroad | *operated by UP* |
| DME | Dakota Minnesota & Eastern Railroad | |
| DMU | Des Moines Union Railway | *MILW-WAB joint* |
| DO&N | Deckerville Osceola & Northermn Railroad | *later SLSF* |
| DOS | Dardanelle Ola & Southern Railroad | *later CRIP* |
| DQE | De Queen and Eastern Railroad | *Weyerhaeuser subsidiary* |
| DR | Dardanelle & Russellville Railroad | *Arkansas Shortlines subsidiary* |
| DRI | Davenport Rock Island & North Western Railway | *CBQ-MILW joint, later SOO* |
| DSRR | Delta Southern Railroad | |
| DVS | Delta Valley & Southern Railway | |
| E&CL | England & Clear Lake Railroad | |
| EACH | East Camden & Highland Railroad | |
| EDW | El Dorado and Wesson Railway | |
| EE | Ellis & Eastern Railroad | *non-common carrier, Sweetman Construction subsidiary* |
| EMH | Elliott & Mt. Holly Railway | |
| ESCW | East St Louis Columbia & Waterloo Railroad | *electric* |

| MARK | COMPANY TITLE | REMARKS |
|---|---|---|
| ESLJ | East St Louis Junction Railroad | UP(CNW) subsidiary |
| ESLS | East St Louis & Suburban Railroad | electric, later IT |
| ESNA | Eureka Springs & North Arkansas Railway | tourist operation |
| F&S | Farmville & Southern Railroad | later MP |
| FD | Fort Dodge Des Moines & Southern Railroad | later CNW |
| FEMV | Fremont Elkhorn & Missouri Valley Railroad | later CNW |
| FEVR | Fremont & Elkhorn Valley Railroad | tourist operation, Eastern Nebraska NRHS |
| FIT | Fourche River Valley & Indian Territory Railway | |
| FP | Fordyce & Princeton Railroad | GWI subsidiary |
| FSR | Fort Smith Railroad | Pioneer Railcorp subsidiary |
| FSSE | Fort Smith Subiaco & Eastern Railroad | later FSSRI |
| FSSRI | Fort Smith Subiaco & Rock Island Railroad | |
| FSW | Fort Smith & Western Railway | |
| FU | Farmers Union Railroad | 3' gauge |
| FVR | Freeo Valley Railroad | |
| G&SE | Gifford & Southeastern Railroad | |
| GCB | Greenville Columbus & Birmingham Railroad | 3' gauge, later SOU |
| GFS | Gurdon & Fort Smith Railroad | later MP |
| GMN | Gulf Mobile & Northern Railroad | later GMO |
| GMO | Gulf Mobile & Ohio Railroad | later ICG |
| GMW | Griffen Magnolia & Western Railroad | |
| GN | Great Northern Railway | later BN |
| GNA | Graysonia Nashville & Ashdown Railroad | later KCS |
| GNI | Gideon & North Island Railroad | later SSW |
| GNWL | Grandin Northwestern Line | owned by MLM |
| GSCX | Granite City Steel Corp. | |
| GSE | Greenfield & South Eastern Railroad | |
| GSW | Gould Southwestern Railway | later ARK |
| GTR | Great River Railroad | |
| GWWE | Gateway Eastern Railway | GWWR subsidiary |
| GWWR | Gateway Western Railway | later KCS |
| H&K | Hamilton & Kingston Railroad | |
| HAN | Hanover Railway | |
| HBL | Helming Brothers Logging | |
| HC | Hannibal Connecting Railroad | |
| HHR | Hickory Hill Railway | |
| HNW | Helena & Northwestern Railway | |
| HPN | Helena Parkin & Northern Railway | |
| HSMV | Hot Springs & Mountain Valley Railroad | |
| HSW | Helena Southwestern Railroad | |
| I&SL | Iowa & St. Louis Railway | later CBQ |
| I&SW | Iowa & Southwestern Railway | |
| IAIS | Iowa Interstate Railroad | |
| IAN | Iowa Northern Railroad | |
| IANR | Iowa Northern Railway | Rail World (Iron Road) subsidiary |
| IANW | Iowa Northwestern Railroad | |
| IAT | Iowa Terminal Railroad | electric, later IATR |
| IATR | Iowa Traction Railroad | electric, 600V dc overhead |
| IC | Illinois Central Railroad | CN subsidiary |
| ICE | Iowa Chicago & Eastern Railroad | DME subsidiary |
| ICG | Illinios Central Gulf | later IC |
| ICRR | Illinois Central Railroad | later ICG |
| IIR | Iowa & Illinois Railway | electric, later CDM |
| ILPX | Illinois Power | |
| ILS | The Illinois Southern Railway | later MI |
| IMBR | Illinois & Midland Railroad | GWI subsidiary |
| IOSL | Iowa & Omaha Short Line | |
| IRRC | Iowa Railroad | later IAIS |
| ISR | Iowa Southern Railroad | later CBOA |
| ISU | Iowa Sourthern Utilities / Southern Iowa Railway | electric |
| IT | Illinois Terminal Railroad System | electric, part later NW |
| JLCE | Jonesboro Lake City & Eastern Railroad | later SLSF |
| JNW | Jefferson & Northwestern Railway | |
| JP | Joplin and Pittsburg Railway | electric |
| K&L | Kildare & Linden Railroad | |

| MARK | COMPANY TITLE | REMARKS |
|---|---|---|
| K&S | Kearney & Sheridan Railroad | |
| KC&M | Kansas City & Memphis Railroad | |
| KCC | Kansas City Connecting Railroad | |
| KCCS | Kansas City Clinton & Springfield Railway | later SLSF |
| KCKV | Kansas City Kaw Valley & Western Railway | electric |
| KCLT | Kansas City Lawrence & Topeka Electric Railroad | electric |
| KCMS | The Kansas City Merriam and Shawnee Railroad | electric |
| KCNR | Kansas City North-Western Railroad | later MP |
| KCOS | Kansas City Ozarks & Southern Railway | later OSRY |
| KCS | The Kansas City Southern Railway | |
| KCSJ | Kansas City Clay County & St Joseph Railway | electric |
| KCT | Kansas City Terminal | see note 1 |
| KCWN | Kansas City Wyandotte and North-Western Railroad | later KCNR |
| KEWH | Kewash Railroad | |
| KJRY | Keokuk Junction Railway | Pioneer RailCorp subsidiary |
| KOG | Kansas Oklahoma & Gulf Railway | later MP |
| KRPD | Kaskaskia Regional Port District | |
| KRR | Kiamichi Railroad | RailAmerica subsiidary |
| KWTR | Keota Washington Transportation | part later IANR |
| KYLE | Kyle Railroad | RailAmerica subsidiary |
| L&T | Leavenworth & Topeka Railway | |
| LA | Louisiana & Arkansas Railway | later KCS |
| LA&T | Louisiana Arkansas and Texas Railway | LA subsidiary |
| LARR | L'Anguille River Railroad | |
| LARY | L'Anguille River Railway | |
| LB&H | Little Bay & Hampton Railroad | |
| LMW | Little Rock Maumelle & Western Railroad | |
| LN | Louisville & Nashville Railroad | later SBD |
| LNW | The Louisiana and North West Railroad | |
| LOV | Lester & Ouachita Valley Railroad | |
| LPB | Louisiana & Pine Bluff Railway | |
| LRHS | Little Rock Hot Springs & Western Railroad | later SIMS |
| LRPA | Little Rock Port Authority | |
| LSSR | Little Rock Sheridan & Saline River Railroad | |
| LRV | Little River Valley Railway | |
| LRWN | Little Rock & Western Railway | |
| M-N | Murfreesboro-Nashville Railway | |
| M&LR | Mississippi & Little Rock Railroad | |
| M&NA | Missouri and North Arkansas Railway | later MA |
| M&NL | McMurrain & New London Railroad | |
| M&NW | Mobile & North-Western Railroad | later YMV |
| M&O | Mobile & Ohio Rail Road | later GMO |
| M&ON | Manchester & Oneida Railway | |
| M&W | Montgomery & Western Railroad | |
| MA | Missouri & Arkansas Railway | later A&O |
| MA&W | Mississippi Arkansas & Western Railroad | |
| MBS | Muscatine Burlington & Southern Railway | |
| MB&S | McCrory Beedville & Southern Railroad | |
| MCCL | Mason City & Clear Lake Railway | electric, later IAT |
| MDG | Memphis Dallas & Gulf Railroad | later MPG |
| MGB | Middlebrook Graniteville & Belleview Railroad | |
| MI | Missouri-Illinois Railroad | MP subsidiary |
| MIBB | Missouri Illinois Bridge & Belt Railroad | CBQ subsidiary later BN |
| MIC | Mexico Investment & Construction Co. | electric |
| MID | Midland Railroad | tourist operation |
| MILW | Chicago Milwaukee St Paul & Pacific Railroad - "Milwaukee Road" | later SOO |
| MK | Missouri and Kansas Railroad | electric |
| MKT | Missouri-Kansas-Texas Railroad | later UP |
| MKTT | Missouri-Kansas-Texas Railroad of Texas | MKT subsidiary |
| MLM | Missouri Lumber and Mining Co. | |
| MN | Monte Ne Railway | later KC&M |
| MNA | Missouri & Northern Arkansas Railroad | RailAmerica subsidiary |
| MOG | Missouri Oklahoma & Gulf Railway | later KOG |

| MARK | COMPANY TITLE | REMARKS |
|---|---|---|
| MOS | Missouri Southern Railroad | |
| MP | Missouri Pacific Railroad | later UP |
| MPG | Memphis Paris & Gulf Railroad | later M-N and GNA |
| MRBT | Mississippi River & Bonne Terre Railway | later MI |
| MRHW | Mississippi River Hamburg & Western Railway | later MP |
| MRS | Manufacturers Railway | Anheuser-Busch subsidiary |
| MRNW | Mississippi River & North Western Railroad | |
| MSCI | Mississippi Central Railroad | Pioneer Railcorp subsidiary |
| MSDR | Mississippi Delta Railroad | Gulf & Ohio subsidiary |
| MSFP | Mexico Santa Fe & Perry Railway | electric, later MIC |
| MSTL | Minneapolis & St Louis Railroad | later CNW |
| MSW | Manila & Southwestern Railroad | later SSW |
| MV | Midland Valley Railroad | Muskogee subsidiary, later TP |
| MVY | Mississippi Valley Railway | |
| NC | Nashville Chattanooga & St Louis Railway | later LN |
| NEKM | Northeast Kansas & Missouri Railroad | RailAmerica subsidiary |
| NENE | Nebraska Northeastern Railway | |
| NL&S | Nobles Lake & Southern Railroad | |
| NMOR | Northern Missouri Railroad | |
| NNW | Newton & North Western Railroad | later FD |
| NREX | National Railway Equipment | locomotive dealer and rebuilder |
| NRR | Nobles Rock Railroad | |
| NS | Norfolk Southern Corporation | |
| NW | Norfolk & Western Railway | later NS |
| NYC | New York Central System | later PC |
| O&K | Ottumwa & Kirkville Railway | |
| OB | Omaha Belt Railway | later MP |
| OBE | Oskalooska-Buxton Electric Railway | electric |
| OBT | Omaha Bridge & Terminal Railway | later ICRR |
| OIR | Oregon Interurban Railway | |
| OLRW | Osceola Little River & Western Railroad | |
| ONW | Ogamaw & North Western Railroad | |
| OS | Omaha Southern Railway | later MP |
| OSRY | Ozark Southern Railway | |
| OVR | Ouchita Valley Railway | |
| P&CM | Poteau & Cavanal Mountain Railroad | |
| P&M | Paragould & Memphis Railroad | |
| P&SE | Portland & Southeastern Railroad | |
| PAL | Paducah & Louisville Railway | |
| PB&N | Pine Bluff & Northern Railroad | |
| PBAR | Pine Bluff Arkansas River Railroad | later SSW |
| PBDR | Poplar Bluff & Dan River Railway | 3' 10" gauge |
| PC | Penn Central Transportation Co. | later CR |
| PCCX | Peabody Coal Company | |
| PI | Paducah & Illinois Railroad | BNSF-CN (CBQ-ICRR-LN) joint |
| PJS | Peter J Symka – "Paperton Junction Southern" | private railroad - |
| PNRR | Perla Northern Railroad | |
| PNW | The Prescott & Northwestern Railroad | Potlatch subsidiary |
| PPGX | Pittsburgh Plate Glass Co. - PPG Industries | |
| PPS | Perla Princeton & Southern Railroad | lumber operation |
| PRF | Prescott Reader & Fordyce Railway | |
| PRR | Pennsylvania Railroad | later PC |
| PSE | Paragould Southeastern Railway | SSW subsidiary |
| PSL | Peabody Short Line | PCCX subsidiary later ICRR |
| QOKC | Quincy Omaha & Kansas City Railroad | later CBQ |
| READ | Reader Railroad | |
| RIS | Rock Island Southern Railway | electric |
| RL&N | Rockport Langdon & Northern Railway | |
| RME | Rison & Mt. Elba Railroad | |
| RPT | Round Pond Terminal | |
| RSM | Railroad Switching Service of Missouri | Iron Horse Resources subsidiary |
| RRV | Red River Valley Railroad | lumber operation |
| S&E | Sligo & Eastern Railroad | |
| S&OR | Saginaw & Ouachita River Railroad | |

| MARK | COMPANY TITLE | REMARKS |
|---|---|---|
| SBD | Seaboard System | later CSXT |
| SCO | Shelby County Railway | |
| SE | Semo Port Railroad | Southeastern Missouri Regional Port Authority |
| SEKR | Southeast Kansas Railroad | Watco subsidiary, later SKOL |
| SFC | St. Francois County Railroad | electric |
| SHRX | Belton Grandview & Kansas City Railroad | tourist operation |
| SIMB | Southern Illinois & Missouri Bridge Co. | SP-UP (CEI-ICRR-MP SIMS-SSW) joint |
| SIMS | St. Louis Iron Mountain & Southern Railway | later MP |
| SJB | St Joseph Belt Railway | MP subsidiary |
| SJGI | St. Joseph & Grand Island Railway | UP subsidiary |
| SJSE | St. Joseph & Savannah Electric Railway | electric |
| SJT | St. Joseph Terminal | |
| SKOL | South Kansas & Oklahoma Railroad | Watco subsidiary |
| SL&A | St Louis & Alton Railway | electric, ESLS subsidiary, later IT |
| SLBE | St Louis & Belleville Electric Railway | electric, LSLS subsidiary, later PSL |
| SLCR | St Louis & Chain of Rocks Railroad | tourist operation |
| SLIMS | St. Louis Iron Mountain & Southern Railway | tourist operation |
| SLOF | St Louis & O'Fallon Railway | |
| SLOR | St Louis & Ohio River Railroad | |
| SLSF | St Louis-San Francisco Railway - "Frisco" | later BN |
| SLTE | St Louis Troy & Eastern Railway | later IT |
| SNW | Shelby Northwestern Railway | SCO subsidiary |
| SOO | Minneapolis St. Paul & Sault Ste. Marie RR- "Soo Line" | CP subsidiary |
| SOU | Southern Railway | later NS |
| SP | Southern Pacific Transportation Co. | later UP |
| SR | Saline River Railway | |
| SSW | St. Louis Southwestern Railway - "Cotton Belt" | SP subsidiary |
| SR | Sulphur Rock Railroad | |
| SILH | St Louis and Hannibal Railroad | |
| STR | Shawnee Terminal Railway | Pioneer RailCorp subsidiary |
| SV | Saline Valley Railroad | later CGN |
| SWM | Southwest Missouri Electric Railway | electric |
| SWS | Salem Winona & Southern Railroad | |
| T&A | Thornton & Alexandria Railway | |
| T&N | Tabor & Northern Railway | CBQ subsidiary |
| T&T | Tama & Toledo Electric Railway & Light Co. | electric |
| TA&L | Texas Arkansas & Louisiana Railway | |
| TCB | Tatlor City Belt | |
| TFS | Texarkana & Fort Smith Railway | KCS subsidiary |
| TKEN | Tennken Railroad | South Central Rail Group subsidiary |
| TNER | Texas Northeastern Railroad | RailAmerica subsidiary |
| TOE | Texas Oklahoma & Eastern Railroad | Weyerhaeuser subsidiary |
| TP | The Texas and Pacific Railway | MP subsidiary |
| TPW | Toledo Peoria & Western Railway | RailAmerica subsidiary |
| TRRA | Terminal Railroad Association of St Louis | BNSF-CSXT-NS-UP joint |
| TSFR | Tyronza & St. Francis River Railroad | |
| TT | Track Tech | |
| TVA | Tennessee Valley Authority | |
| UECo | Union Electric Co. | |
| UP | Union Pacific Railroad | |
| URM | Union Railway (Memphis) | MP subsidiary |
| USA | United States Army | |
| USAF | United States Air Force | |
| USG | United States Government | |
| UTAM | Ultima Thule Arkadelphia & Mississippi Railway | later MDG |
| V&C | Venice & Carondelet Belt | SOU subsidiary |
| V&S | Versailles & Sedalia Railroad | |
| WAB | Wabash Railroad | later NW |
| WCFN | Waterloo Cedar Falls & Northern Rly | electric, later WLO |
| WFS | Waldo & Fort Smith Railroad | |
| WGSL | Williamsville Greenville & St. Louis Railway | |

MAF
WJS
WLC
WO\
WPS
WRL
WSE
WSC
WSF
WTN
YMV

NOT
1:
oper

MYS
Durir
have
exac
publi
has t

ARK
Ande
1916
Arkar
1908
Barth
locati
Black
opera
Clark
locati
Dorcl
1915
Elmo
1920
Fort
1916
Homa
1916
Lewis
locati
Little
1917
Lueh
1914
Luthe
1890
Rose
1909
St. Fr
1911,
Salin
1904
Trap
1927
Willia
gaug
Willia
gaug
Yellvi
1917

IOWA
Iowa
North
Lost
1899,

MISS
Benn
1921,
South
Des I
opera

| MARK | COMPANY TITLE | REMARKS |
|---|---|---|
| WJSR | Warren Johnsville & Saline River Railway | later WSR |
| WLO | Waterloo Railway | IC(CRIP-ICRR) subsidiary |
| WOV | Warren & Ouachita Valley Railroad | |
| WPS | Warrensburg & Pertle Springs Railway | |
| WRLW | White River Lonoke & Western Railroad | |
| WSE | Wyandotte & Southeastern Railway | |
| WSOR | Wisconsin & Southern Railroad | |
| WSR | Warren & Saline River Railroad | Potlatch subsidiary |
| WTNN | West Tennessee Railroad | South Central Rail Group subsidiary |
| YMV | Yazoo & Mississippi Valley Railroad | later ICRR |

NOTES:

1: KCT is jointly owned by BNSF, ICE, KCS, NS and UP. Switching operations by KCS.

MYSTERY LINES

During the researching of this atlas a number of small, historical railroads have been identified for which it has not been possible to determine an exact geographical location. These are listed below and the author and publisher would welcome any details for inclusion in future editions. This list has been created by Basil Watkins.

ARKANSAS

Anderson & Saline River — Class 3. operated 1906-1916, approximately 21 miles at Clio AR.
Arkansas Eastern — Unofficial carrier, operated 1908-1915, 14 miles at Turrell AR.
Bartholomew Valley — Reported active c.1912, location unknown.
Black Bayou — Class 3 and lumber, operated 1903-1922, 27.5 miles at Warren AR.
Clark & Pike County — Operated 1907-1909, location unknown.
Dorcheat Valley — Lumber, operated 1907-1915, 15 miles in Arkansas and Louisiana.
Elmore & Southwestern — Private, operated 1908-1920, 3' gauge 15 miles at Elmore AR.
Fort Smith, Arkona & Wilburton — Common carrier, 1914-1916, 330 yds at Fort Smith AR.
Homan & Southeastern — Lumber, operated 1906-1916, 13 miles at Homan.
Lewisville Hope & Northern — Reported active c.1912, location unknown.
Little Rock Sheridan & Saline River — Class 3, operated 1906-1917, 22 miles location unknown.
Luehrmann & Western — Class 3, operated 1907-1914, near Knoebel AR.
Lutherville & Colony Mountain — Private lumber, operated 1890-1896, 3 miles at Lutherville in Johnson County AR.
Rose Creek — Private, operated 1908-1909 at Abbott near Mansfield AR.
St. Francis River — Private, operated 1901-1911, location unknown.
Saline Bayou — Class 3, operated 1903-1904, 16 miles at Stroud (now Witherspoon) AR.
Trapp Mountain — Private, operated 1913-1927, 8 miles at Malvern AR.
Williams Mills & Little Black River — Operated 1889-1891, 3' 4" gauge 10 miles in Clay County AR.
Williams Mills & State Line — Operated 1889 only, 3' 6" gauge 6 miles in Clay County AR.
Yellville-Rush & Mineral — Private, operated 1916-1917, 3' gauge at Yellville AR.

IOWA

Iowa & Great Northern — Subsidiary of Great Northern Railway, operated 1908-1910 in Woodbury County IA.
Lost Creek — Private, operated 1897-1899, at Oskaloosa IA.

MISSOURI

Bennett & Cook Southeastern — Lumber, operated 1916-1921, 14 miles at "Huntersville" (not traced). Was formally "Normans Southeastern", 1906-1916. Norman was the owner.
Des Peres Valley — Switching & terminal, operated 1906-1913, to the south west of the St. Louis.
Higginsville Switch — Switching & terminal, operated 1900-1926, 3.5 miles at Higginsville MO.
Rolla Ozark & Southern — Operated 1915-1916, no other details known.
St. Louis & Missouri Southern — Class 3, operated 1911-1918.
St. Louis & Oklahoma Southern — Unofficial carrier, operated 1908-1914.
St. Louis Arkansas & Pacific — Operated 1913-1917, no other details known.

Sources:
Connelly, E.B. — Railroad Operations
Edson, W.D. — Railroad Names
(Both privately published in the USA.)