# EXHIBIT V

Page 1 of 1





http://www.rrpicturearchives.net/pictures/27544/100_1477.JPG

10/31/2013
ASARCOSEMO00032095



ASARCOSEMO00032095