# EXHIBIT X



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**REGION 7**
11201 Renner Boulevard
Lenexa, Kansas 66219

MAR 2 1 2013

RE: Southeast Missouri Mining District

Gregory Evans
Integer Law Corporation
811 West 7th Street, 12th Floor
Los Angeles, California 90017

Dear Mr. Evans:

Thank you for your letter regarding lead contamination in Southeast Missouri.

Please be assured that the United States Environmental Protection Agency, Region 7 (EPA) is aware of the lead contamination present in abandoned rail lines in Southeast Missouri and that EPA has a strategy in place to address this contamination. However, because the Southeast Missouri Mining District sites are very large and complex, EPA has implemented a strategy for the Southeast Missouri Mining sites that addresses risk to human health first.

For instance, in the Big River Mine Tailing Site located in St. Francois County, Missouri, EPA with cooperation from potentially responsible parties, including in the past Asarco LLC, addressed the large mine waste piles that are the primary source of lead contamination first. To date, most of these waste piles have been addressed. Therefore, in September 2011, EPA issued a Record of Decision to address lead contamination in residential yard soil. The Record of Decision is available on EPA's website at:

http://www.epa.gov/region7/cleanup/npl_files/mo_rod_big_rivers.pdf

Additional information about the Big River site is also available on EPA's website:

http://www.epa.gov/region7/cleanup/npl_files/mod981126899.pdf

As set forth on page 14 of the Record of Decision, other identified risks to human health and the environment will be addressed by future clean up decisions. These future actions will include lead contamination present in and around abandoned rail lines, streams, and other areas where residual contamination exists.

Thank you again for your concern regarding the Southeast Missouri Mining District. Please contact me if you have additional questions and concerns.

 *Printed on Recycled Paper*

ASARCOSEMO00032809

Sincerely,

Jason Gunter
Remedial Project Manager
US EPA Region 7
11201 Renner Blvd.
Lenexa, KS.  66219

ASARCOSEMO00032810