# EXHIBIT Y

| | |
|---|---|
| From: | Gunter, Jason <gunter.jason@epa.gov> |
| Sent: | Tuesday, March 05, 2013 8:44 AM |
| To: | ▮▮▮▮▮▮▮▮ |
| Cc: | Kring, Debbie; Kellerman, Daniel |
| Subject: | Big River Mine Tailings and Madison County Mines: Rail Lines |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Debbie Kring forwarded your email to me. I am the Remedial Project Manager for the Big River Mine Tailings Site. I wanted to inform you that the meetings this week are focusing on the residential yards in St. Francois County and Madison County. The rail lines are being addressed under separate operable units in both counties and will not be the focus of discussion; however, if you have questions about the rail lines in St. Francois County please feel free to contact me or if you have questions about the Madison County rail lines please contact Dan Kellerman at 913-551-7603 or at kellerman.daniel@epa.gov.

Sincerely,

Jason Gunter
913-551-7358
gunter.jason@epa.gov

1

ASARCOSEMO00032808