# EXHIBIT 7

IN THE UNITED STATES BANKRUPTCY COURT
OF THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 05-21207 |
| | § | |
| **ASARCO LLC**, *et al.*, | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

**NOTICE OF FILING OF CONFORMED VERSION OF ASARCO INCORPORATED AND AMERICAS MINING CORPORATION'S SEVENTH AMENDED PLAN OF REORGANIZATION FOR THE DEBTORS UNDER CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE, AS MODIFIED ON AUGUST 20, 2009, AUGUST 23, 2009, AND AUGUST 27, 2009**

(Relates to Docket Nos. 12578, 12617, and 12695)

**PLEASE TAKE NOTICE** that attached is a fully conformed version of Americas Mining Corporation and ASARCO Incorporated's Seventh Amended Plan of Reorganization for the Debtors under Chapter 11 of the United States Bankruptcy Code, as Modified on August 20, 2009, August 23, 2009, and August 27, 2009, reflecting technical amendments and other disclosures made on record, including Exhibit 24 and Exhibit 25 that were filed on August 29, 2009 (Docket No. 12726).

Dated: August 30, 2009         **MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**

Robert Jay Moore (CA 77495)
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
(212) 892-4000
(212) 629-5063 (facsimile)

Robert E. Winter (RW 9937)
International Square Building
1850 K Street, N.W.
Washington D.C. 20006
(202) 835-7500
(202) 835-7586 (facsimile)

1

-and-

**HAYNES AND BOONE, LLP**

By: /s/ Charles A. Beckham, Jr.
Charles A. Beckham, Jr.
State Bar No. 02016600
Trey Monsour
State Bar. No. 14277200
1221 McKinney, Suite 2100
Houston, Texas 77010
(713) 547-2000
(713) 547-2600 (facsimile)

Counsel to ASARCO Incorporated and
Americas Mining Corporation

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via e-mail on all parties identified on the Debtors' Confirmation Service List on this 30th day of August, 2009.

/s/ Charles A. Beckham, Jr.
Charles A. Beckham, Jr.

2