# EXHIBIT 9

Page 1

ROBERT GRIMAILA - 11/7/2013

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ASARCO, LLC,                  ) CASE NO. 4:11-CV-00864 JAR
                              )
        PLAINTIFF,            )
                              ) VIDEOTAPE
        vs.                   ) DEPOSITION OF
                              ) ROBERT GRIMAILA
NL INDUSTRIES, INC.,          )
ET AL.,                       )
                              )
        DEFENDANTS.           )


        VIDEOTAPE DEPOSITION OF ROBERT GRIMAILA, taken

before Mary Lou Harmon, RPR, CRR, CSR(IA), CCR, General

Notary Public within and for the State of Nebraska,

beginning at 9:05 a.m., on the 7th day of November 2013,

at Cassem, Tierney, Adams, Gotch & Douglas, Suite 302,

9290 West Dodge Road, Omaha, Nebraska.

ROBERT GRIMAILA - 11/7/2013

```
 1   knowledge of any further documents, no.

 2   BY MR. EVANS:

 3       Q.   All right.  So state for the court, and then

 4   we'll move on, that you have not seen any documents

 5   related to any of the allegations other than the notice

 6   of deposition and the complaint itself?

 7            MS. MCINTOSH:  Objection.  The question

 8   mischaracterizes Mr. Grimaila's testimony.

 9            THE WITNESS:  Again, the only documents

10   I've reviewed are the notice of deposition and the

11   second amended complaint.

12   BY MR. EVANS:

13       Q.   Why didn't you look at any data?

14       A.   Data related to?

15       Q.   To the claims concerning the waste allegedly

16   left in SEMO by Union Pacific and its predecessor

17   railroad?

18            MS. MCINTOSH:  Objection.  The question

19   is vague.

20            THE WITNESS:  The SEMO site noted in the

21   second amended complaint does not involve Union Pacific.

22   We have not been notified from the EPA or any other

23   method.  It has not come to my attention as a site of

24   concern.

25
```

ROBERT GRIMAILA - 11/7/2013

```
 1   $80 million.
 2       Q.   Do you disagree with the claim made by ASARCO
 3   against Union Pacific in the first amended complaint?
 4       A.   I don't have enough knowledge or information
 5   to draw a conclusion.  And, as I said earlier, the EPA
 6   nor the state have ever contacted us about this.  It's
 7   not been a focus of study in our group.
 8       Q.   Is it a requirement that the EPA contact you
 9   or the state contact Union Pacific for the allegations
10   to be true?
11            MS. MCINTOSH:  Objection:  Calls for a
12   legal conclusion.
13                 THE WITNESS:  No.
14   BY MR. EVANS:
15       Q.   Do you know what the contaminants of concern
16   are at the SEMO sites?
17       A.   I know only what I read in the second amended
18   complaint.
19       Q.   Do you know that lead is one of the
20   contaminants of concern?
21       A.   Yes.
22       Q.   Cadmium is?
23       A.   I believe that was mentioned, yes.
24       Q.   Zinc?
25       A.   I believe that was mentioned.
```

ROBERT GRIMAILA - 11/7/2013

```
 1                    MS. MCINTOSH:  Objection.  The question

 2   calls for a legal conclusion.

 3                    THE WITNESS:  I said that I'm not aware

 4   of having been notified that we have any responsibility

 5   in the SEMO sites, because I haven't heard from the EPA

 6   or the state.

 7   BY MR. EVANS:

 8        Q.   You've heard from ASARCO; right?

 9        A.   I've read the second amended complaint, yes.

10        Q.   Did you do anything to investigate that?

11        A.   I have not.

12        Q.   Are you taking the position that Union Pacific

13   does not own any property that at any time has been

14   located in the Bonne Terre area?

15                    MS. MCINTOSH:  Objection.  The -- first

16   of all, it calls for a legal conclusion, and it also

17   mischaracterize's Mr. Grimaila's testimony.

18                    THE WITNESS:  I'm saying that I don't

19   have any personal knowledge about such ownership.

20   BY MR. EVANS:

21        Q.   Referring to Page 2 of Exhibit 3, on the back,

22   it says, "Union Pacific's Missouri history."

23             Do you see that, sir?

24        A.   Yes, I do.

25        Q.   Do you see that Union Pacific -- what is
```

ROBERT GRIMAILA - 11/7/2013

```
 1                  CERTIFICATE OF REPORTER

 2           I, Mary Lou Harmon, a Certified Shorthand

 3   Reporter, hereby certify that the witness in the

 4   foregoing deposition was by me duly sworn to tell

 5   the truth, the whole truth, and nothing but the

 6   truth in the within-entitled cause;

 7           That said deposition was taken down in

 8   shorthand by me, a disinterested person, at the time

 9   and place therein stated, and that the testimony of

10   the said witness was thereafter reduced to

11   typewriting, by computer, under my direction and

12   supervision;

13           That before completion of the deposition,

14   review of the transcript was requested.  Any changes

15   made by the deponent (and provided to the reporter)

16   during the period allowed are appended hereto.

17           I further certify that I am not of counsel

18   or attorney for either or any of the parties to the

19   said deposition, nor in any way interested in the

20   event of this cause, and that I am not related to

21   any of the parties thereto.

22           DATED:    November 13, 2013

23                        MARY LOU HARMON, RPR, CRR
                                    CSR NO. 0112
24
     My commission expires:
25
```