# EXHIBIT 11

Case: 4:11-cv-00864-JAR   Doc. #:  221-11   Filed: 07/16/14   Page: 2 of 44 PageID #: 6738

RECEIVED

JAN 3 0 2007

SUPERFUND DIVISION

# DRAFT

# HISTORIC RAILROADS
# ST. FRANCOIS COUNTY MINED AREAS

St. Francois County, Missouri

**January 29, 2007**

*Prepared by:*



730 17ᵗʰ Street, Suite 925
Denver, Colorado 80202



SEMO-006895
ASARCOSEMO00026914

## TABLE OF CONTENTS

**1.0**   **INTRODUCTION** ......................................................................................... 1
   1.1   Physical Setting ........................................................................... 1
   1.2   Railroad History .......................................................................... 2
   1.3   Railroad Construction ................................................................ 3
**2.0**   **SUMMARY OF INVESTIGATION** ............................................................... 5
   2.1   Historic Railroad Mapping .......................................................... 5
   2.2   Vegetation and Soil Development ............................................... 6
   2.3   Cross Sections of Ballast ........................................................... 7
   2.4   Ballast Volume Estimation ......................................................... 8
   2.5   Ballast Sampling ......................................................................... 8
**3.0**   **SUMMARY** ................................................................................................. 10
**4.0**   **REFERENCES** ............................................................................................ 10

## LIST OF TABLES

1   Transect Cross-Sectional Areas  ....................................................... 7
2   Verified Railroad Segment Volumes  ................................................. 8
3   Cadmium, Lead, and Zinc Concentrations in Ballast Sample Composites .......... 9

## LIST OF FIGURES

1   Vicinity Map ........................................................................................ 2
2   Location of Cross-Sections and Ballast Samples ................................ 4

## LIST OF APPENDICES

A   Historic Railroad Maps
B   Field Sampling Forms and Photographs
C   Laboratory Data
D   Lead Belt News, 1924 and 1938

NEWFIELDS

SEMO-006896
ASARCOSEMO00026915

# Historic Railroads
# St. Francois County Mined Areas

This report summarizes and reports the assessment of the nature and extent of mine-related materials associated with historic railroad beds in St. Francois County located in southeastern Missouri, pursuant to the Field Sampling Plan for Historical Railroads (NewFields 2006b). This report has been prepared by NewFields on behalf of The Doe Run Company and is being conducted as Additional Work pursuant to Administrative Order on Consent (AOC), U.S. Environmental Protection Agency Docket No. VII-97-F-0002, dated January 29, 1997. This report on historic railroads of St. Francois County, Missouri is submitted as an Addendum to the Focused Remedial Investigation Report dated March 2006 (NewFields 2006a).

## 1.0    INTRODUCTION

### 1.1    Physical Setting

The Site is located in southeastern Missouri entirely within St. Francois County, approximately 70 miles south of St. Louis. The topography is hilly with several hundred feet of relief with altitudes ranging from about 700 to 1,000 feet above mean sea level (msl). The climate in St. Francois County is continental with cold winters and hot summers. Annual precipitation is approximately 40 inches with a rainy season in fall and winter. Average annual snowfall is 13.7 inches. Prevailing winds are from the south (Fluor Daniel 1995).

Within the Site boundaries are the incorporated towns of Desloge, Bonne Terre, Park Hills, Leadwood, and Leadington and the unincorporated towns of Frankclay, Wortham, Gumbo, Doe Run and East Bonne Terre. The population of the Site is roughly estimated at 15,000-20,000 (Fluor Daniel 1995; confirmed with 2000 Census).

St. Francois County is located in a historic mining area called the Old Lead Belt. The Old Lead Belt is on the northeastern edge of the Precambrian igneous core of the St. Francois Mountains. This area is one of the world's largest lead mining districts, having produced more than nine million tons of pig lead (MDOH 1997). The first recorded mining in St. Francois County occurred at Mine-a-Gabore between 1742 and 1762. The important discoveries of disseminated lead in the Bonne Terre, Leadwood, and Flat River areas occurred in 1864. The introduction of the diamond drill in 1869 facilitated the discovery of additional reserves and output from the mines increased dramatically in the late 1800s. Mine output from St. Francois County peaked in 1942 when the concentrate equivalent of 197,430 tons of lead was produced. Mining ceased in the Old Lead Belt in 1972 with the closing of St. Joe Lead Company's Federal mine (Fluor Daniel 1995).



SEMO-006897
ASARCOSEMO00026916



Within the Site there are eight designated mining areas (Figure 1):

- Desloge (aka Big River Mine Tailings)
- Federal (aka St. Joe State Park)
- Leadwood
- Bonne Terre
- National Lead Site
- Elvins/Rivermines
- Hayden Creek
- Doe Run.

## 1.2    Railroad History

The first railroad constructed in St. Francois County was the St. Louis & Iron Mountain & Southern Railroad, completed in 1859 to Pilot Knob to facilitate the transportation of iron ore to St. Louis.  A short summary of the more important dates in the railroad history of St. Francois County and the Old Lead Belt are listed below (Bratton and Turley 1979; Akers 1938).



SEMO-006898
ASARCOSEMO00026917

- 1853-1859 – St. Louis & Iron Mountain & Southern Railroad built to Pilot Knob in Iron County.

- 1869 – Belmont Branch of the St. Louis & Iron Mountain Railroad completed between Bismarck and Belmont.

- 1880 – St. Joe & Desloge Railroad completed from Bonne Terre to Summit in Washington County.

- 1888-1890 – Mississippi River & Bonne Terre Railroad constructed from Bonne Terre through Herculaneum to Riverside.

- 1891 – Mississippi River & Bonne Terre Railroad extended 18 miles to the town of Doe Run.

- 1904 – St. Francois County Electric Railroad begins operation in Farmington.

- 1903-1905(?) – Illinois Southern Railroad constructed through St. Genevieve and St. Francois County to Bismarck.

- 1912-1917 – Saline Valley Railroad operated between Saline Junction and Farmington.

- 1972 – Missouri-Pacific Belmont Branch, formerly owned by St. Louis & Iron Mountain & Southern Railroad, is abandoned.

Articles published in the Lead Belt News in 1924 and 1938 discussing railroads in St. Francois County are provided in Appendix D.  Rail lines, both historic and active, are shown on Figure 2.


## 1.3    Railroad Construction

On side slopes, the railroad grade was constructed using the cut and fill method; that is, soil, rock, and clay were excavated from the uphill side and used to form the core of the alignment and as support for the downhill side of the grade.  As observed in the field, the final cover consisted of 12 to 18 inches of chat.  The chat provided a granular, easily handled, well-drained aggregate for bedding the wooden cross ties.  Besides side slopes, relatively thin chat ballast was observed in flat "cut" sections through hills and where the grade was constructed on existing topography.  Fill was used across low-lying areas, at stream crossings (*e.g.* HRR-3), and where it was necessary to construct ramps to crest a divide.  Chat was used almost exclusively where large quantities of fill were needed to meet grade requirements.



SEMO-006899
ASARCOSEMO00026918

SEMO-006900
ASARCOSEMO000269/9



Figure 2
Locations of Cross-sections
and Ballast Samples

Railroads built prior to the advent of dump trucks were constructed by transporting men, equipment and materials to the end of the newly constructed railhead.  Ballast was brought in by rail car and dumped at the end of the new rail line.  Once the surface of the ballast was brought up to grade, the ties and rails were placed.  After a new rail section was set in place and spiked to the ties, more ballast was brought in and the process was repeated.

Modern railroad ballast that meets American Railway Engineering and Mining Association (AREMA) specifications contains between 45 and 80 percent plus 3/4-inch sized rock.  An example, Wilson #4 1.5-inch AREMA railroad ballast has been used since the late 1800s.  Like most railway ballast, it is composed of a very hard, indurated rock, 100% crushed granite.  Other rock types include basalt, metamorphic rock, and hard limestone.  In the historic railroad grades of St. Francois County, the chat ballast material is much smaller with a maximum grain size of about 1/2 inch in diameter.  A typical chat ballast sample is characterized as a "sand and small gravel".  Besides chat, traces of clinker and coal were common.  Iron ore was a component of the ballast in the Illinois Southern track, as observed in the sample from HRR-9 south of St. Joe State Park.  The rails from this railroad were removed relatively recently, some 20 years ago.

## 2.0    SUMMARY OF INVESTIGATION

In a July 17, 2006 meeting, EPA requested that The Doe Run Company conduct an investigation to characterize historic railroads in the County, with specific attention given to cadmium, lead, and zinc content in the ballast material and the volume.  A field investigation was conducted on November 14-17, 2006 following approval of a Field Sampling Plan (RRFSP) dated October 16, 2006 (NewFields 2006b).

Thirteen (13) locations along the historic railroads were identified in the RRFSP to assess the cross-sectional area and sample remaining railroad ballast (Figure 2).  All transect locations were on private land or within St. Joe State Park and access was obtained by The Doe Run Company prior to inspection.  No clear evidence of a railroad could be found at the HRR-7 location, so the HRR-14 location was added upon obtaining access.  Of the 13 transects, 12 were sampled and cross sections were measured at all 13 locations.  Additionally, field volume estimates were made at three other locations (see Figure 2).

### 2.1    Historic Railroad Mapping

The extent of historic railroads was mapped in AutoGIS and submitted with the Focused Remedial Investigation (RI) in March 2006.  Figure 2 depicts approximately 69 miles of abandon railroads.  The rail locations depicted in the project GIS and on figures in this report were identified using The Doe Run Company's historic mining maps, Sanborn



insurance maps, 1984 (St. Joe State Park) black and white and April 1998 color aerial photography, and a 1908 topographic map (Buckley 1908).  Rail lines that were ground-truthed in the field were categorized as "verified".  Many sections of railways are now covered by roads or have been converted to residential and commercial areas, and the present-day existence of these old lines could not be field verified.  Figure 2 and the figures in Appendix A show the unverified rail lines in light green and the verified rail lines in yellow or pink.  Approximately 44 percent of the lines were verified, 160,107 linear feet or 30.3 miles.  Approximately 204,191 linear feet, or 38.7 miles, are unverified and are located primarily in towns or under mill waste piles or are located away from the St. Francois County Mined Area site boundary (see Figure 2).

Some of the historic railroads within St. Joe State Park have been paved with asphalt and converted to bike/hiking trials.  The volume of ballast was estimated at transect HRR-13 but samples were not collected due to the presence of the paving.

Some ballast has been completely removed as a result of post-rail line construction activities, such as in highway cuts.  These areas, highlighted in pink, are noted on Figure 2 as well as in figures in Appendix A.  Approximately 9,442 linear feet of ballast has been removed (length included in the verified rail lines).

## 2.2    Vegetation and Soil Development

The historic railroads that cross through forested areas exhibited extensive regrowth owing to the fact that they have stood undisturbed for some 100 years.  Moderate to dense secondary growth of oaks, cedar, hackberry, hickory, Japanese elm, sycamore and other species of trees, brush, honeysuckle, and vines are noted on the field forms (Appendix B).  Sycamore trees growing through or rooted in the ballast had trunks up to 16 inches in diameter.  While dense vegetative growth was typical on the ballast slopes, dense growth on the flat, upper surface was not common.  Most of the historic railways inspected serve as trails and unimproved roads, thus shrub and tree growth on the traveled surface is much thinner and less developed.  In the few instances where the grades were not used for travel, there was no apparent difference between the vegetation density on and off the railway ballast.

The organic layer covering the chat ballast in forested areas is well developed owing to the almost continuous supply of litter provided by the surrounding oak/hickory forest. Thinner litter layers are associated with the short leafed pine forests in and around St. Joe State Park.  Side slopes and lightly traveled portions of the railway grades typically exhibited a dark brown to black, 4- to 6-inch organic-rich layer over the chat ballast. Exposed ballast in open grassed areas typically exhibited a thinner organic layer; however, grasses and shrubs were better established in the open sunny (non-shaded) areas.  Steep 40-degree slopes did not exhibit an organic layer and were only thinly covered with vines and brush.

NEWFIELDS

SEMO-006902
ASARCOSEMO00026921

Regardless of vegetative cover, the chat ballast appeared quite stable with little evidence that it was susceptible to erosion.  Where penetrated by trees and tree roots it was very stable.  As part of the original construction, culverts were placed in channels and low areas to convey runoff under the railway.  Erosion rills were observed on some of the steeper barren chat slopes and in areas where motorcycle or ATV use was prevalent.  In general, the chat slopes appeared to be quite stable unless they are very steep or have been disturbed by man.

### 2.3    Cross Sections of Ballast

Cross-sections were used to assess the average thickness of the ballast in the historic railroads.  A cross-section was established at each transect shown in Figure 2 by measuring the top surface of the railroad grade and measuring the horizontal distance of the crest and from toe to toe of the side slopes.  The thickness of the ballast was then measured by tape or sight line and, if possible, confirmed using a shovel.  At the field personnel's discretion, the ballast was either trenched or a series of exploration pits were made into the ballast.  The cross-sectional areas for each transect are listed in Table 1.  The character of the material was described, including, but not limited to, grain-size, color, consistency, and organic content.

### Table 1  Transects and Cross-Sectional Areas

| Transect | Location | Area ($ft^2$) | Volume per running foot (cy) |
|---|---|---|---|
| HRR-01 | Leadwood | 253 | 9.4 |
| HRR-02 | Desloge | 85 | 3.1 |
| HRR-03 | Desloge/Owl Creek | 9823 | 364 |
| HRR-04 | Bonne Terre | 78 | 2.9 |
| HRR-05 | Leadwood | 75 | 2.8 |
| HRR-06 | National | 26 | 1 |
| HRR-07 | St. Joe State Park, rail grade not located | NA | NA |
| HRR-08 | St. Joe State Park | 10 | 0.4 |
| HRR-09 | Illinois Southern RR | 157 | 5.8 |
| HRR-10 | Leadwood | 110 | 4.1 |
| HRR-11 | Gumbo | 335 | 12.4 |
| HRR-12 | Elvins/Rivermines | 418 | 15.5 |
| HRR-13 | Paved St. Joe State Park bike trail | 214 | 7.9 |
| HRR-14 | Bonne Terre | 150 | 5.5 |

Volumes shown are bank cubic yards.  For bulk volumes, apply a swell factor of 110%.

NEWFIELDS

SEMO-006903
ASARCOSEMO00026922

## 2.4    Ballast Volume Estimation

The volume of ballast was estimated by taking the cross-sectional area from Table 1 and multiplying by a measured segment length.  ArcGIS calculated the segment length using the base aerial photography.  Segment lengths and associated cross-sectional areas are listed in Table 2.  Refer to maps provided in Appendix A for specific end points.

### Table 2  Verified Railroad Segment Volumes

| Segment Location | | Length (ft) | Volume per running foot (cy) and reference transect, if used | Segment Volume (cy) |
|---|---|---|---|---|
| From | To | | | |
| Shaft DR #8 | Section line | 4,159 | 9.4 HRR-1 | 39,097 |
| Section line | HRR-11 | 3,076 | 12.4 HRR-11 | 38,141 |
| HRR-11 | Old Highway 8 | 4,051 | 12.4 HRR-11 | 50,231 |
| Gumbo | Owl Creek Crossing (OCC) | 3,351 | 33 | 110,576 |
| West OCC | East OCC | 1,171 | 364 HRR-3 | 426,395 |
| East OCC | Landfill Road | 913 | 5 | 4,567 |
| Highway 8 | Trailwood St., Desloge | 1,863 | 3.1 HRR-2 | 5,775 |
| Trailwood St., Desloge | Landfill Rd | 1,230 | 3.1 HRR-2 | 3,812 |
| Owl Creek | HRR-12 | 7,399 | 15.5 HRR-12 | 114,681 |
| Highway 8 | HRR-5 | 12,852 | 4.1 HRR-10 | 52,694 |
| HRR-5 | HRR-4 | 8,228 | 2.8 HRR-5 | 23,038 |
| Brightwell Park | National water tower | 600 | 1 HRR-6 | 600 |
| Shaft Fed #2 | St. Francois River | 27,927 | 0.4 HRR-8 | 11,171 |
| Junction MR & BT RR | St. Joe State Park entrance | 5,592 | 0.4 HRR-8 | 2,237 |
| St. Francois River | Site boundary, south of town of Doe Run | 12,451 | 2.4 | 29,883 |
| West: State Hwy B, Illinois Southern RR | East: State Hwy W, Illinois Southern RR | 18,244 | 5.8 HRR-9 | 105,815 |
| St. Joe State Park tailings edge | Shaft Fed #10 | 15,702 | 7.9 HRR-13 | 124,063 |
| Junction with active RR, south Bonne Terre | Northern Site boundary | 21,853 | 5.5 HRR-14 | 120,190 |

Volumes shown are bank cubic yards.  For bulk volumes, apply a swell factor of approximately 110% for a clean sand.

## 2.5    Ballast Sampling

At each transect a composite sample was collected using shovels to characterize the metal content of the ballast.  Each composite was composed of four or five aliquots collected to represent the bulk of the ballast material, even if two (or more) distinct materials are identified in the ballast.

NEWFIELDS

SEMO-006904
ASARCOSEMO00026923

For each sampling location a field sheet was constructed diagramming a plan and profile view of the railroad bed and the aliquot sampling locations (see Appendix B). The diagrams show the general configuration of the railroad and other hard features nearby used for locating the sampling area (roads, fences, etc.). Photographs taken during the sampling are also included in Appendix B.

The following information was recorded on the field sampling forms included in Appendix B:

- GPS coordinates and description of sampling point
- Names of sampling team members
- Volume of sample collected
- Sampling methodology
- Plan and profile of transect
- Date and time of sample collection
- Sample identification
- Grain size, slope, erosion, and plant cover
- Nature of organic layer, if present
- Vertical and horizontal ballast measurements
- Photograph numbers and aspect
- Evidence of recent use
- Field portable XRF assay of composite sample.

All samples were analyzed by EPA Method SW-846 6010B for cadmium, lead, and zinc at Evergreen Analytical Laboratory in Wheat Ridge, Colorado. Analytical results are show in Table 3. Copy of the laboratory report is provided in Appendix C.

### Table 3 Cadmium, Lead, and Zinc Concentrations in Ballast Sample Composites

| Location | Cadmium | Lead | Zinc | Ratio Zn/Cd |
|----------|---------|------|------|-------------|
| HRR-01 | 3.3 | 11000 | 130 | 39.4 |
| HRR-02 | 31 | 13000 | 1400 | 45.2 |
| HRR-03 | 23 | 5900 | 860 | 37.4 |
| HRR-04 | 16 | 14000 | 880 | 55.0 |
| HRR-05 | 120 | 6400 | 4500 | 37.5 |
| HRR-06 | 13 | 8200 | 430 | 33.1 |
| HRR-08 | 21 | 14000 | 710 | 33.8 |
| HRR-09* | 0.82 | 250 | 230 | 280.5 |
| HRR-10 | 9.9 | 1800 | 330 | 33.3 |
| HRR-11 | 1.7 | 9000 | 58 | 34.1 |
| HRR-12 | 20 | 17000 | 680 | 34.0 |
| HRR-12A* | 25 | 11000 | 890 | 35.6 |
| HRR-14 | 9.6 | 4200 | 340 | 35.4 |

Notes: * HRR-09 excluded from comparisons in Section 3.0 Summary. HRR-12A is a Duplicate of HRR-12.

NEWFIELDS

SEMO-006905
ASARCOSEMO00026924

One sample blind duplicate was collected at HRR-12. Quality control procedures listed in the St. Francois County QAPP (Dames & Moore 1997) were followed. Duplication of the lead concentrations in HRR-12 and HRR-12A indicates that the ballast lead concentrations are not homogeneous even in well-mixed samples. The so-called "nugget effect" was anticipated as it is almost always observed in duplicate or paired chat sample results.


## 3.0   SUMMARY

The volume of ballast in the verified historic railroad beds within the investigation area totaled 1,262,966 cubic yards. This is only a rough estimate since 16 volume measurements were made over a rail distance of 30.3 miles. By comparison, there are approximately 39.3 million cubic yards of chat and tailings in the six large piles in the County (RI Table 2-4, NewFields 2006a).

The measured lead concentration in most of the composite samples of chat ballast was at the high end of the range for chat in St. Francois County. Measured cadmium concentrations were quite variable but well within the range reported for St. Francois County. Zinc concentrations were low, comparable only to mill waste from the National, Bonne Terre and Federal piles. The observed zinc to cadmium ratio (Zn/Cd) of 33-55 compares well with the Zn/Cd range of 39-55 reported for mill waste from the six large piles in St. Francois County (RI Table 2-5, NewFields 2006a).


## 4.0   REFERENCES

Akers, J. Clyde, 1938. A History of St. Francois County Railroads, published <u>in</u> Lead Belt News, June 10.

Bratton, K. and Richard Turley, 1979. St. Joe State Park: The Economic, Social, and Physical Impact of Missouri's Second Largest State Park. Southeast Missouri Regional Planning and Economic Development Commission, March 1979.

Buckley, E.R. 1908, Geology of the disseminated lead deposits of St. Francois and Washington Counties: Rolla, Missouri Division of Geology and Land Survey, v. IX, parts 1 and 2, 259 pages (includes plate XLVIII, Geologic Maps of the Flat River – Leadwood Areas).

Dames & Moore, 1997. Field Sampling Plan for Focused Remedial Investigation/Feasibility Study, St. Francois County, Missouri. November 19.

Fluor Daniel, 1995. Initial Remedial Investigations for the Big River Mine Tailings Site, St. Francois County, Missouri.



SEMO-006906
ASARCOSEMO00026925

MDOH, 1997.  Big River Mine Tailings Superfund Site, Lead Exposure Study: Report to the Agency for Toxic Substances and Disease Registry.  Draft Final Report, April 21.

NewFields, 2006a.  Focused Remedial Investigation for Mined Areas in St. Francois County, Missouri.  March 3.

NewFields, 2006b.  Field Sampling For Historical Railroads, St. Francois County Mined Areas, Missouri.  October 16.

SEMO-006907
ASARCOSEMO00026926



SEMO-006908
ASARCOS_MCD0026927



SEMO-006909
ASARCCOSEMO00026928

## Historical Railroads Ballast Characterization

Sampling Location: _HRR-1_   Date: _11/14/06_

GPS _N 37° 50' 43.275''_   and _W 90° 34' 23.173'_   _between LW & RM_

Site Sketch (provide horizontal measurement if drawing is not to scale)   _W. Sutton - owner._



Vegetation Description: _Cedar, ash, sycamore, japanese elm ... sycamore to 16" ∅_

_Drd, BG, Larry H.          well veg w/ trees, no grass, larger trees spaced 15-20'._

Cross-Section (provide both horizontal and vertical measurements)

Legend: _XRF 7680 Pb @ loc. 40._
_TIME; 1530 hrs_

Mark locations of all sample aliquots

Sampling Method: _5 part composite_   Sample ID(s) _HRR-1_

Analysis Requested _6010B for Cd, Pb and Zn_   Volume: _8oz_   Laboratory: _EAL_

Comments: _Access road, used, top barren but sideslopes are stable._

SEMO-006910
ASARCOSEMO00026929

*Appendix B*
*Field Sampling Forms and*
*Photographs*



HRR-1, Looking east.



HRR-1, South to culvert.

NEWFIELDS

SEMO-006911
ASARCOSEMO00026930

## Historical Railroads Ballast Characterization

Sampling Location: __HRR-2__ , Date: __11/15/06__ DRH/LH/BG

GPS __N. 37° 51' 54.505"__ and __W. 9° 32' 10.216"__ S of DL rain

*Site Sketch (provide horizontal measurement if drawing is not to scale)*



↑ to Trailwood St.

N.

Xsec

E.  between 3rd And 4th road in from 8 Hiway.

↓ to 8 Highway.

*Legend:* Bannister City trailer park.

— No photos —

*Mark horizontal locations of all sample aliquots*

Vegetation Description: __cvest barren but edges w/ vine, honeysuckle, rest dense hardwoods. 8" organics, thick, rooted tough to get thru. Open areas grassed 100%__

*Cross-Section (provide both horizontal and vertical measurements)*  NO Natural erosion.

crest 38' ↓

chat, dirty

thick 2.5' ↓  14'  22 33  3' thick →

6'  ▽ ▽ ▽ ▽ 41'

West  :chat:  48'  ▲

0

*Legend:* XRF = 5200 Pb.  AREA = (24 × 2.5) + 2(5 × 2.5) = 85

Time = 12:30 hrs.

*Mark locations of all sample aliquots*

Sampling Method: __shovel, 5 part.__  Sample ID(s) __HRR-2__

Analysis Requested __6010B for Cd, Pb and Zn__  Volume: __8 oz__  Laboratory: __EAL__

Comments: __Standard fill section.__

SEMO-006912
ASARCOSEMO00026931

## Historical Railroads Ballast Characterization

Sampling Location: _HRR-3_      Date: _11/16/06_   DRH/BG/LH.

GPS _N 37° 52' 18.440''_ and _W. 90°33 06.206''_    SW of DL

Site Sketch (provide horizontal measurement if drawing is not to scale)



Legend:
pix No. 65 (2510)
south face

No. 64 look W. (2512)

1,219' to Warrenst
from BONEHOLE
①   Rd.
called Landfill Rd.
Mark horizontal locations of all sample aliquots

→ 1219' → ①

X-Sec

OWL CR.

Vegetation Description: _None, barren.  Owl creek crossing._

Cross-Section (provide both horizontal and vertical measurements)

all chat, trace clinker, coal.

45'    133'
50  85  125
30
②   — chat —
S. chat
X
150'
203'    flowing test hole

Legend: TIME 0800    ② take height off topo map.
XRF = 2460 ppm Pb    (88 × 60) + (1081) + (190) = 9823 @ 60' X̄

Mark locations of all sample aliquots

Sampling Method: _shovel. 5 part comp._    Sample ID(s) _HRR-3_

Analysis Requested _6010B for Cd, Pb and Zn_    Volume: _80z._   Laboratory: _EAL_

Comments: _large chat fill crossing for RR_

SEMO-006913
ASARCOSEMO00026932

Appendix B
Field Sampling Forms and
Photographs



HRR-3, Picture 65.  South face.



HRR-3, Picture 64.  Looking west.

NEWFIELDS

SEMO-006914
ASARCOSEMO00026933

## Historical Railroads Ballast Characterization

Sampling Location: _HRR-4_     Date: _11/15/06_  deb

GPS _N. 37° 54' 14.425"_ and _W. 90° 34' 22.017"_

Site Sketch (provide horizontal measurement if drawing is not to scale)

_Between  LW & BT_
_Rain — 42° F._



Vegetation Description: _Same as HRR-5_

_hardwoods  2-12" dia growing thru fill side - relatively stable slope_

Cross-Section (provide both horizontal and vertical measurements)   _occ. washouts at other locs._

Legend:  _XRF = 2210 Pb._     _$\overrightarrow{AREA} = (8.5 \times 4') + (11 \times 4) = 78 \text{ ft}^2$_
_time 925 am._

Mark locations of all sample aliquots

Sampling Method: _Shovel , 5 part Composit_    Sample ID(s) _11/15/06_

Analysis Requested _6010B for Cd, Pb and Zn_    Volume: _8 oz_   Laboratory: _EAL_

Comments: _Standard cut/fill_

SEMO-006915
ASARCOSEMO00026934

*Appendix B*
*Field Sampling Forms and*
*Photographs*



HRR-4, Looking south.



HRR-4, Downslope.

NEWFIELDS

SEMO-006916
ASARCOSEMO00026935

## Historical Railroads Ballast Characterization

Sampling Location: _HRR-5_    Date: _11/15/06_  DRH/LH/BG-

GPS _N. 37° 53' 29.064_  and _W. 90° 35' 10.248"_    _Between LW&BT_

Site Sketch (provide horizontal measurement if drawing is not to scale)

303' NE of point of switch back.

N.

50'

limestone bedrock

0'

**Legend:** ☐ Xsec loc.

········ orig topo.

pix 73 NE along (2499)
RR

pix 72 transect/
laborers.
(2500)

Mark horizontal locations of all sample aliquots

Vegetation Description: scattered hardwoods, med-lite density, cedars

6" layer organics over chat on fill side

Cross-Section (provide both horizontal and vertical measurements)

Aliquots @ 3, 12, 17, 24, 40   dk grey f to c. chat, clinker, coal (trace).   orig surface

depth to rock base
@ 12 = 18"
@ 24 = 17"

17'

24 ·    12'    3'

40'

? 50'

fill elev. = est. 18" chat cover over
base of LS from 0'-50'

**Legend:** 5 part composite.  time 0830 hrs.    AREA = 1.5' × 50 = 75 ft²
XRF  Pb = 5220 ppm.

Mark locations of all sample aliquots

Sampling Method: _Shovel_    Sample ID(s) _HRR-5_

Analysis Requested _6010B for Cd, Pb and Zn_    Volume: _8oz_   Laboratory: _EAL_

Comments: _cut/fill transect._

SEMO-006917
ASARCOSEMO00026936

*Appendix B*
*Field Sampling Forms and*
*Photographs*



HRR-5, Northeast along railroad.



HRR-5, Looking southwest, transect in foreground.

W:\bldch\projects\SF\San Co\AddWork\RR_Rp\RHR report photos.doc    B-9

NEWFIELDS

SEMO-006918
ASARCOSEMO00026937

SEMO-006919
ASARCOSEMO00026938

## Historical Railroads Ballast Characterization

Sampling Location: _HRR-6_    Date: _11/16/06_  _deh/lh/bg_

GPS _N. 37° 51' 55.940"_ and _W 90° 31' 01.082"_    _National_



Site Sketch (provide horizontal measurement if drawing is not to scale)

_Windy, cold_

Bright well PARK ball field.

chat berms

x?

manhole.

xsec

← 171'

sw.

Nat'l

water tower →

**Legend:**
pix No. 63 (2513) from ball field looking SE down RR to transect loc.

? = grade not visible

171' to fence
access rd.

Mark horizontal locations of all sample aliquots

Vegetation Description: _dense hardwoods & cedars, grass slopes, barren on grade, not used for vehicles, overgrown an obscured at SE end._

Cross-Section (provide both horizontal and vertical measurements)

Chat/rock.

comp —  6
        12
        17
        20
        23

24'

← veg →

sw    0    6    12    17    20    23    24'

Legend: XRF = 0850 hrs.
        time = 2440 Pb

1 ft chat here    47'

AREA of SECTION = 26 × 1 ft = 26 ft²

Mark locations of all sample aliquots

Sampling Method: _shovel, 5 part._    Sample ID(s) _HRR-6_

Analysis Requested _6010B for Cd, Pb and Zn_    Volume: _80z_  Laboratory: _EAL_

Comments: _end RR at ball field, no evidence remains to the NW._
_end RR @ water tower_

SEMO-006920
ASARCOSEMO00026939

*Appendix B*
*Field Sampling Forms and*
*Photographs*



HRR-6, From ball field looking southeast down railroad to transect location.

NEWFIELDS

SEMO-006921
ASARCOSEMO00026940

## Historical Railroads Ballast Characterization

Sampling Location: _HRR-7  (St Joe)_          Date: _11/16/06_

GPS _____ and _____          _N of Fed_

Site Sketch (provide horizontal measurement if drawing is not to scale)

Could not find track ballast in/around Shaw
Branch below trails dam.

Legend:

Mark horizontal locations of all sample aliquots

Vegetation Description: _____

_____

Cross-Section (provide both horizontal and vertical measurements)

Legend:

Mark locations of all sample aliquots

Sampling Method: _____     Sample ID(s) _____

Analysis Requested   _6010B for Cd, Pb and Zn_     Volume: _____  Laboratory: _EAL_

Comments: _____

_____

SEMO-006922
ASARCOSEMO00026941

## Historical Railroads Ballast Characterization

Sampling Location: _HRR-8    (St Joe)_    Date: _11/15/08._

GPS _N. 37°47'34.168"_ and _90°30'26.331'_                              _SW of Fed_

Site Sketch (provide horizontal measurement if drawing is not to scale)



Legend:
Pix No. 68 (2508)
   looks N.
   67 looks S. (2507)

Mark horizontal locations of all sample aliquots

Vegetation Description: _hardwood forest, same as Park.    No erosion, well veg._

Cross-Section (provide both horizontal and vertical measurements)

20" cut.

19'

W.                    E.
0    5'   10'   15

Aliquots.
Comp. {  5'  2" chat
        10'  12" +
        15   12" +
        19'  chat/soil mix
        0'   all soil

* _for ballast vol. calcs, use 12" X 10'_

Legend:  A part composite sample              AREA = 10 ft²
         XRF Pb conc. ≈ 4410
         TIME = 1530 hrs.

Mark locations of all sample aliquots

Sampling Method: _Shovel._                     Sample ID(s) _HRR-8_

Analysis Requested _6010B for Cd, Pb and Zn_     Volume: _8oz_  Laboratory: _EAL_

Comments: _cut only, very little chat, only used to seat ties._

SEMO-006923
ASARCOSEMO00026942

*Appendix B*
*Field Sampling Forms and*
*Photographs*



HRR-8, Looking north.



HRR-8, Looking south.

W:\rich\projects\StFran Co\AddWork\RR_Rp\RRR report photos.doc          B-14

NEWFIELDS

SEMO-006924
ASARCOSEMO00026943

## Historical Railroads Ballast Characterization

Sampling Location: _HRR-9  (St Joe)_   Date: _11/15/06_

GPS: _N. 37 46 19.434"_ and _W. 96 29 10.043'_   _rain._   _S of Fed toward DR_

Site Sketch (provide horizontal measurement if drawing is not to scale)



Vegetation Description: _St Joe Park hardwood forest, no erosion, 3" organics roots._

Cross-Section (provide both horizontal and vertical measurements)

Legend: _$X_{RF}$ = 448 ppm Pb._
_Time = 1600 hrs._

AREA = $(10 \times 6) + 2(7.5 \times 7) + (7.5 \times 3)$
= 60 + 52.5 + 45
= 157 ft²

Mark locations of all sample aliquots

Sampling Method: _Shovel_   Sample ID(s) _HRR-9_

Analysis Requested   _6010B for Cd, Pb and Zn_   Volume: _8oz_   Laboratory: _EAL_

Comments: _fill section.   cut section back to west._

SEMO-006925
ASARCOSEMO00026944

*Appendix B*
*Field Sampling Forms and*
*Photographs*



HRR-9, **Looking west.**



HRR-9, **Looking east.**

W:\nvfch\projects\StPmm Co\AddWork\RR_Rp\HRR report\photos.doc     B-16

NEWFIELDS

SEMO-006926
ASARCOSEMO00026945

## Historical Railroads Ballast Characterization

Sampling Location: _HRR-10_      Date: 11/14/06

N. GPS 37° 52'46.347" and 90° 35' 18.880" W.    Between LW + BT



Vegetation Description: RR overgrown w/hardwoods., oaks small. Sycamore max = 16"

DRH, BDG, JLH.

**Cross-Section (provide both horizontal and vertical measurements)**

① central thickness =
② thickness (height) @ toe = 7.5'
③ thickness @ 26' crest = 2.5'

**Legend:** SM- core of loam, silt orange brn, moist, no gravel, 60-70%...
GP- chert, some fines, coal, clinker., est thick 1ft overall
SM core cut from west hillside.

Mark locations of all sample aliquots

Sampling Method: Shovel/trowel      Sample ID(s) HRR-10

Analysis Requested  6010B for Cd, Pb and Zn    Volume: 1 oz.    Laboratory: EAL

Comments: Time = 1400 hrs.

SEMO-006927
ASARCOSEMO00026946

*Appendix B*
*Field Sampling Forms and*
*Photographs*



HRR-10, Looking north down rail.



HRR-10, Looking west.

\\Hitrichd\projects\SFran Co\AddWork\RR_Rpt\HRR report photos.doc    B-18

NEWFIELDS

SEMO-006928
ASARCOSEMO00026947

## Historical Railroads Ballast Characterization      DRH, LH, BG

Sampling Location: _HRR-11 (relocated)_      Date: _11/14/06_

GPS _N 37°51'17.976"_ and _W 90°33'29.428"_      _Between DL & LW_

Site Sketch (provide horizontal measurement if drawing is not to scale)



① cut face of RR grade, quarried for chat.

Vegetation Description: _tree'd RR grade, same as HRR-1; 3-5" organic layer ex ept used road surface, grass and moss on very stable side slopes, No rills/erosion of side slopes._

Cross-Section (provide both horizontal and vertical measurements)

Legend: XRF of Composite 3450 Pb.      AREA : 60 ft²
TIME = 1615                                        : 140 ft²
                                                          : 135 ft²
                                                          ‾‾‾‾‾‾‾
                                                        335 ft²

Mark locations of all sample aliquots

Sampling Method: _composite, 5 part_      Sample ID(s) _HRR-11_

Analysis Requested _6010B for Cd, Pb and Zn_      Volume: _8 oz_      Laboratory: _EAL_

Comments: _eroded end, cut by creek or mined for chat._

SEMO-006929
ASARCOSEMO00026948



HRR-11, Eroded end, sample location.



HRR-11, Transect for volume.

NEWFIELDS

SEMO-006930
ASARCOSEMO00026949



## Historical Railroads Ballast Characterization

Sampling Location: _HRR-12_                    Date: _11/16/06_

GPS N. _37° 50' 23.695"_ and W. _90° 32' 46.018"_

RM  DRH/LH/BG

Site Sketch (provide horizontal measurement if drawing is not to scale)

• P
LEAD Belt
Quarry
N

Xsec loc under power lines

Legend:
Pix No. 61 look (25|5)
down hill ESE
along RR

Pix No. 60 S down
long slope on (25|6)

• P    Powerline

Mark horizontal locations of all
sample aliquots

Vegetation Description: _Short slope barren, steep slope had vines brush, small trees, minimal soil development due to steep 40° slope_

Cross-Section (provide both horizontal and vertical measurements)

39'    48'
44'
b.
c.  ▲57'   ↑ 5'
22'  chat
36'  d.
e.
65'   ∡35°
SW   ∡40°
0

chat, minor clinker
5 part 22,36,44
48,57

Duplicate
HRR-12A
1000 hrs

a.    c.    b.

Legend: Sample time = 0950 hrs
XRF = 4010 ppm Pb

AREA = $(5 \times 8.3') + 45 + (12.5) +$
$(15 \times 12) + (14 \times 10) = 418 ft^2$
d.    e.

Mark locations of all sample aliquots

Sampling Method: _Shovel, 5 part Composite_          Sample ID(s)  _HRR-12_

Analysis Requested  _6010B for Cd, Pb and Zn_          Volume: _8 oz_  Laboratory: _EAL_

Comments: _Use this volume NW to Y in railroad, some large fill sections to NW as RR crosses the ridge, also cut sections but vol. approx._

SEMO-006931
ASARCOSEMO00026950

*Appendix B*
*Field Sampling Forms and*
*Photographs*



HRR-12, Looking downhill east southeast along railroad.



HRR-12, South down long slope on transect

NEWFIELDS

SEMO-006932
ASARCOSEMO00026951

## Historical Railroads Ballast Characterization

Sampling Location: __HRR-13  (St Joe)__          Date: __11/16/06__

GPS __37 48' 56.814"__  and __90. 28' 42.433" w.__          _E of Fed_

Site Sketch (provide horizontal measurement if drawing is not to scale)

Paved bike trail in St. Joe Park –

Legend:
by LARRY Hopkins
12/13/06
no pix

$$b = \sqrt{(c+a)(c-a)}$$

Mark horizontal locations of all sample aliquots

Vegetation Description:

Cross-Section (provide both horizontal and vertical measurements)

Ⓦ                    |← 13' →|                    Ⓔ

23'          34'

(23)                              (15')

7'

0                                              51'

Legend:   Volume =

Xsec Area = (13' x 7') + 76.7 + 46.4 = 214 ÷ 27 = 7.9 cy.

Mark locations of all sample aliquots

Sampling Method: __none__          Sample ID(s) __None__

Analysis Requested __6010B for Cd, Pb and Zn__     Volume: __∅__   Laboratory: __EAL__

Comments: _____

HRR-14

## Historical Railroads Ballast Characterization

Sampling Location: Bonne Terre chat pile          Date: 11/15/06

GPS N. 37° 55' 46.898" and W. 90° 33' 03.970"          11:16 am.

Site Sketch (provide horizontal measurement if drawing is not to scale)



Legend:

#69 pix (2504)
look south to
BT pile along RR

accen road to BT dump.

BT Chat pile

N.

X-sec→

200'

Mark horizontal locations of all sample aliquots

Vegetation Description: Cedars, thick. Long slope w/ vines, brush, well-rooted.
Chat top is traveled road (barren).

Cross-Section (provide both horizontal and vertical measurements)

5 part Composite
41' - soil
37' - clinker, coal chat
30' - chat
21' - w/clinker
11 - same

West

6.5'    11'    19'    30'    49'    2'    46    57'

30°    0    20    37    15°

Legend: Time 11:16 am.
XRF = 3480

APPROX. AREA    14 ft²
84 ft²
52 ft²
150 ft²

Mark locations of all sample aliquots

Sampling Method: shovel - 5 part          Sample ID(s): HRR-14
Analysis Requested    6010B for Cd, Pb and Zn     Volume: N.A.    Laboratory: EAL
Comments:    Section only

SEMO-006934
ASARCOSEMO00026953

*Appendix B*
*Field Sampling Forms and*
*Photographs*



HRR-14, Looking south to Bonne Terre pile along railroad.

NEWFIELDS

SEMO-006935
ASARCOSEMO00026954

SEMO-006936
ASARCOSEMO0028955



Figure A-1
Bonne Terre Area

SEMO-006942
ASARCOSEMO0026961



Figure A-7
Doe Run Area