# EXHIBIT 13C

Reproduced from the Unclassified / Declassified Holdings of the National Archives



BEFORE THE INTERSTATE COMMERCE COMMISSION

APPLICATION OF MISSOURI SOUTHERN RAILROAD COMPANY UNDER
PARAGRAPHS (18) TO (21) INCLUSIVE, SECTION 1 OF THE INTER-
STATE COMMERCE ACT, FOR A CERTIFICATE THAT THE PRESENT AND
FUTURE PUBLIC CONVENIENCE AND NECESSITY PERMIT OF THE
ABANDONMENT BY THE APPLICANT OF ITS ENTIRE LINE OF RAIL-
ROAD WHICH EXTENDS FROM LEEPER, MO., TO BUNKER, MO.

To the Interstate Commerce Commission:

Your applicant respectfully shows:

(a) The exact corporate name of applicant is Missouri
Southern Railroad Company.

(b) Applicant is a carrier engaged in the transportation
of persons and property by railroad subject to the Interstate
Commerce Act.

(c) The line proposed to be abandoned is the entire line
of the Missouri Southern Railroad which extends from Leeper
to Bunker, a distance of fifty-three and eight-tenths (53.8)
miles, all in Wayne and Reynolds counties, Missouri.

(d) Applicant proposes to abandon the line itself.

(e) The reasons, briefly stated, why the abandonment
should be authorized are as follows: The present and prospec-
tive volume of traffic over the line does not justify its
continued operation. The gross revenues of the applicant for
the past five years have been far less than its current costs
of operation and taxes. The physical condition of the line is
such that heavy replacements of ties and repairs of bridges
must be made immediately if it is to remain in operation for

ASARCOSEMO00032104

- 2 -

longer than a few months, and applicant is without the
means to make such repairs or the credit necessary to
obtain funds for such purposes. Applicant believes that
on or about February 1, 1941, its cash resources will be
completely exhausted and that it will be without available
funds with which to meet payrolls or to cover the other
immediate cash requirements incident to the continuance
of operations, hence that operations will have to cease .

(f) The name, title and postoffice address of the
officer of the applicant to whom correspondence in regard
to this application should be addressed is

Jules A. Fremon, Secretary

Leeper, Missouri

(g) Applicant was organized under the laws of the
State of Missouri and operates only in Missouri.

(h) The making and filing of this application was
authorized by a resolution adopted by applicant's Board
of Directors at a meeting held on the 19th day of
December, 1940, at Leeper, Missouri.

(j) There is attached hereto, and to each copy hereof,
a map showing the location of the line proposed to be
abandoned. Three unbound copies of said map also are sub-
mitted with this application.

Respectfully submitted,

MISSOURI SOUTHERN RAILROAD COMPANY

Leeper, Mo.,
December 20, 1940

Its President.

Reproduced from the Unclassified / Declassified Holdings of the National Archives

ASARCOSEMO00032105

- 3 -

State of Missouri)
            )ss
County of Wayne )

        Herman A. Radtke makes oath and says that he
is President of Missouri Southern Railroad Company; that he
has carefully examined each and all of the statements con-
tained in the foregoing application; that they are true and
correct to the best of his knowledge and belief; that the
foregoing application is made with the approval and at the
direction of the Board of Directors of said applicant, as
appears by a resolution adopted by said Board of Directors
at a meeting held at Leeper, Missouri, on the 19th day of
December, 1940; and that he is the person who has been
authorized by said Board to verify and file this applica-
tion.

                        *Herman A. Radtke*

    Subscribed and sworn to before me, a notary public in
and for the state and county above named, this 20th day of
December, 1940.  My commission expires April 29, 1942.

                        *A. M. Fulton*
                          Notary Public.

Reproduced from the Unclassified / Declassified Holdings of the National Archives

ASARCOSEMO00032106

EPRODUCED AT THE NATIONAL ARCHIVES



ASARCOSEMO00032107



MISSOURI SOUTHERN RAILROAD

Scale: 1 inch - 8 miles

Proposed Abandonment

(Southeastern Missouri)

REPRODUCED AT THE NATIONAL ARCHIVES

ASARCOSEMO00032108



HIGHWAYS IN TERRITORY
SERVED BY
MISSOURI SOUTHERN RAILROAD

ASARCOSEMO00032109

Reproduced from the Unclassified / Declassified Holdings of the National Archives

F-13131

RETURN TO QUESTIONNAIRE

ASARCOSEMO00032110

FILED

BEFORE THE INTERSTATE COMMERCE COMMISSION

JAN 22 1941

APPLICATION OF MISSOURI SOUTHERN RAILROAD COMPANY, UNDER
PARAGRAPHS (18) TO (21) INCLUSIVE, SECTION 1 OF THE INTER-
STATE COMMERCE ACT, FOR A CARTIFICATE THAT THE PRESENT AND SON
FUTURE PUBLIC CONVENIENCE AND NECESSITY PERMIT OF THE
ABANDONMENT BY THE APPLICANT OF ITS ENTIRE LINE OF RAIL-
ROAD, WHICH EXTENDS FROM LEEPER, MO., TO BUNKER, MO.

Finance Docket No. 13131

RETURN TO QUESTIONNAIRE

The Missouri Southern Railroad Company, having made
application to the Interstate Commerce Commission under
paragraph (18) of Section 1 of the Interstate Commerce Act,
as amended, for a certificate that the present and future
public convenience and necessity permit of the abandonment
by the applicant of the entire line of the Missouri Southern
Railroad  which extends from Leeper to Bunker, a distance of
fifty-three and eight-tenths (53.8) miles, all in Wayne and
Reynolds counties, Missouri, which application is filed in
the office of the Commission in Finance Docket No. 13131,
hereby affirms that the notice of the application has been
published in the form prescribed by the Commission, at least
once during each of three consecutive weeks, in the follow-
ing newspapers:

Wayne County Journal-Banner   Beginning January 2, 1941
Ellington Press               Beginning January 2, 1941;

that said newspapers are of general circulation in each of
the following counties of the states named:

State: MISSOURI,   Counties: WAYNE and REYNOLDS,

which are all of the states and counties in which the line
of railroad proposed to be abandoned is situated; and the
identified newspaper clippings hereto attached, marked
EXHIBIT A, contain true copies of the notices as published
in said newspapers.

The applicant also submits the following information
required by the Commission:

Reproduced from the Unclassified / Declassified Holdings of the National Archives

ASARCOSEMO00032111

- 2 -

1. Q. When, by whom, and for what purpose the line
was constructed, and its proprietary history.

A. The line/constructed by the applicant in
several sections, as follows; Leeper to Garwood, 9.9 miles,
1884-1886; Garwood to Ruble, 8.4 miles, 1892-1894; Ruble to
Ellington, 10.6 miles, 1895-1897; Ellington to Reynolds,
15.1 miles, 1900-1901; and Reynolds to Bunker, 9.8 miles,
1907-1908.

The entire line was constructed for the purpose of
transporting forest products originated on the line.

2. Q. The investment cost of the line as shown by the
applicant's books, stated as nearly as possible according to
the primary accounts prescribed by the Commission.

A. The investment cost of the line is unknown.  In
the report of the Commission fixing the valuation of the
property of Missouri Southern Railroad Company as of June 30,
1914, it was stated, "The original cost to date of the pro-
perty of the carrier can not be ascertained owing to the
inadequacy of the records".(114 ICC Reports, page 795-798).

Applicant estimates the investment cost to be as follows,
such estimate being based upon studies made in connection with
the compilation of valuation data:

| | | |
|---|---|---:|
| 1 | Engineering | $ 25,798 |
| 2 | Land for transportation purposes | 33,405 |
| 3 | Grading | 220,143 |
| 6 | Bridges, trestles and culverts | 37,050 |
| 8 | Ties | 23,851 |
| 9 | Rails | 181,053 |
| 10 | Other track material | 28,755 |
| 11 | Ballast | 36,867 |
| 12 | Tracklaying and surfacing | 25,896 |
| 13 | Right of way fences | 5,668 |
| 16 | Station and office buildings | 8,808 |
| 17 | Roadway buildings | 1,595 |
| 18 | Water stations | 1,613 |
| 19 | Fuel stations | 573 |
| 20 | Shops and enginehouses | 9,961 |
| 26 | Telegraph and telephone line | 4,188 |
| 35 | Miscellaneous structures | 1,590 |
| 37 | Roadway machines | 7,739 |
| 38 | Roadway small tools | 2,343 |
| 44 | Shop machinery | 22,583 |
| 45 | Power machinery | 968 |
| 71 | Organization expenses | 350 |
| 76 | Interest during construction | 31,516 |
| | Total | 712,513 |

Reproduced from the Unclassified / Declassified Holdings of the National Archives

- 3 -

3. Q. A copy of the applicant's general balance sheet of the latest date available, and a copy of the applicant's income account for each of the last five calendar years, and for that portion of the current year for which the information is available.

A. Copy of applicant's general balance sheet as of November 30, 1940, is hereto attached, marked EXHIBIT B.

Copy of applicant's income account for the calendar years 1935 to 1939, inclusive, and for the period January 1, to November 30, 1940 is hereto attached, marked EXHIBIT C.

4. Q. The main physical characteristics of the line as to ruling grades, curvature, weight of rail, and state of maintenance.

A. The main physical characteristics of the line are as follows;

Ruling grades, Eastbound 2.76%, Westbound 3.5%.
Number of curves 154.
Maximum degree of curvature  14 degrees 30 minutes.
Weight of rail  60 lbs per yard.
Number of steel bridges  1.  Length 133 feet.
Number of timber trestles  63.

The country traversed by the line is rough and hilly to mountainous.  Reynolds county, in which most of the line is situated, is "as a whole, one of the most thoroughly dissected counties of the state" of Missouri. (Soil survey of Reynolds County, Missouri - U. S. Department of Agriculture, Bureau of Soils, 1918).  Bunker, the western terminus of the line, is 955 feet above Leeper, the eastern terminus, but due to three major summits in the line and intervening valleys, the sum of ascents Leeper to Bunker is 2,001 feet, while ascents aggregating 1,001 feet must be overcome from Bunker to Leeper.

Due to under-maintenance for a number of years, the line is in such physical condition that it can be operated only by restricting the speed of freight trains to average of twelve miles per hour, it being necessary to reduce speed to five miles per hour over many stretches of the line.  The state of maintenance is indicated by the tie renewals over the last 20 years, during which period substantially the same mileage has been maintained:

| 5-year period | Average number of ties replaced annually |
|---|---|
| 1921-1925 | 17,306 |
| 1926-1930 | 12,159 |
| 1931-1935 | 11,196 |
| 1936-1940 | 5,621 |

Reproduced from the Unclassified / Declassified Holdings of the National Archives

ASARCOSEMO00032113

– 4 –

All cross ties and switch ties in track are untreated
white oak.  There being approximately 3,000 ties per mile
in the main line, or about 160,000 total, the percentage of
replacements during the last five years have been at the
average rate of 3.5% annually, whereas proper replacement
of untreated white oak should be at the rate of 12.5%
annually.  This calculation assumes, moreover, that all of
the replacements were made in the main line and none in side
tracks, although in fact very few ties were replaced in side
tracks.  Replacements for the two prior 5-year periods also
were considerably below the rate necessary for proper main-
tenance.  Applicant estimates that to put the line into
condition for reasonably safe operation will require the
replacement of 81,000 ties in the main line and 3,000 ties
in side tracks.

The condition of the 63 timber trestles in the line is
such that practically every one of them requires immediate
major replacements and most of them require complete rebuild-
ing.

There is attached hereto a memorandum marked EXHIBIT D,
which shows in detail a minimum maintenance budget.  As in-
dicated by this memorandum, applicant estimates that the sum
of **$81,337** will have to be expended for material and labor
to put the line in reasonably safe operating condition.

5. Q.  The estimated salvage value of the line, with a
general statement of the basis of the estimate.

A.  The estimated net salvage value of the line is
$103,000.  This estimate contemplates the recovery of 6,000
gross tons of re-rolling and scrap steel rails, valued at
$15.00 per gross ton, 700 gross tons of miscellaneous steel
scrap at $10.00 per gross ton, $1,000 from sale of shop
machinery and other equipment, and $5,000 from the sale of
real estate.

6. Q.  The names of all railroads with which the line
connects for interchange of traffic and the points of
such interchange.

A.  The line connects only with the Missouri Pacific
Railroad at Leeper, Missouri.

Reproduced from the Unclassified / Declassified Holdings of the National Archives.

ASARCOSEMO00032114

- 5 -

7. Q. A brief description of the present train service on the line, and of important changes in the past five years.

A. Train service on the line consists of irregular freight train service as required to handle carload traffic, averaging two round trips weekly, while passengers, mail and express are carried by a Diesel-powered motor car which makes one round trip daily and Sunday. Less-carload freight also is carried by this motor car. During about eight calendar months of the year, the motor car makes an extra trip, Leeper to Ellington and return, on the days that the Ellington high school is in session, for transportation of pupils to and from Ellington. There has been no change in train service during the last five years except that the number of freight trains operated has been reduced about one-third.

8. Q. The names of all stations on the line, stated in order with milepost numbers, with the approximate population of each, and the authority for the information, showing for each place the names of all other railroads by which it is served, or its distance by highway from the nearest other railroad. Distinguish non-agency stations.

A. The names of all stations on the line, with the population of each place as shown by the 1940 census where available, otherwise estimated by applicant, and distance by highway from the nearest other railroad, are as follows:

| Milepost | Name | Population | Distance from nearest other RR(Miles) |
|---|---|---|---|
| 0 | Leeper, Mo. | 204 | 0 |
| 5.3 | *Raymond, Mo. | 10# | 5 |
| 9.9 | *Garwood, Mo. | 20# | 12 |
| 18.5 | *Ruble, Mo. | 30# | 23 |
| 28.9 | Ellington, Mo. | 850 | 31 |
| 42.6 | *Corridon, Mo. | 45# | 31 |
| 44 | *Reynolds, Mo. | 160 | 30 |
| 53.8 | Bunker, Mo. | 530 | 29 |

*Non-agency station
#Estimated by applicant.

Leeper is served by Missouri Pacific railroad. Distances shown from other stations except Bunker are from points on Missouri Pacific. From Bunker, nearest railroad is Frisco.

9. Q. The approximate population of the territory served by the line, explaining how the limits of this territory are defined.

A. The approximate population of the territory served is 7,000. This estimate is based upon the 1940 census and includes the territory within five miles on both sides of the line.

Reproduced from the Unclassified / Declassified Holdings of the National Archives

ASARCOSEMO00032115

– 6 –

10. Q. A detailed statement of the location and nature of the highways available for the movement of the traffic now handled by the line, and of the common carrier truck and bus service on such highways, if any.

A. There is attached hereto marked EXHIBIT E, a map which shows the location and nature of the highways available for the movement of traffic now handled by the line.

The line is substantially paralelled throughout its entire length by Missouri State highways Nos. 34, 21 and 72. These highways are important "through" units of the state highway system, giving access by connections with other federal and state highways in all directions and to all sections of the state and other states. All points on the line having a population of 50 or more are directly served by one of these highways, viz: Leeper on highway 34, Ellington on highway 21, and Reynolds and Bunker on highway 72.

In addition to the state "through" highway system, the territory served by applicant's line is well supplied with supplementary and local highways. All such highways that are shown on the map above referred to are graded and gravel-surfaced, being known as "all weather" roads. Every point served by applicant's line at which there is any permanent population, and which is not on one of the trunk highways, is directly served by one of these supplementary roads.

The following listed common carrier truck lines are authorized to operate and handle general traffic in the territory served by applicant's line:

Dodson Truck Line – Mo. State certificate T-2063
   Operates through Leeper and Garwood

Lupkey Supreme Service – Mo. State certificate T-2935
   Operates through Leeper and Ellington

Roy Massie – Mo. State certificate T-969
   Operates through Ruble and Ellington

Black River Express – Mo. State certificate T-1143
   Operates through Ellington, Reynolds and Bunker

J. A. Wollard – Mo. State certificate T-300
   Operates through Ellington

In addition to authorized common carrier trucks operating over regular routes, Missouri laws permit the issuance of certificates which authorize operations over irregular routes, either as common carriers or contract carriers, and in many instances such certificates have virtually state-wide application. Many trucks operating under certificates of this character provide service in the territory served by applicant's line, but applicant is unable to furnish the names of such truck operators.

Reproduced from the Unclassified / Declassified Holdings of the National Archives

ASARCOSEMO00032116

- 7 -

In addition to the foregoing regularly authorized truck lines, at least ten other persons or companies regularly perform limited trucking service in the territory, such as inbound flour, feed, cement and other heavy commodities, and outbound lumber, ties, staves and live stock, but applicant does not know whether such service is in any instance authorized by law.

Applicant believes that at least 75% of the inbound merchandise tonnage is delivered in the territory directly by trucks owned by the wholesale distributors. More than 50% of the gasoline used in the territory is brought in by dealer-owned trucks directly from the refineries.

Willie Wallen, a certificated bus carrier under certificate No. 97, provides double daily passenger service between Ellington and St. Louis over highway 21. This is the only authorized bus carrier operating in the territory, but a limited service also is furnished by the Wallen line from Reynolds and Bunker in connection with a mail route operated by that company under which a limited number of passengers may be carried without certificate.

11. Q. The nature of the industries in the tributary territory (such as farming, mining, lumbering, manufacturing, etc.), how long established and the extent to which each is dependent upon the line for transportation. State location and other facts concerning the most important plants served.

A. In so far as traffic is produced for the line, the only industry in the territory is the manufacture of forest products. The only manufacturing plants on the line are a small sawmill at Bunker, a charcoal manufacturing plant at Reynolds, a small planing mill and a stave mill at Ellington, and a handle factory at Ruble. The operator of the sawmill at Bunker has informed applicant that it is immaterial to him whether the railroad remains in service; neither the planer or the stave mill at Ellington has shipped any tonnage over applicant's line during the last two years; the handle factory shipped two carloads in 1940, the greater part of its output moving as LCL shipments; and the charcoal manufacturing plant shipped 17 carloads in 1939 and 18 carloads in 1940.

During the last five years the principal originated tonnage has been hewn railroad ties which are purchased by dealers from the tie-makers at buying yards located at various points on the railroad. Most of this tonnage, as well as other forest products, now moves out of the territory by truck.

Reproduced from the Unclassified / Declassified Holdings of the National Archives

ASARCOSEMO00032117

- 8 -

12. Q. The passenger traffic handled by the line in each of the last five calendar years, giving separately the number of local and connecting line passengers (if the latter designation is applicable) and the revenues from each class.

A. The passenger traffic handled by the line in each of the last five calendar years, all of which was local to applicant's line, was as follows:

| Year | Number of Passengers | Revenue |
|------|---------------------|---------|
| 1936 | 6,078 | $2,175 |
| 1937 | 5,518 | 2,020 |
| 1938 | 4,416 | 1,547 |
| 1939 | 8,628 (a) | 2,428 |
| 1940 | 14,861 (b) | ~~2,552~~ 3,252 |

(a) Includes 3,808 children handled under contract with school board for flat charge of $200 per month, leaving 4,820 "regular" passengers.

(b) Includes 10,681 children handled under contract with school board for flat charge of $200 per month, leaving 4,180 "regular" passengers.

13. Q. The freight tonnage handled by the line in each of the last five calendar years, showing the number of cars and the tonnage of carload freight, classified by principal commodities, and the tonnage of less-than-carload freight. Show in separate statements (a) local freight originated at and destined to points on the line, (b) freight moved between points on the line and points beyond it, and (c) freight neither originated at nor destined to points on the line (overhead or bridge traffic).

A. (a) Local freight originated at and destined to points on the line during the last five calendar years:

| Year | CARLOADS Commodity | Cars | Tons | LESS CARLOADS Tons |
|------|--------------------|------|------|--------------------|
| 1936 | Rough Material | 15 | 639 | 53 |
| 1937 | Rough Material | 3 | 108 | 29 |
| 1938 | Rough Material | 1 | 28 | 18 |
| 1939 | Rough Material | 1 | 44 | 7 |
| 1940 | none | | | 6 |

All rough material tonnage was timber (logs, bolts, etc) for further manufacture and re-shipment.

Reproduced from the Unclassified / Declassified Holdings of the National Archives

ASARCOSEMO00032118

- 9 -

A. (b) Freight moved between points on the line and points beyond it during the last five calendar years;

NOTE: For detailed statement of commodities, see attached memorandum marked EXHIBIT F.

CARLOAD FREIGHT

| Year | Originated on Line | | Rec'd from connecting lines | | Total | |
|------|------|------|------|------|------|------|
| | Cars | Tons | Cars | Tons | Cars | Tons |
| 1936 | 973 | 27,113 | 190 | 4,666 | 1,179 | 32,425 |
| 1937 | 1,034 | 31,340 | 193 | 4,597 | 1,230 | 36,045 |
| 1938 | 522 | 15,342 | 185 | 4,829 | 708 | 20,199 |
| 1939 | 705 | 23,151 | 187 | 4,835 | 883 | 28,030 |
| 1940 | 384 | 14,528 | 95 | 2,579 | 479 | 17,107 |

LESS-CARLOAD-FREIGHT (Tons)

| Year | Originated on Line | Received from connecting lines | Total |
|------|------|------|------|
| 1936 | 153 | 601 | 800 |
| 1937 | 146 | 518 | 693 |
| 1938 | 114 | 443 | 557 |
| 1939 | 109 | 428 | 544 |
| 1940 | 99 | 485 | 590 |

A. (c) No overhead or bridge traffic is handled by the line.

14. Q. (1) If the line to be abandoned is less than the entire mileage operated by the applicant, a statement showing the effect of the proposed abandonment on the net railway operating income of the applicant.
(2) If the applicant's line is operated as part of a system under common control and management, a statement for the same period required in paragraph (1) showing the effect of the proposed abandonment on the net railway operating income of the system or unit members thereof.

A. (1) The line proposed to be abandoned is the entire mileage operated by the applicant.

A. (2) The applicant's line is not operated as part of a system under common control and management.

Reproduced from the Unclassified / Declassified Holdings of the National Archives

ASARCOSEMO00032119

- 10 -

15. Q. If the volume of freight or passenger traffic of the line has decreased during recent years, any reasons therefor.

A. During the last 30 years, applicant's line has served substantially the same territory as it now serves, with exactly the same main line mileage, but with greater average total mileage during the last ten years than that operated in the earlier periods. Freight tonnage handled by the line during the 30 years was as follows;

| 10-year period (years inclusive) | Average tons of Forest Products originated per year. | Average Total Tons handled per year. |
|---|---|---|
| 1911 to 1920 | 98,329 | 109,228 |
| 1921 to 1930 | 51,096 | 62,993 |
| 1931 to 1940 | 21,035 | 31,089 |

The principal reason for the reduction of tonnage is the exhaustion of the timber resources in the territory served by the line, aggravated during recent years by loss of tonnage to trucks. For the three years, 1938, 1939 and 1940, average tonnage of forest products originated was 17,225 tons, and total tonnage handled was ~~22,393~~ per year. 22,377

In 1929 this applicant was granted authority to construct a 15-mile branch line (150 ICC 338), at which time the following representations were made, as reported by the Commission;

"The applicant states that the continued operation of its main line is contingent upon the construction and operation of the proposed extension, as the timber adjacent to the main line is depleted to the extent that it alone is not sufficient to support the railroad, and agricultural development has not advanced to the state necessary to produce revenue sufficient to replace the revenue formerly derived from the forest products traffic. It is anticipated that during the period of lumbering operations on the proposed extension the agricultural, dairying, stock raising and fruit growing industries along the line will develop sufficiently to make it self-supporting and permit of permanent operation".

The branch line was constructed and placed in operation in 1929, but the anticipated results were not realized, and the branch line has been abandoned for lack of tonnage in sufficient volume to justify its continued operation. (233 ICC 597 and 238 ICC 563).

Applicant's revenues from the transportation of agricultural products, instead of increasing since 1929, have practically ceased altogether.

Reproduced from the Unclassified / Declassified Holdings of the National Archives

ASARCOSEMO00032120

- 11 -

During the last ten years the proportion of the meager tonnage available in the territory which has been handled by the applicant has grown smaller each succeeding year, due to truck competition. This refers not only to "merchandise" LCL traffic, but also lumber, ties, cooperage material, and live stock, outbound, and flour, feed, cement, and other similar commodities, inbound. Applicant handled only two carloads of live stock (cattle) during all of the last three calendar years. Applicant believes that at least 75% of the less-than-carload traffic and at least 50% of the carload traffic into and out of the territory served by applicant's line, is carried by trucks.

During the last ten years, passenger traffic handled by the line has progressively diminished, due principally to the use of private automobiles over the vastly increased mileage of improved highways, so that at this time such traffic is negligible. During the 5-year period, 1916 to 1920, applicant carried an average of 23,776 passengers annually. During the 5-year period, 1936 to 1940, average number of passengers carried, excluding school pupils, was 5,003 annually, and of this number approximately one-third were CCC camp enrolees or other persons traveling on government orders.

16. **Q.** If the line is operated as a joint facility, and abandonment of the applicant's operation is proposed, state fully the facts as to operation by others and the extent to which it will supply the place of the operation it is proposed to be abandoned.

A. The line is not operated as a joint facility.

17. Q. State what effort has been made to dispose of the line so as to assure its continued operation, and what, if any transportation service will remain or may be substituted for that proposed to be abandoned.

A. Several attempts have been made in past years to dispose of applicant's railroad by sale or lease to the Missouri Pacific, without success. In the pending Missouri Pacific Reorganization proceeding, Finance Docket No. 9918, the Commission dismissed a petition filed therein by this applicant which prayed for an order which would require the new Missouri Pacific company to take over applicant's line by purchase or lease. No other attempts have been made to dispose of the line.

No rail transportation service will remain in the territory served when the line is abandoned (except as to Leeper), but common carrier and contract truck service and bus service already established and in operation in the territory is ample to handle all of the traffic which currently is being handled by applicant's line.

Reproduced from the Unclassified / Declassified Holdings of the National Archives

- 12 -

18. Q. A summary statement of the reasons for the application.

A. The line was originally constructed for the purpose of transporting forest products originated in the territory served, and throughout its existence that traffic has been the source of its principal revenue. The timber resources of the territory are now depleted to the extent that revenue from tonnage produced therefrom is insufficient to support the line. During recent years, revenues have been further reduced by the loss of traffic to trucks, but even if there were no such diversion, the total tonnage available in the territory still would be insufficient to warrant continued operation of the line.

As shown by the income account submitted herewith, for the five years and 11 months reported there was a net railway operating deficit of $9,546; for the years 1938, 1939, and 11 months of 1940, net railway operating deficit was $10,151, and for 11 months of 1940 it amounted to $11,973. Net corporate deficit for the five years and 11 months was $39,951, and for 11 months of 1940, $16,223. All of these results would have been far worse if during the period the property had been adequately maintained, instead of which, the physical condition of the line was of necessity permitted to deteriorate until it will now require an expenditure of approximately $80,000 to restore it to a reasonably safe operating condition.

Applicant's cash resources are substantially exhausted. It has no credit with which to procure funds for immediately required maintenance expenditures, or to cover additional operating losses, and the outlook is such that there is no hope of the property becoming self-supporting so as to warrant or justify a continuance of such losses.

No hearing on this application is desired by the applicant.

Respectfully submitted,

MISSOURI SOUTHERN RAILROAD COMPANY

By _____
                    Its Vice President.

Leeper, Missouri

January 20, 1941

Reproduced from the Unclassified / Declassified Holdings of the National Archives

ASARCOSEMO00032122

- 13 -

State of Missouri)
                 )ss
County of Wayne  )

JULES A. FREMON makes oath and says that he is the Vice President of the Missouri Southern Railroad Company, applicant herein; that he has been authorized by proper corporate action on the part of said applicant to verify and file with the Interstate Commerce Commission the foregoing return to questionnaire of said Commission in respect of the application in Finance Docket No. 13131; that he has carefully examined all of the statements referred to in said return and the exhibits attached thereto and made a part thereof; that he has knowledge of the matters set forth in such return and that all such statements made and matters set forth therein are true and correct to the best of his knowledge, information and belief.

Subscribed and sworn to before me, a Notary Public in and for the State and County above named, this 20th day of January, 1941.

My commission expires April 29, 1942.

_____
Notary Public

Reproduced from the Unclassified / Declassified Holdings of the National Archives

ASARCOSEMO00032123

Reproduced from the Unclassified / Declassified Holdings of the National Archives

C O R R E S P O N D E N C E

ASARCOSEMO00032124

G. O. 453

JAN 11 '41   893679

# STANDARD OIL COMPANY

(INDIANA)

L. R. COWLES,
TRAFFIC MANAGER

R. W. FYFE,
ASS'T TRAFFIC MANAGER

910 SOUTH MICHIGAN AVENUE

FINANCE DOCKET

JAN 17 1941

13131

CHICAGO, ILL.   Jan. 9, 1941

FILE 172-141.

SUBJECT

Mr. W. P. Bartel, Sec'y.,
Interstate Commerce Commission,
Washington, D.C.

INTERSTATE
COMMERCE COMMISSION
RECEIVED

JAN 11 1941

SECTION OF
MAILS AND FILES

Dear Sir:

The Missouri Southern Railroad has asked the Commission in Finance Docket No. 13131 for authority to abandon its entire line which extends from Leeper to Bunker, Missouri.

This Company has a bulk station located at Ellington, Missouri, which would be left without rail service should this authority be granted.

Due to this interest, please list the name of this Company to receive all future notices, orders and decisions as may be entered in this proceeding.

Respectfully,

R. W. Fyfe

RWF:AHS.

Reproduced from the Unclassified / Declassified Holdings of the National Archives

ASARCOSEMO00032125

JAN 21 '41   897997

# Missouri Charcoal Company

### 228 NORTH LA SALLE STREET
### CHICAGO, ILLINOIS

TELEPHONE
RANDOLPH
7342

PLANT AND KILNS
REYNOLDS, MISSOURI

FINANCE DOCKET
JAN 24 1941
13131

Jan. 17, 1941.

INTERSTATE
COMMERCE COMMISSION
RECEIVED
JAN 21 1941
SECTION OF
MAILS AND FILES

W. T. BARTELL, Secretary,
Interstate Commerce Commission,
Washington, D.C.

Dear Mr. Bartell:

May we invite your attention to Finance Docket 13084, relative to the Missouri Southern Railroad.

We now understand they have filed a petition with the Commission for permission to junk the entire railroad, a distance of 53.8 miles.

As explained in my letter of November 13th, our plant is located about mid-way between the towns of Ellington, Mo. and Bunker, Mo., at Reynolds, on the line of the Missouri Southern Railroad.

It is my desire to file with the Interstate Commerce Commission a protest objecting to the removal or abandonment of this line of railroad.

Will you please consider this a protest in this case, in line with the second paragraph of your letter of November 15th, and greatly oblige.

Yours very truly,

Missouri Charcoal Co.,

R. Kewley
President.

Reproduced from the Unclassified / Declassified Holdings of the National Archives

ASARCOSEMO00032126

DEC 23'40   886222

## MISSOURI SOUTHERN RAILROAD COMPANY
### LEEPER, MISSOURI



HERMAN A. RADTKE
PRESIDENT

December 20, 1940

DEC 27 1940
13131

Interstate Commerce Commission
Washington, D. C.

Gentlemen:

Herewith the application of this company for a certificate which will permit the company to abandon its entire line of railroad which extends from Leeper, Mo., to Bunker, Mo.

Nine copies of the application and three unbound copies of a situation map, also are transmitted herewith.

As stated in the application, the applicant believes that within a short time, or about February 1, 1941, its cash resources will be completely exhausted, so that it will be unable to continue operations longer than for such indicated limited time. It is therefore earnestly requested that the handling of this application be expedited as much as possible, so that if possible, a decision will be had before it becomes necessary for the company to cease operations.

On this date the applicant company has requested permission to withdraw its previously filed application in Finance Docket No. 13084 for a certificate authorizing the abandonment of a portion of its line extending from Ellington, Mo. to Bunker, Mo., and has requested the Commission to dismiss that application.

Very truly yours,

President.

Reproduced from the Unclassified / Declassified Holdings of the National Archives

Reproduced from the Unclassified / Declassified Holdings of the National Archives

MISSOURI SOUTHERN RAILROAD COMPANY   FILED

GENERAL OFFICES
LEEPER, MISSOURI

JULES A. FREMON,
VICE PRESIDENT

JAN 22 1941

January 21, 1941                    INTERSTATE
Finance Docket No. 13131 COMMISSION

Mr. W. P. Bartel, Secretary
Interstate Commerce Commission
Washington, D. C.

INTERSTATE
COMMERCE COMMISSION
JAN 22 1941
R MAILS AND FILES

Dear Sir:

       Herewith this company's return to the
questionnaire of the Commission in the above-
numbered proceeding, together with nine copies
of said return.

FINANCE DOCKET
JAN 27 1941
13131

       In submitting the above data, I wish
respectfully to repeat the request made in our
letter dated December 20, 1940, transmitting the
application herein, that the handling of this
matter be expedited in the greatest possible degree.

       As shown by the income statement which
is included in the return as Schedule C, for the
11 months' period, January 1 to November 30, 1940,
the applicant sustained a net operating deficit
of $11,973, and for the same period a net corpor-
ate deficit of $16,223. When it is realized that
total operating revenues for the period amounted
to only $33,624, it is apparent that these results
are absolutely disastrous, and that the company
can continue operations on this basis for only
a very short time longer.

       If a hearing must be held by the Commis-
sion on this application, which I understand is
mandatory if any protests are filed, it is earnest-
ly requested that such hearing be had at the
earliest practicable date.

Very truly yours,

Vice President.

Rec'd 1/22/41
pc.

ASARCOSEMO00032128

ASARCOSEMO00032129