# EXHIBIT 13D

| ZTS TRK. NO. NAME | CONTRACT NO. |
|---|---|
| GLOVER, MO. | YARD 07 |
| 810 DOE RUN CO | |
| 811 VACANT | |
| 812 OZARK LEAD/ASARCO LOADS | |
| 813 OZARK LEAD/ASARCO MTYS | |
| 851 UNKNOWN | |
| 852 UNKNOWN | |
| 853 UNKNOWN | |
| 854 UNKNOWN | |
| 855 UNKNOWN | |
| 856 UNKNOWN | |

| ZTS TRK. NO. NAME | CONTRACT NO. |
|---|---|
| TIP TOP, MO. | YARD 07 |
| 136 PASSING TRK | |
| | |
| MIDDLEBROOK, MO. | YARD 07 |
| 134 PASSING TRK (O.O.S.) | |

| ZTS TRK. NO. NAME | CONTRACT NO. |
|---|---|
| IRON MOUNTAIN, MO. | YARD 07 |
| 801 IRON MT. TRAP ROCK COMPANY | 226100 |
| 803 IRON MT. TRAP ROCK COMPANY | 226100 |
| 804 IRON MT. TRAP ROCK COMPANY | 226100 |
| 805 IRON MT. TRAP ROCK COMPANY | 226100 |
| 806 IRON MT. TRAP ROCK COMPANY | |

