Case: 4:11-cv-00864-JAR   Doc. #: 221-19   Filed: 07/16/14   Page: 1 of 10 PageID #: 6852

# EXHIBIT 13F

**9999   01219001814**

|  | CCMS COVERSHEET |
|---|---|
| AUDIT NUMBER | CA69407 |
| DATE OF AGREEMENT | |
| PARTY NAME | ASARCO INCORPORATED |
| TYPE OF AGREEMENT | 408 |
| LOCATION | GLOVER    MO |
| CIRC7 FROM | X 099 |
| MILEPOST FROM | 98.37 |
| BOX NUMBER | 1219 - 0018 |
| BATCH NUMBER | 2 |

UPRR-000468

St. Louis - June 24, 1976

JB- Track: Industrial: TEX-HOUSTON
    ASARCO INC

cc: Track: Industrial: TEX-NUECES
    ASARCO INC

    Pipe Line: VARIOUS: Asarco Inc

    Wire Lines: ASARCO INC: Various

    Facility: HOUSTON TEX: MK Yard

Manager-Receivables Accounting
Room 764

    Reference is made to the following agreements, now in effect with American Smelting and Refining Company:

1. C-4462 dated 2-25-02, covering viaduct over tracks and right-of-way, at Pueblo, Colorado;

2. CA-61636 dated 5-19-66, covering access roadway, etc., at Houston, Texas;

3. CA-69398 dated 9-2-71, covering wire crossing, at Glover, Missouri;

4. CA-69407 dated 9-2-71, covering 12" pipe line crossing, at Glover, ~~Missouri~~;

5. CA-69606 dated 1-21-72, covering 48" pipe line crossing, at Corpus Christi, Texas;

6. O-11571 dated 11-11-42, covering 12" pipe line crossing, near Nueces, Texas;

7. O-11864 dated 6-7-43, covering 10" pipe line crossing, near Corpus Christi, Texas;

8. O-12567 dated 2-22-45, covering 30" pipe line crossing, near Nueces, Texas;

9. O-14951 dated 11-26-48, covering 10" pipe line crossing, at Nueces, Texas;

10. O-16456 dated 11-8-51, covering pipe line crossing, near Corpus Christi, Texas; and

11. O-17338 dated 8-27-53, covering ten spur tracks, at Nueces, Texas.

    Attached are copies of Certificate of Amendment to the Certificate of Incorporation of American Smelting and Refining Company, evidencing <u>change in corporate name only, effective April 22, 1975, to Asarco Incorporated.</u>

CA-69407 ✓

UPRR-000469

Please place a copy of the aforementioned Certificate with each of the above-described agreements, and mark your records to show said agreements, carried in effect with American Smelting and Refining Company, as now being in effect with Asarco Incorporated.

*L. F. Keyes*

cc: Mr. J.A. Austin   -   Room 1701
    Mr. J.K. Wesley   -   Room 1012
    Mr. E.T. Franzen  -   Room 1500
    Mr. G.T. Graham   -   Houston
    Mr. K.D. Hestes
    Mr. J.C. Love
    Mr. R.A. Griesman
    Mr. P.E. Watson
    Mr. R.A. Lundgren

CA-69407

CERTIFICATE OF AMENDMENT
TO THE
CERTIFICATE OF INCORPORATION
AMERICAN SMELTING AND REFINING COMPANY

* * * * *

To: The Secretary of State
State of New Jersey

Pursuant to the provisions of Section 14A: 9-2(3), Corporations, General, of the New Jersey Statutes, the undersigned corporation executes the following Certificate of Amendment, which shall be effective on April 23, 1975 at 9 a.m., to its Certificate of Incorporation:

1. The name of the corporation is American Smelting and Refining Company.

2. The following amendment to the Certificate of Incorporation was approved by the directors on January 28, 1975 and thereafter duly adopted by the shareholders of the corporation on the 22nd day of April, 1975:

>   RESOLVED, that Article I of the Certificate of Incorporation be amended to read as follows:
>
>   "I. The name of the Corporation is ASARCO Incorporated."

3. The number of shares entitled to vote upon the amendment was 26,812,127.

Number of Shares Voting for Amendment: 19,447,869.

Number of Shares Voting Against Amendment: 824,145.

Dated this 22nd day of April, 1975.

AMERICAN SMELTING AND REFINING COMPANY

By  /s/ CHARLES F. BARBER
    Chairman of the Board

CA-69407




February 2, 1972

File: K-2 - 78320

Mr. R. F. Sylvanus, Plant Engineer
American Smelting and Refining Company
Post Office Box 7
Glover, Missouri 63646

Dear Mr. Sylvanus:

Attached is American Smelting and Refining Company's fully executed counterpart of Pipe Line License dated September 2, 1971, pursuant to which Missouri Pacific Railroad Company grants permission to your Company to cross Railroad's right of way and under its tracks with a twelve (12) inch water pipe line at Mile Post 98-15 (Engineers' Chainage Station 5199+83) at Glover, Missouri.

Your cooperation in this matter is appreciated.

Very truly yours,

/s/ H. P. Knipmeyer
for General Manager

Attachment

bcc: Manager of Disbursements Accounting - Herewith Missouri Pacific's original of the above-described Pipe Line License. Preparation fee has been distributed under separate cover. Please furnish your number assigned.
Assistant Manager of Disbursements Accounting
Messrs. P. P. Wagner, Jr.
       E. T. Franson
       R. K. Davidson
       F. R. Brown
       W. C. Luhn
       J. W. Gessner

CA 69407

**Contract No. A- 69407**

## MISSOURI PACIFIC RAILROAD CO.

WITH

American Smelting and Refining Company

ORIGINAL STORED IN ENVELOPE AT REAR OF BOOK

**For** Pipe line xing at Glover, Missouri
12" water MP WB-LS Sta 5199+83

**Dated** September 2, 1971

**Expires** 30 days notice

**Cancelled**

**Indexed by** JRC  **Date** 2/10/72

See { Renewal Contract No.
     { Expired   "   "

**Entered in Expiration Book**

PREPAID XXX 2/10/72
FIRST BILL
J. Eccles

Prep Fee: $100.00

Form 20021  6/69

ORIGINAL STORED IN ENVELOPE AT REAR OF BATCH

PIPE LINE LICENSE

THIS INSTRUMENT, executed in duplicate,   September 2   , 19 71, WITNESSETH:

The undersigned Carrier hereby grants, but on solely the herein expressed terms and conditions, and the undersigned Licensee ( **a New Jersey corporation** ),
(individual, copartners or corp. & state where incorporated)
to be addressed at **Post Office Box 7, Glover, Missouri 63646**,
hereby accepts, permission to install, keep, maintain, repair, renew and use for conveying **water** the Licensee's own **one** certain **proposed**
(number)          (proposed or existing)
continuous line of ~~wrought~~ Ductile iron pipe, **12 inches** in diameter, and appurtenances, ~~including~~ , herein called Pipe Line, on the Carrier's property, herein called Premises. Pipe Line will be used **to convey water at a maximum pressure of 25 pounds per square inch.**

Main track (ECS 5199+83) , in **Southwest quarter (SW¼)** . Pipe Line shall intersect Carrier's existing
(track or right of way)                                              of Section   2   ,
T. **32 N.** , R. **3 E.** , **Iron County** , **Missouri** , at ~~xxxxxx~~ **Glover**
(county or parish)   (state)                (place)
Approximate location of Pipe Line is indicated by **wide blue** line on Exhibit A attached hereto as part hereof.

1. Licensee shall at all times keep Pipe Line in good state of repair. All work by Licensee hereunder shall be performed in a safe and workmanlike manner. Licensee shall furnish or do at Licensee's own cost and responsibility any and all things and when and as from time to time required to accomplish whatsoever the Licensee attempts or is bound to do at any time hereunder. Licensee shall adjust Pipe Line to any physical change as made at any time in any of Carrier's property; at all times keeping upper surface of Pipe Line at least     four and one-half feet below bottom of rail thereover. Licensee shall cause Pipe Line, before being used for anything inflammable, to conform substantially to Exhibit B attached hereto as part hereof. Said things, including the time and manner of doing any work, each shall conform to the requirements of Carrier as well as of any State, Federal or Municipal authority. Carrier may acting for Licensee furnish or do, and Licensee shall pay and bear the cost of, anything which, herein required of Licensee at any time, either shall not be furnished or done within ten days following Carrier's written request therefor or shall be undertaken by Carrier at Licensee's request; and Licensee on request shall in advance deposit with Carrier the estimated cost thereof. If deposit be less than actual cost, Licensee shall pay the difference; if more, Carrier shall repay difference. Licensee when returning this license (signed) shall pay to Carrier **One Hundred - - -** dollars to cover clerical, administrative and handling expense. Any other payment shall be made within twenty days following receipt of bill. Licensee shall pay cost to Carrier for all labor, including wages of foremen, cost of material f.o.b. Carrier's rails plus freight at tariff rates to point of use, plus taxes and usual railroad additives. No provisions of this paragraph, nor approval by Carrier of any of Licensee's undertakings, shall relieve Licensee of any responsibility or liability.

2. Licensee agrees to (a) indemnify and save harmless the Carrier from and against all claims, suits, damages, costs (including attorneys' fees), losses and expenses, in any manner resulting from or arising out of or in connection with the laying, maintenance, renewal, repair, use, existence or removal of Pipe Line, including the breaking of the same or any leakage therefrom, and (b) assume all risk of loss or damage to Pipe Line and the contents thereof regardless of how caused and regardless of any negligence on the part of Carrier, or otherwise.

- 1 -

UPRR-000474

Form 2002 6/69

ORIGINAL STORED IN NVF
AT REAR OF BATCH

3. Term hereof shall begin with **September 2**, 19 **71**, and continue thereafter until concluded (1st) by expiration of thirty days following serving, by Licensee on Carrier, or vice versa, of written notice of intention to end term hereof or (2nd), at Carrier's election without further notice, by expiration of six months without the Pipe Line having been installed or by Licensee failing (a-1) to cure any default or (a-2) to show statutory right to install Pipe Line within thirty days following Carrier's written request therefor. Any notice of Carrier shall be deemed served when posted conspicuously on Pipe Line or when deposited postage prepaid in U. S. mail addressed as aforesaid. Not later than last day of term hereof Licensee shall remove Pipe Line and restore Premises. Any of Pipe Line not so removed shall at Carrier's election without notice be deemed abandoned. Covenants herein shall inure to or bind each party's heirs, legal representatives, successors and assigns; provided: no right of Licensee shall be transferred or assigned, either voluntarily or involuntarily, except by express agreement acceptable to Carrier. Carrier or Licensee may waive any default at any time of the other without affecting, or impairing any right arising from, any subsequent default.

MISSOURI PACIFIC RAILROAD COMPANY

WITNESSES:

By _____
General Manager
As Carrier, first party herein

AMERICAN SMELTING AND REFINING COMPANY

ATTEST:
By _____
Secretary
(Affix Seal)

By: _____
As Licensee, second party herein
Vice President

- 2 -

69407

UPRR-000475



UPRR-000476