**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| ASARCO, LLC, a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:11-cv-00864-JAR |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| NL INDUSTRIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' STATUS REPORT ON GOVERNMENT'S**
**REMEDIATION PROCESSES**

Pursuant to the Court's Memorandum and Order dated March 11, 2013, the undersigned

Defendants, by their respective counsel, submit the following status report on the government's

remediation processes with regard to the Southeast Missouri Lead Mining District (the "SEMO

Sites") but limited to areas where the undersigned Defendants are allegedly connected:

- The SEMO Sites cover large parts of multiple counties, including St. Francois, Madison, Iron, and Reynolds counties and contain multiple mining sub-districts, including Old Lead Belt, Mine LaMotte-Fredericktown, Viburnum, Indian Creek, and Shirley-Palmer.

- EPA has designated many of these mined areas as Superfund Sites, including Big River Mine Tailings, Madison County Mines, Washington County Lead District, among others.

- Each of EPA's designated Superfund Sites typically consists of multiple mines or mined areas.

- Each of the mines or mined areas designated as Superfund Sites typically consist of multiple Operable Units.

Anschutz Mining Corp. is alleged to be involved only in a small portion of the overall SEMO Sites investigation and remedial activities at only one sub-site, known as OU2, which includes the Madison Mine currently owned by Anschutz Mining Corp.

NL Industries, Inc. ("NL") is alleged to be involved in only a very small portion of the overall SEMO Sites investigation and remedial activities with past or current activity allegedly at

only three sub-sites, the National Pile (within the Big River Mine Tailings Site), the Anschutz sub-site (Madison Mine-Fredericktown) within the Madison County Mines Site, and the Northern Madison County Unit (Mine LaMotte) within the Madison County Mines Site.

St. Francois County Environmental Corporation has been involved only at the Big River Site.

Union Pacific Railroad Company has not been named by EPA at any of the SEMO Sites and is not presently aware of any activities being undertaken by EPA.

○ At the National Pile, one of eight sites within the Big River Mine Tailings Superfund Site, NL with another company, Doe Run, is completing a Non-Time Critical Removal Action.  Similar actions are underway or have been completed at the other seven mine sites.  NL along with two other potentially responsible parties recently received a Special Notice Letter pursuant to Section 122(e) of CERCLA, 42 U.S.C. § 9622(e), from EPA for residential clean-up (OU1) of some 4,000 residences across the entire Big River Mine Tailings Site area at a present value cost of over $107 million.  NL has entered into good faith negotiations with regard to the Notice, although it is allegedly responsible for only a small share of the overall residential clean-up.  Additionally, EPA has designated an Operable Unit 2, which will address terrestrial ecological risks and impacts to watersheds associated with mines and waste areas, *i.e.*, impacts to river sediments and surface waters.  EPA has not completed its investigation and no remedy has yet been proposed for Operable Unit 2 at the Big River Site.   The government continues to diligently work to address terrestrial contamination issues at the Big River Mine Tailings Superfund Site.  *See* https://www.fbo.gov/index?s=opportunity&mode=form&id=b3d53f5065f0c3efd3 8bf9a6b09533b5&tab=core&_cview=1 [Oct. 17, 2013 EPA contract award at Big River Mine tailings]

○ Federal and State Natural Resource Trustees are actively assessing damages to natural resources in support of their claims under 42 U.S.C. § 9607(a)(4)(C) for damages to the environmental resources over the large area and waterways associated with the Big River Mine Tailings Site and the SEMO Site overall, the clean-up and costs of which will not be known or occur for some years into the future.  Those activities are active and ongoing.  For example, the government has recently issued the following reports: Southeast Missouri Ozarks Regional Restoration Plan and Environmental Assessment (June 2014); 177-pages Finding of No Significant Impact - Southeast Missouri Ozarks Regional Restoration Plan (June 11, 2014); Strategic Restoration Implementation Plan (August 2014); Preassessment Screen and Determination; Madison County Mines Site, Madison County, Missouri (June 2014).  *See* http://www.fws.gov/Midwest/es/ec/nrda/SEMONRDA/index.html  (last visited 8-19-14)

○ On July 3, 2014, the U.S. Department of Interior, on behalf of itself and the Missouri Department of Natural Resources, sent a Notice of Intent to Perform and Invitation to Participate in a Natural Resource Damage Assessment at the Madison County Mines Superfund Site and Surrounding Area ("Notice of Intent to Perform") to all PRPs:  Anschutz Mining Corporation, Delta Companies, Inc., The Doe Run Resources Corporation d/b/a The Doe Run Company, and NL Industries, Inc., notifying the PRPs that a Preassessment Screen has been conducted.  Based upon the Preassessment Screen, the Trustees have determined that the specified criteria in Section 11.23(e) of the NRDA regulations have been met and based upon an evaluation of the five criteria, the Trustees have determined that a NRDA is warranted at the Madison County Mine Site.  A copy of the Notice of Intent to Perform dated July 3, 2014 is attached hereto as Exhibit A.

○ On August 5, 2014, NL, by and through Archer & Greiner, P.C., responded to the U.S. Department of Interior's Notice of Intent to Perform, notifying it that NL is interested in cooperating with the Trustees, that NL is interested in discussing with the Trustees potentially entering into a cooperative assessment agreement, and NL is willing to make representatives available for a telephone conference or in-person meeting.  A copy of the August 5, 2014 letter is attached hereto as Exhibit B.

○ On August 15, 2014, the U.S. Department of Interior responded to NL's August 5, 2014 letter, advising that per "CERCLA natural resource damage assessment and restoration (NRDAR) regulations, the next step after Notice of Intent to Perform a natural resource damage assessment (including the Preassessment Screen) is to develop an Assessment Plan."  The Trustees are developing the draft Madison County Mines Site Assessment Plan and will make the draft plan available for public review and comment.  The plan will explain the assessment activities, including the geographic extent of the assessment and the nature and extent of any injury.  The Trustees are unable to answer any questions as to the nature and extent of the assessment until the draft plan is developed and made available to the public.  The Trustees will notify NL of the release of the draft plan and identify dates and times for a discussion concerning a cooperative assessment agreement after the release of the draft plan.  A copy of the August 15, 2014 letter is attached hereto as Exhibit C.

○ At the Madison County Mines Superfund Site, EPA is involved in a wide range of activities at various stages of development for the seven Operable Units, including cleanup of Residential Soils (OU3) and various Assessments, Remedial Investigations, and Feasibility Studies at OU1, OU2, OU3, OU4, OU5, and OU6. EPA has also designated an OU7 LSFR Watershed at the Madison County Mines Superfund Site.  LSFR is the designation for the Little St. Francois River. According to the CERCLIS database, EPA has not begun the study of that OU, but future study is expected.  Follow-up action by the EPA for those matters is

anticipated to occur over years into the future with responsibility and significant costs yet to be determined.  At the Northern Madison County Unit (OU1), Mine LaMotte, NL, along with the other alleged potentially responsible party, completed some time ago a limited Site Characterization and Risk Assessment. Additional activities may be pursued by the EPA in the future.  As of this date, only two Records of Decision ("RODs") (for OU4 and OU5) and one interim ROD (OU3) have been issued with respect to the seven Madison County OUs. The remaining four OUs will be addressed according to US EPA, in future RODs for remedial action.

As the Court should note, as of August 19, 2014, activities are proceeding at the Big River and Madison sites as expected.  *See e.g.*
http://cumulis.epa.gov/supercpad/SiteProfiles/index.cfm?fuseaction=second.CleanupActs&id=0701639

and

http://cumulis.epa.gov/supercpad/SiteProfiles/index.cfm?fuseaction=second.CleanupActs&id=0701102.

September 11, 2014.                          Respectfully submitted,

/s/ Joel L. Herz
Joel L. Herz, *Admitted Pro Hac Vice*
Arizona State Bar No. 015105
LAW OFFICES OF JOEL L. HERZ
3573 East Sunrise Drive, Suite 215
Tucson, AZ  85718
(520) 529-8080
(520) 529-8077 (facsimile)
Email:  joel@joelherz.com

W.C. Blanton
Missouri State Bar No. 54125
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO  64112
(816)983-8000
(816)983-8080 (facsimile)
Email:  wc.blanton@huschblackwell.com

ATTORNEYS FOR DEFENDANT
NL INDUSTRIES, INC.

4

Dated:  September 11, 2014                    /s/ Carolyn L. McIntosh_____
                                             Stephen M. Buckley
                                             Ann E. Buckley
                                             BUCKLEY & BUCKLEY, LLC
                                             1139 Olive Street, Suite 800
                                             St. Louis, Missouri 63101-1928
                                             Telephone: (314) 621-3434
                                             Facsimile:  (314) 621-3485
                                             E-Mail: SBuckley@buckleylawllc.com
                                             E-Mail: ABuckley@buckleylawllc.com

                                             Carolyn L. McIntosh
                                             Maxine S. Martin
                                             PATTON BOGGS LLP
                                             1801 California Street, Suite 4900
                                             Denver, Colorado 80202
                                             Telephone: (303) 894-6127
                                             Facsimile:  (303) 894-9239
                                             E-Mail: cmcintosh@pattonboggs.com
                                             E-Mail: msmartin@pattonboggs.com

                                             Michael Connelly
                                             CONNELY BAKER WOTRING L.L.P.
                                             700 JPMorgan Chase Tower
                                             600 Travis
                                             Houston, Texas 77002
                                             Telephone: (713) 980-1700
                                             Facsimile:  (713) 980-1702
                                             E-Mail: mconnelly@connellybaker.com

                                             Norton A. Colvin, Jr.
                                             COLVIN, CHANEY, SAENZ & RODRIGUEZ,
                                             LLP
                                             P.O. Box 2155
                                             Brownsville, Texas  78522
                                             Telephone: (956) 542-7441
                                             Facsimile:  (956) 541-2170
                                             E-Mail: na.colvin@rcclaw.com

                                             ATTORNEYS FOR DEFENDANT UNION
                                             PACIFIC RAILROAD COMPANY

Dated: September 11, 2014      /s/ John F. Cowling
          John F. Cowling
          Winston E. Calvert
          ARMSTRONG TEASDALE LLP
          7700 Forsyth Boulevard, Suite 1800
          St. Louis, Missouri 63105
          Telephone: (314) 621-5070
          Facsimile:  (314) 621-5065
          E-Mail: jcowling@armstrongteasdale.com
          wcalvert@armstrongteasdale.com

          ATTORNEYS FOR DEFENDANT ANSCHUTZ
          MINING CORPORATION


Dated:  September 11, 2014      /s/ R. Scott Reid
          R. Scott Reid
          SCHNAPP, FALL, SILVEY, REID &
          BOLLINGER, LLC
          P.O. Box 151
          135 East Main Street
          Fredericktown, Missouri 63645
          Telephone:  (573)783-7212
          Facsimile:  (573)783-7812
          Email:  sreid@schnapplaw.com

          ATTORNEY FOR DEFENDANT ST. FRANCOIS
          COUNTY ENVIRONMENTAL CORPORATION

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 11th day of September, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Joel L. Herz
Joel L. Herz, *Admitted Pro Hac Vice*
LAW OFFICES OF JOEL L. HERZ
3573 E. Sunrise Drive, Suite 215
Tucson, AZ  85718