**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**JUDGE JOHN A. ROSS**
**COURTROOM PROCEEDING 12 NORTH**
**COURTROOM MINUTE SHEET CIVIL**

CASE NO.    **4:11CV864 JAR**

DATE:   **September 12, 2014**

**ASARCO, LLC. v. NL Industries, et al**

Court Reporter:   **Lisa Paczkowski**

Deputy Clerk:   **Andrea Luisetti**

Attorney for Plaintiff:    **Michael Belancio, Gregory Evans, W. James Foland**

Attorney for Defendant: **Ann Buckley, Carolyn McIntosh, Maxine Martin, Nortin Colvin, Jr.**


**(X)  Parties present for hearing on:**

Lone Pine Hearing.   Arguments heard.  Parties to submit briefs.  Order to follow.


Proceeding Commenced:   **10:00 a.m.**
Proceeding Concluded:     **12:20 p.m.**